

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2023
```

**MEMO ENDORSED**

November 6, 2023

**Via ECF**
**Judge Nelson Stephen Roman**
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
**CC:** Mediation Office; mediationoffice@nysd.uscourts.gov

**The parties' request to be removed from mediation is GRANTED. The parties need no longer comply with the Court's Standing Administrative Order of May 24, 2015. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18. Dated: November 17, 2023**

**White Plains, NY**

SO ORDERED:

/s/ Hon. Nelson S. Roman
UNITED STATES DISTRICT JUDGE

Re: <u>Hodges v. McGough Enterprises, LLC, Et al.</u>
Case No.: 7:23-cv-05016-NSR

Dear Judge Roman:

As Your Honor is aware, this firm represents the Plaintiff/Counterclaim Defendant, Jamie Hodges, in the above-referenced action. Please accept this letter as a joint, formal request from all parties to be removed from mediation.

After several discussions with Defendants/Counterclaim Plaintiff's counsel regarding potential settlement, we have jointly come to the conclusion that mediation would not be beneficial. We have had extensive conversations about both monetary and non-monetary resolutions; however, we have been unable to convince our clients to agree to amicably resolve this matter.

As such, we are making a joint request to formally remove this matter from mediation. The parties have not engaged in significant discovery at this stage. Please advise as to the discovery deadline, and next steps.

We appreciate Your Honor's attention to this matter.

Sincerely,

**Phillips & Associates, PLLC**                    **The Law Firm of Adam C. Weiss, PLLC**

*/s/ Jesse S. Weinstein*                             */s/ Adam C. Weiss*
Jesse S. Weinstein, Esq.                             Adam C. Weiss, Esq.