**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JAMIE HODGES,                                                    Case No.: 7:23-cv-05016

                    Plaintiff,                 **AFFIRMATION OF**
                                                        **COUNSEL**

           - against -

MCGOUGH ENTERPRISES LLC, individually and d/b/a
MCGOUGH ACADEMY, and MEAGAN MCGOUGH,
individually,

                    Defendants.
-------------------------------------------------------------------X

      Jesse S. Weinstein, Esq. declares, subject to the penalties of perjury, that the following is true and correct to her knowledge:

1.     I am an attorney duly admitted to practice in the Courts of the State of New York and in the U.S. District Court for the Southern District of New York.

2.     I am an attorney at Phillips & Associates, PLLC, which represents Plaintiff in the above-captioned action.  I am the attorney of record and am fully familiar with the facts and circumstances of this action.

3.     I submit this Affirmation in support of the Motion for Leave to Withdraw as Counsel of Record for Plaintiff Jamie Hodges, pursuant to Local Rule 1.4 of the U.S. District Court for the Southern District of New York and Rule 1.16 of the New York Rules of Professional Conduct.  I also request a ninety (90) day stay of the proceedings for Plaintiff to secure new counsel.

4.     A recent breakdown in the attorney-client relationship has made it unreasonably difficult for Phillips & Associates, PLLC to carry out its representation effectively.  Also, at this point we do not believe that we are able to communicate effectively with

the Plaintiff, and therefore, we cannot adequately continue to represent him.

5.      Moreover, the attorney-client relationship has deteriorated to such an extent that continued representation could compromise my ability to remain a zealous advocate for my client.

6.      Additionally, we should be permitted to withdraw as doing so at this juncture could occur without any materially adverse effect on Plaintiff's interests. *See* NY R. Prof. Cond. 1.16(a)(3), 1.16(b)(1), (4); 1.16(c)(1), (4), and (7).  This is because this case was filed on June 15, 2023.  There have been no Court appearances, Discovery demands have not been exchanged, and the case is in the very preliminary stages of litigation.

7.      We are not asserting a retaining lien or charging lien in this matter.

8.      No prior application for the relief herein requested has been made to this Court.

Dated: New York, New York
           December 6, 2023

**Phillips & Associates, PLLC**

/s/ Jesse S. Weinstein
Jesse S. Weinstein, Esq.
*Attorney for Plaintiff*
45 Broadway, Suite 430
New York, NY 10006
(212) 248-7431
jweinstein@tpglaws.com