

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

December 11, 2023

<u>Via ECF</u>
**Judge Nelson Stephen Roman**
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   <u>***Hodges v. McGough Enterprises, LLC, Et al.***</u>
             **Case No.: 7:23-cv-05016-NSR**

Dear Judge Roman:

    As you are aware, this firm represents the Plaintiff, Jamie Hodges, in the above-referenced action. This letter relates to Your Honor's Memorandum Endorsement Order, dated December 8, 2023, directing Plaintiff's counsel to serve a copy of the memorandum endorsement on Plaintiff, and directing Plaintiff to respond, no later than December 18, 2023.

    Mr. Hodges currently resides in England, United Kingdom. It would be exceedingly difficult, if not impossible, to serve Mr. Hodges outside the United States and retrieve his response by Your Honor's December 18, 2023, deadline. As such, we respectfully request Your Honor's permission to serve Mr. Hodges via electronic mail.

    We appreciate Your Honor's attention to this matter.

                                                     Sincerely,

                                                   **Phillips & Associates, PLLC**

                                                   <u>*/s/ Jesse S. Weinstein*</u>
                                                   Jesse S. Weinstein, Esq.