# THE LAW FIRM OF
# ADAM C. WEISS, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542

45-18 COURT SQUARE, STE 400
LONG ISLAND CITY, NEW YORK 11101

TELEPHONE: (516) 277-2323
FACSIMILE:   (516) 759-2556
adam@acweisslaw.com
www.acweisslaw.com

April 30, 2024

**Via ECF**

Judge Nelson Stephen Román
Southern District of New York
300 Quarropas St., Courtroom 218
White Plains, NY 10601-4150

    Re: *Hodges v. McGough Enterprises, LLC, Et al.*
        Case No.: 7:23-cv-05016-NSR

Your Honor:

We represent Defendant/Counterclaim Plaintiff, Meagan McGough ("Defendant"), in the above-referenced action. The purpose of this letter is multi-fold.

First, we respectfully request that the stay in this action be lifted because the Court's March 14, 2024 Order stayed the matter for 30 days and that time has expired. See Docket Entry 34.

Second, Plaintiff's outgoing counsel, Jesse Weinstein, Esq., failed to comply with the Court's deadline pursuant to the same Order to file proof of service of the memorandum granting Plaintiff's counsel's motion to withdraw.

Third, Plaintiff Hodges failed to obey the Court's Order to the extent that he was directed to inform the Court on or before April 15, 2024 whether he has engaged new counsel or if he intends to proceed *pro se*. Plaintiff has not done so.

Due to the multitude of failures on Plaintiff and his counsel's part, we respectfully request that an in person conference be scheduled at the Court's convenience to resolve these issues and that Plaintiff and his outgoing counsel be required to attend to get this matter back on track. Alternatively, Defendant respectfully requests permission to move for a default judgment on her counterclaims and to dismiss Plaintiff's claims for failure to prosecute.

THE LAW FIRM OF
ADAM C. WEISS, PLLC

Ltr to Judge Roman
April 30, 2024
Page 2 of 2

Respectfully submitted,

Adam C. Weiss

cc:   Jesse Weinstein, Esq.
      Jamie Hodges