UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jamie Hodges

Jamie Hodges

       Plaintiff(s),

-against-

Meagan McGough

Meagan McGough

       Defendant(s).

Docket No: __7:23__ CV __0__ ( __50__ )( __16__ )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Hodges, Jamie

☑ Plaintiff
☐ Defendant

Name (Last, First, MI)

| C401 42 Sirirat Rd | Patong | Thailand | 83150 |
|---|---|---|---|
| Address | City | State | Zip Code |

+447773694657        jamiehodges898@hotmail.com

Telephone Number        e-mail address

07/22/2024        *[signature]*

Date        Signature