USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/24/2025___

**MEMORANDUM ENDORSEMENT**

Hodges v. McGough Enterprises LLC et al

23-cv-5016 (NSR)

The Court is in receipt of Defendant Meagan McGough ("Defendant")'s affidavit (attached) in response to *pro se* Plaintiff's motion for injunctive relief and a gag order. At the Pre-Motion Conference held on February 12, 2025, *pro se* Plaintiff agreed to withdraw his motion for injunctive relief and a gag order as Defendant agreed to file an affirmation responding to said motion. Given that Defendant did so file such a response, the motion at ECF No. 56 is deemed withdrawn. Defendants are directed to send a copy of this Memorandum Endorsement to *pro se* Plaintiff via email, and to express service a copy of this Endorsement to pro se Plaintiff at the address listed on ECF and to file proof of service. The Clerk of Court is kindly directed to terminate the motion at ECF No. 56.

Dated: April 24, 2025

     White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMIE HODGES,	Docket No. 23-CV-05016 (NSR)

           Plaintiff,

    -against-	**AFFIDAVIT OF**
                                                                 **MEAGAN MCGOUGH**

MCGOUGH ENTERPRISES LLC, individually
and d/b/a MCGOUGH ACADEMY, and MEAGAN
MCGOUGH, individually,

           Defendants.
-----------------------------------------------------------------X

MEAGAN MCGOUGH, being duly sworn, deposes and says:

1. I am an individual defendant/counter-plaintiff in the above-captioned action.

2. I submit this affidavit in satisfaction of pro se plaintiff Jamie Hodges's Order to Show Cause and request for a gag order in accordance with the proceedings held before Judge Nelson Stephen Roman on February 12, 2025.

3. I acknowledge it would be improper to post disparaging comments online about Hodges, make disparaging public remarks about Hodges, or communicate the same to his family.

4. This affidavit is expressly not an admission to alleged past conduct and only submitted for the purposes of acknowledging that doing any of the above would be improper.

**WHEREFORE**, it is respectfully requested that the plaintiff's application be withdrawn as moot.

                                                                                   *[signature]*
                                                                        MEAGAN MCGOUGH

Sworn to before me this
26th day of February 2025

*[signature]*

NOTARY PUBLIC
ADAM C. WEISS
Notary Public, State of New York
No. 02WE6135919
Qualified in Nassau County
Commission Expires April 20, 20_26_