UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMIE HODGES,

    Plaintiff/CounterClaim-Defendant,

-against-

MCGOUGH ENTERPRISES LLC, individually
and d/b/a MCGOUGH ACADEMY, and MEAGAN
MCGOUGH, individually,

    Defendants/Counter-Claim Plaintiffs.

Docket No. 23-cv-05016 (NSR)

---

## SUBSTITUTION OF COUNSEL
## ON BEHALF OF ALL DEFENDANTS/COUNTER-CLAIM PLAINTIFFS

**PLEASE TAKE NOTICE**, the undersigned Incoming Counsel, Jasne & Florio, L.L.P. by Hugh G. Jasne, an attorney duly admitted before this Court, shall be as of the date of filing substituted in place and stead as attorney of record for Defendants/Counter-Claim Plaintiffs "MCGOUGH ENTERPRISES LLC, individually and d/b/a MCGOUGH ACADEMY, and MEAGAN MCGOUGH, individually" for all matters regarding this action.

**PLEASE DIRECT ALL SERVICE** to the Incoming Counsel including such through the PACER system. Electronic signatures shall be deemed originals.

Dated: White Plains, New York
      June 11, 2025

**Outgoing Counsel**
Law Firm of Adam C. Weiss

*Adam C. Weiss*
Adam C. Weiss
3 School Street - suite 303
Glen Cove, New York 11542
516 277-2323 / adam@acweissaw.com

**Incoming Counsel**
Jasne & Florio, L.L.P.

Hugh G. Jasne
30 Glenn Street suite 103
White Plains, New York 10603
914 997-1212 / hgj@jasneflorio.com

Consented and accepted on behalf of all Defendants and Counter-Claim Plaintiffs

*Meagan McGough*
Meagan McGough