USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/16/2025__

# THE LAW FIRM OF
# ADAM C. WEISS, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542
TELEPHONE: (516) 277-2323
FACSIMILE:   (516) 759-2556
adam@acweisslaw.com
www.acweisslaw.com

March 30, 2025

**Via ECF**

Judge Nelson Stephen Román
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
Courtroom 218
White Plains, NY 10601-4150

Re: *Hodges v. McGough Enterprises, LLC, Et al.*
Case No.: 7:23-cv-05016-NSR

Dear Judge Román,

This firm represents Defendants/Counterclaim Plaintiffs McGough Enterprises LLC, d/b/a McGough Academy, and Meagan McGough. We write regarding pro se Plaintiff Jamie Hodges' motion for sanctions, filed on March 25, 2025, which violates Your Honor's rules and prejudices Defendants. We respectfully request that the motion be struck.

First, the motion must be struck *ab initio* because Plaintiff failed to comply with Judge Román's "Special Rules of Practice in Civil Pro Se Cases," Paragraph 7, requiring a party to write a letter to the Court requesting a pre-motion conference before filing a motion. Plaintiff did neither, filing directly without notice.

Second, this is not Plaintiff's first act of disregard for Your Honor's Individual Rules. On November 13, 2024, Plaintiff prematurely filed a motion to dismiss Defendants' counterclaims (ECF No. 58) without filing a letter with Chambers seeking a pre-motion conference. (see ECF No. 59). The Court's February 14, 2025, order allowed Plaintiff's earlier premature motion to dismiss (ECF No. 58) to proceed on a set schedule, with Defendants filing their opposition on March 6, 2025 (ECF No. 67) and Plaintiff's reply due April 1, 2025. However, Plaintiff's new sanctions motion, filed mid-briefing, demonstrates ongoing noncompliance with Your Honor's rules despite prior judicial guidance.

MEMO ENDORSED

1

Third, the motion prejudices Defendants. Having timely filed our affirmation (ECF No. 66) and opposition to the motion to dismiss (ECF No. 67) per the Court's order, Defendants now face a baseless, harassing filing that seeks sanctions for counterclaims already under review. Plaintiff offers no new basis beyond contesting their merit—an issue fully briefed by Defendants and awaiting resolution.

For these reasons, we request that Plaintiff's motion for sanctions be struck for violating Your Honor's rules, compounded by its prejudicial impact. Alternatively, should the Court decline to strike the motion, we request it be deferred until the pending motion to dismiss (ECF No. 58) is resolved, as the sanctions motion hinges on the same counterclaim issues already under review.

Respectfully submitted,

Adam C. Weiss

Cc: Jamie Hodges (via ECF)

---

The Court is in receipt of Defendants' letter motion dated March 30, 2025, requesting Plaintiff's motion for sanctions be struck. The Court DENIES this request and issues the following briefing schedule:

1. Defendants' opposition is to be served (not filed) on or before October 20, 2025, and
2. Plaintiff's reply is to be served (not filed) on or before November 10, 2025.

The parties are directed to mail two hard copies and to email a copy to chambers as their papers are served. Defendants are directed to file all motion papers, including Plaintiff's motion papers, on ECF on November 10, 2025. A party's failure to timely issue their motion papers would be deemed by the Court that the party did not intend to file papers unless they seek a timely extension. Defendants are directed to mail a copy of this Endorsement to pro se Plaintifff at C401 42 Sirirat Rd Patong, Thailand 83150 and to file proof of service on the docket. The Clerk of Court is kindly directed to terminate the motions at ECF No. 68 and 71.

Dated: September 16, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge