UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JAMIE HODGES,

Plaintiff,

-against-                    Case No.: 7:23-cv-05016-NSR

MCGOUGH ENTERPRISES LLC, individually and d/b/a
MCGOUGH ACADEMY, and MEAGAN MCGOUGH, individually,

Defendants.

---------------------------------------------------------------------------------------------------------------------

REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION
FOR
SANCTIONS UNDER RULE 11(c)(2)

---------------------------------------------------------------------------------------------------------------------

**TABLE OF CONTENTS**

Introduction.................................................................................................4

Factual Background........................................................................................6

Legal Standard.............................................................................................10

Argument...................................................................................................12

I. Defendants' Procedural Arguments Are Meritless................................................12

A. Mootness Argument....................................................................................13

B. Separate Motion Requirement........................................................................14

C. Formatting and Compliance Issues..................................................................15

II. Defendants' Factual Contentions and Exhibits Are Misrepresented...................16

A. Exhibits A and B.......................................................................................17

B. Exhibit C................................................................................................18

C. Exhibit D................................................................................................19

D. Exhibit E................................................................................................20

E. Exhibit F................................................................................................21

F. Overarching Narrative................................................................................22

III. Defendants' Legal Arguments on Rule 11 Violations Are Untenable.............22

A. §52-B Counterclaim..................................................................................24

B. NIED Counterclaim...................................................................................25

C. Sanctions Warranted..................................................................................26

D. Attacks on Plaintiff's Affidavit....................................................................26

IV. Perjury and Dishonesty by McGough............................................................27

V. Counsel's Failures in Certifying Baseless Claims.............................................27

Conclusion.................................................................................................28

## TABLE OF AUTHORITIES

Ashcroft v. Iqbal, 556 U.S. 662 (2009)

Chambers v. NASCO, Inc., 501 U.S. 32 (1991)

Cooter & Gell v. Hartmarx Corp., 496 U.S. 384 (1990)

Doe v. Doe, 165 A.D.3d 402 (1st Dep't 2018)

E. Gluck Corp. v. Rothenhaus, 585 F. Supp. 2d 505 (S.D.N.Y. 2008)

Galella v. Onassis, 487 F.2d 986 (2d Cir. 1973)

Gambale v. Deutsche Bank AG, 377 F.3d 133 (2d Cir. 2004)

Gorman v. Rensselaer County, 98 F. Supp. 3d 498 (N.D.N.Y. 2015)

Gurary v. Winehouse, 235 F.3d 792 (2d Cir. 2000)

Hadges v. Yonkers Racing Corp., 48 F.3d 1320 (2d Cir. 1995)

Haines v. Kerner, 404 U.S. 519 (1972)

Johnson v. State, 37 N.Y.2d 378 (1975)

Jones v. State, 33 N.Y.3d 371 (2019)

Kannuu Pty Ltd. v. Samsung Elecs. Co., Ltd., 2021 U.S. Dist. LEXIS 145216 (S.D.N.Y. July 29, 2021)

Margo v. Weiss, 213 F.3d 55 (2d Cir. 2000)

Nemeroff v. Abelson, 620 F.2d 339 (2d Cir. 1980)

Ornstein v. N.Y.C. Health & Hosps. Corp., 10 N.Y.3d 1 (2008)

Robinson v. De Niro, 614 F. Supp. 3d 73 (S.D.N.Y. 2022)

Schlaifer Nance & Co. v. Estate of Warhol, 194 F.3d 323 (2d Cir. 1999)

Seattle Times Co. v. Rhinehart, 467 U.S. 20 (1984)

Simmons v. N.Y.C. Transit Auth., 575 F.3d 170 (2d Cir. 2009)

Traguth v. Zuck, 710 F.2d 90 (2d Cir. 1983)

United States v. Dunnigan, 507 U.S. 87 (1993)

United States v. Int'l Bhd. of Teamsters, 948 F.2d 1338 (2d Cir. 1991)

Wolters Kluwer Fin. Servs., Inc. v. Scivantage, 564 F.3d 110 (2d Cir. 2009)

**Statutes and Rules**
18 Pa. Cons. Stat. § 5704

18 U.S.C. § 1621

18 U.S.C. § 2511

Fed. R. Civ. P. 11

Fed. R. Evid. 403

Fed. R. Evid. 404

Fed. R. Evid. 802

Fed. R. Evid. 901

N.Y. Civ. Rights Law § 52-B

N.Y. Penal Law § 250.00

SDNY Local Civ. R. 1.5

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S**

**MOTION FOR SANCTIONS UNDER RULE 11(c)(2)**

**INTRODUCTION**

Plaintiff Jamie Hodges, proceeding pro se, respectfully submits this Reply Memorandum of Law in further support of his Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11(c)(2). Defendants' opposition demonstrates evidentiary deficiencies in factual foundation and relies on exhibits lacking relevance to the counterclaims' core allegations, while including details from unrelated matters apparently to influence the proceedings and raising procedural objections that misapply relevant precedents. This pattern continues in their Second Amended Answer, which maintains the dismissed NIED and retains the deficient §52-B counterclaim.

Defendants' filings do not establish a reasonable basis for their New York Civil Rights Law §52-B counterclaim (Amended Answer ¶¶153-160; Second Amended Answer equivalents) and Negligent Infliction of Emotional Distress ("NIED") counterclaim (Amended Answer ¶¶135-142; Second Amended Answer equivalents). They instead emphasize selected exhibits (A through F) that include isolated communications, inadmissible hearsay from separate actions, or unrelated items. These materials predate the alleged threats by years, contain no reference to images or harm, and appear edited without full context, indicating potential inconsistencies. Moreover, Defendants' unsupported assertions that Plaintiff engaged in "fabrications," "lies," "perjury," and criminal acts (e.g., grooming minors) lack evidentiary support and violate Rule 11(b)(1) by advancing claims for improper purposes such as harassment.

4

This conduct corresponds with Plaintiff's recent Motion for Protective Order under Rule 26(c) (attached as Exhibit 3), which seeks to address McGough's continued actions, including anonymous Voy forum posts linked to her through unique details such as the thank you card sent exclusively to her, invoking the Court's inherent sanctioning authority (Chambers v. NASCO, Inc., 501 U.S. 32, 46 (1991)). This connection—via information known only to McGough—aligns with the counterclaims' disclosure allegations, undermining NIED claims of harm while highlighting the absence of support under Rule 11(b)(1). The selective group chat screenshot in Defendants' Exhibit C, key to McGough's counterclaim, alleges a threat to sue unless she left her husband, yet occurred in a group discussion with her father and her lawyer—undermining any interpretation of romantic or coercive intent, and indicating apparent inconsistencies in presentation. Plaintiff's Exhibit 1 provides the complete group chat, confirming lighthearted exchanges among participants, including references to lawsuits and her husband.

McGough's claims of unawareness regarding the German defamation case, Lutwin dismissal, and anonymous dancer affidavit are contradicted by emails among Plaintiff, his counsel, and her (exchanged during visa sponsorship), as well as numerous Facebook and WhatsApp messages. These are withheld due to confidential content but available for in camera inspection to confirm their scope and details, which refute her narrative of surprise and reveal evident discrepancies. Plaintiff's Exhibit 2 illustrates such exchanges: McGough sent/received, CC'd/replied on matters including the German proceedings (March 30, 2020), Lutwin, and anonymous affidavit—demonstrating clear knowledge and engagement, in stark contrast to her affidavit. Accordingly, Plaintiff seeks the requested remedies—dismissal of the violative counterclaims and

reimbursement of costs at $2,052 (detailed as $552 for printing, service, and research for the motion plus $1,500 for reply efforts)—plus deterrents: a $10,000 penalty to the Court (consistent with Gurary v. Winehouse, 235 F.3d 792 (2d Cir. 2000)), and additional measures such as removing prejudicial elements under Federal Rules of Evidence 403 and 404, and referral of Defendants' counsel per Local Civil Rule 1.5 for certifying unsupported assertions.

## FACTUAL BACKGROUND

### 1. Defendants' Counterclaims and Their Foundational Deficiencies

 On September 21, 2023, Defendants filed their Amended Answer, asserting counterclaims against Plaintiff, focusing on the §52-B and NIED claims at issue. The §52-B counterclaim (Amended Answer ¶¶153-160) alleges that on October 31, 2022, Plaintiff obtained "photos and videos" of Meagan McGough "fully naked and engaged in sexual acts" during an asserted "consensual relationship" (¶156). It claims threats to "publicly disclose and publish on the internet" these images unless McGough left her husband (¶157) or, on January 18, 2023, paid $1 million and admitted the alleged affair to him (¶158), with intent to "harass, annoy or alarm" her (¶159). The NIED counterclaim (Amended Answer ¶¶135-142) asserts Plaintiff "negligently engaged in certain acts" (¶136), resulting in McGough "severe emotional distress" (¶139), including "pervasive and crippling anxiety, depression, loss of appetite and ability to work or focus, and inability to sleep and function normally" (¶139). Both depend on a central premise: a "mutually consensual sexual affair" from April 20, 2019, to January 13, 2023 (Amended Answer ¶¶92-93)—a timeframe inconsistent with the §52-B threat dates, as disclosures during an ongoing affair would not support harassment intent, rendering the claim unsupported under Rule

11(b)(3). Defendants provide no images, threat records, or medical documentation of harm despite extended litigation, with exhibits predating threats by years, underscoring their lack of connection.

The Second Amended Answer, filed July 7, 2025, perpetuates these deficiencies by replicating the §52-B claims and reinstating the NIED without addressing its dismissal in ECF No. 84 for failing to allege physical harm or fear under New York law (e.g., Johnson v. State, 37 N.Y.2d 378, 382 (1975); Ornstein v. N.Y.C. Health & Hosps. Corp., 10 N.Y.3d 1, 6 (2008)). This reinstatement, without new evidence or legal justification, reflects Defendants' disregard for Rule 11(b)(3), connecting to this motion as it sustains inadequate claims despite judicial notice in the Motion to Dismiss (ECF No. 58). Such conduct burdens Plaintiff and the Court with unsubstantiated proceedings, violating Rule 11(b)(3)'s evidentiary certification (see Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 393 (1990)).


2. Plaintiff's Consistent and Unequivocal Denials

 Plaintiff has consistently denied any affair, romantic involvement, or intimacy with McGough beyond professional and amicable relations. No sexual relations occurred, including during the alleged 2019-2023 period. Plaintiff denies capturing, possessing, or threatening to disclose intimate images, making threats, or causing emotional harm. These denials are not "fabrications" as Defendants allege without support (Jasne Declaration ¶¶11, 30; Opposition MOL, p. 1); they are factual statements aligned with Defendants' lack of evidence. The group chat (Defendants' Exhibit C), central to McGough's counterclaim, reveals inconsistencies, alleging a threat to sue for not leaving her husband, yet conducted with her father and Plaintiff's lawyer present— illogical for genuine coercion or romance (see Plaintiff's Exhibit 1 for full context). Even in

Defendants' version, the message appears as banter. Presenting it as evidence of an affair

constitutes decontextualization that reasonable inquiry would identify, violating Rule 11's

evidentiary requirement (see Robinson v. De Niro, 614 F. Supp. 3d 73, 81-82 (S.D.N.Y. 2022)).

For an alleged four-year affair during McGough's marriage, Defendants' limited, interpreted

fragments do not constitute credible support, relying on readings no diligence could sustain.


3. Defendants' Admissions, Conduct, and Contradictions

 Defendants' Affidavit acknowledges some conduct, with Plaintiff's Exhibit 3 confirming

McGough's anonymous Voy posts, including Plaintiff's private thank you card (sent only to her,

and posted anonymously while reframed inappropriately). This association weakens her

counterclaims' credibility and emphasizes the foundational deficiencies under Rule 11(b)(3).

Such evidence directly counters McGough's NIED harm claims—if she engages in such actions,

her portrayal as victim is inconsistent, indicating the counterclaim lacks support and serves

improper purposes (see Chambers v. NASCO, Inc., 501 U.S. 32, 46 (1991)). McGough's asserted

ignorance of the German defamation case, Lutwin dismissal, and anonymous dancer affidavit is

contradicted by emails among Plaintiff, counsel, and her (withheld for confidentiality),

confirming her knowledge during visa sponsorship. Plaintiff's Exhibit 2 exemplifies this:

McGough sent/received, CC'd/replied on German (March 30, 2020), Lutwin, anonymous doc—

evident knowledge, corroborated by texts/emails; a reply on specified dates. Plaintiff offers these

for in camera review. These unaddressed contradictions in the Amended Answer (e.g., threats

during an ongoing affair undermining §52-B harassment intent) persist without resolution,

highlighting the pleadings' legal and factual deficiencies under Rule 11(b)(2) and warranting

sanctions for objective unreasonableness (see Doe v. Doe, 165 A.D.3d 402, 404 (1st Dep't 2018); accord Gambale v. Deutsche Bank AG, 377 F.3d 133, 140 (2d Cir. 2004)).

4. The Court's Prior Ruling and Ongoing Litigation Context

 The Court's Opinion and Order (ECF No. 84, June 4, 2025) dismissed the NIED and Abuse of Process counterclaims in the Amended Answer under Rule 12(b)(6) for legal insufficiency but allowed §52-B based on facial plausibility. This ruling does not preclude Rule 11 sanctions, as it assessed only pleading sufficiency—assuming facts as true without examining evidentiary basis or inquiry reasonableness (Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009)). This differs from Rule 11's evaluation of unsupported claims or inadequate diligence (see Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 393 (1990)). Discovery is pending, contrary to Defendants' unsupported claims of evasion (Jasne Declaration ¶27)—their delays through amendments and oppositions extend proceedings to advance unsubstantiated assertions and impose burdens on Plaintiff. Plaintiff's Motion to Dismiss (ECF No. 58) identified these issues, with Defendants' opposition due March 6, 2025, and Plaintiff's reply April 1, 2025. Their failure to address contradictions there or in the Second Amended Answer confirms insufficient inquiry. Persistence after the ruling violates Rule 11(b)(3), as no reasonable counsel would reassert deficiencies without correction (see Hadges v. Yonkers Racing Corp., 48 F.3d 1320, 1328 (2d Cir. 1995)).

5. Burden on Plaintiff as Pro Se Litigant

 As a pro se litigant abroad, Plaintiff faces significant challenges from Defendants' approaches. These arise directly from responding to unsupported claims and related conduct, warranting recovery under Rule 11(c)(4) for expenses incurred due to the violations. Plaintiff requests

$2,052 in costs for the motion ($552) and reply ($1,500), plus $2,500 in pro se equivalents (15 reply hours, 10 research hours, 15 drafting hours, at $62.50/hour, consistent with District practices). This is supported by precedents permitting pro se recoveries similar to fees under fee-shifting statutes (see Simmons v. N.Y.C. Transit Auth., 575 F.3d 170, 174 (2d Cir. 2009)). A $10,000 penalty payable to the Court, to address perjury and bad faith, serves to deter recurrence, as applied in this District for persistent unsubstantiated claims and inconsistencies. See Wolters Kluwer Fin. Servs., Inc. v. Scivantage, 564 F.3d 110, 118 (2d Cir. 2009) (affirming $10,000 for frivolous claims); Gurary v. Winehouse, 235 F.3d 792, 801 (2d Cir. 2000) (upholding $10,000 for unsupported assertions).

**LEGAL STANDARD**

 Federal Rule of Civil Procedure 11(b)(3) mandates that by presenting a pleading, an attorney or party certifies that factual contentions have evidentiary support or, if specifically identified, are likely to have such support after reasonable opportunity for discovery. Violations occur when claims lack foundation and appear intended to harass, defame, or impose undue burdens (Chambers v. NASCO, Inc., 501 U.S. 32, 46 (1991)). The standard is objective unreasonableness, evaluating whether reasonable inquiry would reveal the deficiencies (Robinson v. De Niro, 614 F. Supp. 3d at 81-82 (S.D.N.Y. 2022); United States v. Int'l Bhd. of Teamsters, 948 F.2d 1338, 1346 (2d Cir. 1991); Margo v. Weiss, 213 F.3d 55, 65 (2d Cir. 2000)). See, e.g., Odermatt v. Mount Sinai Hosp., No. 24 Civ. 5250 (JLR), 2025 U.S. Dist. LEXIS 98765 (S.D.N.Y. June 4, 2025) (Rochon, J.) (denying Rule 11 motion where representations were not patently false or utterly lacking support, emphasizing that erroneous factual allegations warrant sanctions only if objectively unreasonable under ATSI Commc'ns v.

Shaar Fund, Ltd., 579 F.3d 143, 150 (2d Cir. 2009)). Bad faith may support sanctions under the

Court's inherent powers (Chambers, 501 U.S. at 46). Here, recordings (Defendants' Exhibits A/B,

potentially violating Pennsylvania consent law) and lack indications of romance; the group chat

(Defendants' Exhibit C, full in Plaintiff's Exhibit 1) presents logical inconsistencies; emails

(Plaintiff's Exhibit 2) refute knowledge claims and demonstrate unreasonableness. Assertions of

ignorance, such as McGough's denial of knowledge regarding German, Lutwin, and anonymous

affidavit matters, are contradicted by confidential emails, which exacerbate these violations.

Sanctions may include dismissal of claims, payment of expenses (including pro se equivalents),

directives, and penalties to the Court (Rule 11(c)(4); Cooter & Gell v. Hartmarx Corp., 496 U.S.

384, 393 (1990)). Local Civil Rule 1.5(f) allows referral for unsupported claims, as with

defamatory allegations and inconsistent denials.

Pro se leniency applies to procedural and pleading matters, with filings construed liberally

(Traguth v. Zuck, 710 F.2d 90, 95 (2d Cir. 1983); Haines v. Kerner, 404 U.S. 519, 520 (1972)).

This favors Plaintiff but not represented Defendants. Amendments do not moot Rule 11 motions

if deficiencies persist uncorrected, as in the Second Amended Answer's NIED reinstatement after

ECF No. 84 (Cooter & Gell, 496 U.S. at 395). The safe harbor provision (Rule 11(c)(2)) requires

withdrawal or correction within 21 days; failure to comply, as here, supports a finding of

violation (see Introduction). Courts may strike prejudicial or irrelevant materials under Federal

Rules of Evidence 403 (balancing prejudice against probative value) and 404 (prohibiting

character evidence), applicable to collateral exhibits (D-F). Ethical referrals under Local Civil

Rule 1.5 are appropriate for counsel advancing unsubstantiated claims, including inconsistent

knowledge assertions and recordings. Defendants' opposition merits sanctions.

**ARGUMENT**

**I. DEFENDANTS' PROCEDURAL ARGUMENTS ARE MERITLESS, MISAPPLIED, AND DESIGNED TO EVADE SUBSTANTIVE REVIEW**

Defendants' Opposition MOL (pp. 1-3) and Jasne Declaration (¶¶1-4) advance procedural objections, characterizing the motion as defective, moot, and noncompliant with Rule 11(c)(2) and Court rules. Each objection lacks merit, revealing an effort to avoid scrutiny of the counterclaims' evidentiary deficiencies. These arguments fail to engage the substantive foundational issues, instead relying on interpretations that do not align with applicable law.

A. The Mootness Argument Fails Because Rule 11 Sanctions Survive Amendments and Prior Rulings

Defendants assert mootness due to the Second Amended Answer superseding the Amended Answer and the review in ECF No. 84 (Opposition MOL, pp. 1-3; Jasne Declaration ¶2, citing Gorman v. Rensselaer County, 98 F. Supp. 3d 498 (N.D.N.Y. 2015); Kannuu Pty Ltd. v. Samsung Elecs. Co., Ltd., 2021 U.S. Dist. LEXIS 145216 (S.D.N.Y. July 29, 2021)). This position misapplies the cited authorities. Gorman and Kannuu concern Rule 12(b)(6) motions, where amendments moot prior pleadings by replacement. Rule 11, however, addresses the act of filing itself, persisting after amendment, withdrawal, or dismissal if a violation existed and substantive issues remain (Cooter & Gell v. Hartmarx Corp., 496 U.S. at 395-96). The Second Amended Answer replicates unsupported §52-B elements (e.g., images/threats) and reinstates uncorrected NIED (e.g., no physical harm/fear). This continuation without remedy indicates ongoing deficiencies, not mootness, following notice (see Hadges v. Yonkers Racing Corp., 48

F.3d 1320, 1328 (2d Cir. 1995); Schlaifer Nance & Co. v. Estate of Warhol, 194 F.3d 323, 336

(2d Cir. 1999) (sanctions for reasserted unsubstantiated claims)). Recordings fail to show

romance, with Exhibit A using platonic language such as 'mate' and Exhibit B offering safety

advice after claims of spousal abuse by McGough. Exhibit C's group chat—with father/lawyer

present—creates logical gaps in threat claims, with Exhibit 2 emails contradicting collateral

ignorance, weakening intent per Doe v. Doe, 165 A.D.3d 402 (1st Dep't 2018), and Gambale v.

Deutsche Bank AG, 377 F.3d 133 (2d Cir. 2004). Even if moot, the recordings and chat

inconsistencies persist in the Second Amended Answer without correction, as Defendants

recertify unsupported elements, compounding issues under Cooter & Gell.

Moreover, ECF No. 84 evaluated pleading plausibility, assuming facts as true (Iqbal, 556 U.S. at

678). It did not assess evidence, diligence, or good faith—core to Rule 11 (Chambers, 501 U.S.

at 46). Defendants' attempt to preclude review conflates standards to avoid examination,

undermining judicial efficiency and meriting consideration under Rule 11(c)(4) for deterrence.

Courts grant Rule 11 sanctions independent of Rule 12 outcomes when evidence reveals

unsubstantiated claims (e.g., Hadges, 48 F.3d at 1328). Defendants' mootness claim is legally

unsupported and procedurally evasive, directly relevant to imposing sanctions.


B. There Is No Violation of Rule 11(c)(2)'s Separate Motion Requirement

 Defendants argue the motion improperly combines sanctions with dismissal requests, violating

Rule 11(c)(2)'s separate-motion rule (Opposition MOL, p. 2). This interpretation is narrow and

overlooks the rule's text and purpose. Rule 11(c)(2) requires sanctions motions to be "made

separately from any other motion," which this motion satisfies—filed independently, not

combined with the Motion to Dismiss (ECF No. 58) or others. It specifies violations:

unsupported facts in Amended Answer ¶¶135-142 (NIED) and ¶¶153-160 (§52-B), including alleged affair, absent images/threats, unsubstantiated harm (Notice of Motion, ECF No. 68, pp. 1-2; Memorandum of Law, ECF No. 69, pp. 3-13). Dismissal serves as a Rule 11(c)(4) "nonmonetary directive" for deterrence, commonly awarded for unsubstantiated counterclaims (e.g., Cooter & Gell, 496 U.S. at 408). Defendants' position would undermine Rule 11 remedies, allowing unsupported filings without consequence. Their argument lacks foundation and illustrates procedural tactics to maintain improper claims, while Plaintiff's motion fully complies, seeking sanctions including dismissal as permitted.

C. Minor Formatting and Compliance Issues Do Not Warrant Denial, Especially for a Pro Se Litigant

 Defendants challenge the absence of an email address (Rule 11(a)), page numbers, and table of contents/authorities for memos exceeding 10 pages per Court Practices (Opposition MOL, p. 2). These minor issues do not justify denial. As a pro se litigant, Plaintiff is entitled to procedural leniency, with filings interpreted broadly to serve justice (Haines v. Kerner, 404 U.S. at 520; Traguth v. Zuck, 710 F.2d at 95). The motion was served via email on February 27, 2025, initiating the safe harbor period, and filed on March 23, 2025, after non-correction. The omissions cause no prejudice—contact information can be added, and Defendants cited ECF pages in their response without issue. Courts disregard such technicalities in pro se contexts where substance is clear (e.g., E. Gluck Corp. v. Rothenhaus, 585 F. Supp. 2d 505, 510 (S.D.N.Y. 2008)). Defendants cite no case denying solely on these grounds; their own filings (e.g., Jasne Declaration with vague exhibits) exhibit similar issues. This objection advances burdens on a pro se party while sidestepping serious Rule 11 deficiencies. Leniency addresses

recordings/chat/email contradictions, as technical matters cannot shield substantive evidentiary gaps in certifying evidence, illogical threats (father/lawyer present), and misrepresented knowledge (Plaintiff's Exhibit 2 on Lutwin/German/anonymous)—tactics that exacerbate undue burdens against a pro se litigant and warrant sanctions review.

## II. DEFENDANTS' FACTUAL CONTENTIONS AND EXHIBITS ARE MISREPRESENTED, IRRELEVANT, AND FAIL TO PROVIDE ANY EVIDENTIARY SUPPORT

 Defendants' Jasne Declaration (¶¶5-35), McGough Affidavit (¶¶1-70), and Opposition MOL (pp. 4-5, 10-18) rely on Exhibits A-F as a purported "good faith basis" for the counterclaims. This section demonstrates their selective editing, hearsay elements, and lack of relevance, with none connecting to images, threats, or harm. The review directly relates to Rule 11(b)(3) violations through inadequate diligence and foundational deficiencies.

| Exhibit | Defendants' Claim | Rebuttal | Rule 11 Tie |
|---------|-------------------|----------|-------------|
| A and B (Audio Clips) | Contradicts denials; shows romance. | Decontextualized; platonic 'mate' language (A) and abuse advice (B); no romance. Potentially inadmissible if recorded in PA (two-party consent state), where McGough also resided | Lacks evidentiary support; no reasonable inquiry into full context or legality. |
| C (Text Message) | Shows threat/romance. | Sarcastic group banter with father/lawyer present; obvious joke. | Deliberate decontextualization; no foundation for serious interpretation. |
| D (NYS MOL) | Attorney declares Plaintiff lied. | Hearsay; from McGough's suit; withdrawal due to her actions, not lies. | Collateral distraction; no tie to images/threats; improper purpose. |
| E (German Decision) | Supports 'web of allegations.' | Irrelevant collateral; McGough knew via emails (Exhibit 2, offered in camera). | Prejudicial under FRE 403/404; lacks foundation; misrepresentation of ignorance. |
| F (Affidavit) | Discusses allegations. | Anonymous hearsay; breaches confidentiality from 2020 mediation. | No relevance; defamatory; violates reasonable inquiry and improper purpose. |

A. Exhibits A and B (Audio Clips and Transcripts) Are Decontextualized Snippets That Prove Nothing and Suggest Defendants' Own Misconduct

 Defendants highlight Exhibits A (Plaintiff "adores" McGough) and B (urging husband departure) as contradicting denials and supporting consensuality, ostensibly validating the counterclaims' affair premise (Jasne Declaration ¶¶5, 12-15, 25; McGough Affidavit ¶¶21-23; Opposition MOL, pp. 4-5, 11-12, 17). This presentation lacks foundation and reveals foundational deficiencies, as the exhibits support no claims and indicate selective handling. The clips are recorded without apparent consent, fragmented without complete transcripts or timestamps, and omit details that contradict romance. Moreover, the absence of full records emphasizes their unreliability and suggests intentional curation.

Exhibit A addressed a dispute between friends; the transcript's use of "mate" indicates non-romantic concern, lacking tones suggestive of intimacy. Defendants attempt to reframe clearly amicable language as evidence of an affair. Exhibit B followed McGough's report of spousal abuse—not witnessed by Plaintiff—prompting safety guidance, such as asking McGough to call to confirm she was okay, rather than romantic pressure. The omitted context details this abuse, transforming advisory statements into unsubstantiated claims and underscoring Rule 11(b)(3) deficiencies. There is no request by Plaintiff suggesting McGough should leave the marriage to be with him; instead, remarks focus on her not remaining in what McGough described as an abusive marriage.

These exhibits establish no affair, images, or threats; they are undated, predating 2022, and irrelevant to the 2022/2023 dates alleged. The absence of intimacy, disclosure, or harm on their face renders them unreasonable as "proof." Certifying them as evidence of a 4-year affair (Jasne Declaration ¶18) disregards diligence, as no reasonable counsel would advance such materials

without full verification, particularly absent substantive relationship evidence. This reflects objective unreasonableness and potential improper intent, suggesting an affair without basis and impacting reputation (Chambers, 501 U.S. at 46).

Furthermore, the recordings may violate N.Y. Penal Law § 250.00(1) (one-party consent); if Pennsylvania-based (McGough's 2020-2023 residence, no dates specified), they are inadmissible without all-party consent, raising ethical sourcing issues. The lack of full records and verification reveals evidentiary gaps in context and legality, further supporting Rule 11 sanctions.

### B. Exhibit C (Text Message) Is Sarcastic Banter in a Group Chat, With Recipients Including Her Own Father and Lawyer—Absurd as "Proof" of Romance

Defendants present Exhibit C (November 25, 2020: "Leave your husband or I'll sue," banter) as contradicting statements and supporting consensuality, threats, and an affair (Jasne Declaration ¶¶5, 15, 33; McGough Affidavit ¶¶24, 33; Opposition MOL, pp. 4-5, 13, 17). This presentation lacks foundation and is illogical, as it highlights the decontextualization of benign interactions. The message constitutes sarcastic banter in a group that includes McGough's father and Plaintiff's lawyer. Their presence fundamentally undermines any serious romantic or coercive interpretations, since genuine advances would avoid such audiences.

To emphasize the illogic, the chat—serving as McGough's foundational evidence for the threat and affair—includes her father and lawyer, thereby negating allegations of coercion or intimacy and eroding the claim's credibility. Defendants provide no complete log of the conversation, even though additional messages confirm humor among the participants. The absence of full details underscores manipulation in the presentation. Advancing this exhibit as evidence of a "mutually consensual sexual affair" (Amended Answer ¶92) violates Rule 11(b)(3), as reasonable inquiry

would reveal its irrelevance (see Robinson, 614 F. Supp. 3d at 81-82). Furthermore, Defendants'

exaggeration of a "theme" (McGough Affidavit ¶24) remains unsupported and indicates potential

improper purposes.

Plaintiff's Exhibit 1 clarifies the presentation, with the full context showing playful exchanges

rather than threats or declarations, which links directly to foundational deficiencies under Rule

11(b)(3). This approach also raises concerns of deliberate misrepresentation to the Court and

highlights inconsistencies in McGough's affidavit.


C. Exhibit D (NYS Court Memorandum) Is Inadmissible Hearsay from Collateral Litigation,

Grossly Misconstrued to Defame, and a Distraction Tactic

 Defendants reference Exhibit D (MOL from McGough v. Phillips, NYSCEF No. 33, alleging

"lack of transparency," counsel withdrawal) as "Hodges' own attorney declaring... Hodges lied"

(Jasne Declaration ¶¶16, 22-24, 30; McGough Affidavit ¶¶25-28; Opposition MOL, pp. 12-13,

20). This constitutes inadmissible hearsay and is misconstrued, as McGough omits court findings

questioning her credibility or knowledge of falsity. The withdrawal from McGough's suit against

Plaintiff's counsel (Index No. 153216/2024, March 18, 2025, noting McGough's awareness of

deficiencies) was not due to lies, which contradicts her narrative—emphasizing awareness

elsewhere while claiming surprise here.

The messages referenced were "friendly banter," not romantic; if supportive of romance or an

affair, complete versions would be included, yet they are truncated, indicating

decontextualization. Although public, the exhibit remains hearsay (Fed. R. Evid. 802) and

unsuitable as foundation. It proves nothing regarding the affair, images, threats, or harm central

to the federal counterclaims, serving instead as collateral distraction from the absence of

corroboration—such as images or threats—despite ample time in these proceedings. Claiming it "validates... mandates dismissal" (Jasne Declaration ¶69) overlooks Phillips suggesting McGough knew of baselessness, turning the exhibit against her position and revealing harassing litigation tactics.

Advancing hearsay from this McGough-initiated suit exemplifies Rule 11(b)(1) deficiencies, as her actions contribute to Plaintiff's pro se status through multiple attacks, including suing counsel and anonymous conduct (Exhibit 3), thereby imposing burdens rather than pursuing good-faith claims. The lack of complete details breaches reasonable inquiry (see U.S. v. Int'l Bhd. of Teamsters, 948 F.2d at 1346). In the context of this Rule 11 motion, Exhibit D's irrelevance to the current federal proceedings underscores defendants' failure to provide evidentiary support for their counterclaims, diverting attention from foundational voids and warranting sanctions for objective unreasonableness.


D. Exhibit E (German Court Decision) Is Collateral, Prejudicial, and Contradicted by
McGough's Own Knowledge

Defendants cite Exhibit E (A German decision on unrelated allegations) for a "web of allegations" supporting McGough's belief (Jasne Declaration ¶¶17, 21; McGough Affidavit ¶61; Opposition MOL, p. 5). This is irrelevant collateral, inadmissible under Fed. R. Evid. 403 (probative value outweighed by prejudice, confusion, or misleading) and 404(b) (propensity rather than fact evidence). The case involved defamation, not sexual misconduct as suggested; with the verdict reversed September 2020, and the individual found to be a defamer and convicted July 2022—with these outcomes countering the narrative, per official Court records. McGough was aware of this matter via emails (Exhibit 2 exemplar), and by

Facebook/WhatsApp. This knowledge predated visa sponsorship (with the full application available), and her claim of being "blind-sided" (McGough Affidavit ¶40) is inconsistent with dates and responses. Her Denials of awareness are contradicted by and evidence discrepancies in her affidavit. Again, this has no relation to relationship, images, threats, or harm, and introduce prejudicial matters that distract from core evidentiary deficiencies. Advancing this without relevance violates Rule 11's improper purposes, imposing burdens through unsubstantiated assertions, and warrant striking and sanctions (see Fed. R. Evid. 403, 404). Plaintiff's Exhibit 2 confirms knowledge of these matters, which are redacted for sensitivity but Court-available if needed.

### E. Exhibit F (Redacted Dancer Affidavit) Is Anonymous, Confidential, and Riddled with Falsities

Defendants assert Exhibit F (redacted affidavit alleging seduction) as providing a basis for their claims (Jasne Declaration ¶¶19-21; McGough Affidavit ¶¶34-35, 55; Opposition MOL, p. 5). This introduces prejudicial unsubstantiated content inappropriately. The exhibit violates confidentiality, originating from a 2020 mediation shared with McGough and Plaintiff's lawyer—a fact contradicted by Exhibit 2, which confirms her knowledge and engagement despite her claims of ignorance. Such disclosure breaches mediation terms and ethics (see Fed. R. Evid. 408; Chambers, 501 U.S. at 50).

The affidavit's anonymity prevents effective rebuttal, as Plaintiff remains unaware of specifics; the allegations are false, with no corroborating instances beyond this unreliable hearsay (Fed. R. Evid. 802), rendering it fundamentally irrelevant and prejudicial. Exhibit F is unconnected to McGough or the counterclaims, serving as character attacks without any link to images, threats,

or harm. Courts strike such anonymous and defamatory items under Fed. R. Evid. 403 (where prejudice exceeds probative value) and 404, as detailed further in the conclusion. Its use indicates harassment, aggravating Rule 11 violations through diversion from the counterclaims' evidentiary deficiencies and underscoring the lack of reasonable inquiry.

F. Defendants' Overarching Factual Narrative Is Contradicted by Evidence and Lacks Support

Beyond individual exhibits, Defendants' assertions—of a soured consensual affair, Plaintiff's alleged fabrication on employment/coercion/immigration/discovery evasion (Jasne Declaration ¶¶10-15, 25-31; McGough Affidavit ¶¶6-20, 29-53; Opposition MOL, pp. 4-5)—do not hold under review. These claims are unsupported and contradicted, distracting from the counterclaims' foundational deficiencies and revealing patterns of inconsistency. There is no evidence of intimacy, as communications were professional and amicable, with Exhibits A, B, and C representing decontextualized innocuous exchanges. McGough knew of the German and Lutwin matters via messages and visa processes, as confirmed by Exhibit 2 (redacted for sensitivity but available for in camera review), which includes specific dates of undisputed awareness and replies, corroborated by texts and emails—disproving her affidavit claims of ignorance despite her simultaneous assertions of an ongoing romantic affair. Allegations of grooming are defamatory and irrelevant collaterals, lacking any tie to the counterclaims; the Lutwin matter was dismissed, with mentions limited to highlighting inconsistencies.

Furthermore, Exhibit 3's documentation of McGough's conduct contradicts her claims of distress, indicating her initiating role and undermining the victim narrative, which exposes the NIED counterclaim as unsubstantiated and burdensome. Discovery remains pending due to Defendants' delays through amendments and oppositions, not evasion, extending proceedings to propagate

these assertions. The Jasne Declaration ¶32's off-shore references are ad hominem and without support, implying unsubstantiated impunity. These records underscore the deficiencies: recordings lack romance (Exhibits A/B: platonic 'mate' in A, abuse advice in B), the father/lawyer chat involves illogical decontextualization (Exhibit C), and emails refute McGough's assertions (Exhibit 2). The absence of full transcripts and logs highlights counsel's Rule 11 breach in certifying without inquiry, with McGough's affidavit inconsistencies dismantling the narrative and providing grounds for sanctions addressing misrepresentations and foundational gaps.

## III. DEFENDANTS' LEGAL ARGUMENTS ON RULE 11 VIOLATIONS ARE EQUALLY UNTENABLE AND REVEAL FURTHER LACK OF EVIDENTIARY SUPPORT

 Defendants' Opposition MOL (pp. 6-23) and affidavits claim no Rule 11(b)(3) violation, asserting counterclaim merit through exhibits and ECF No. 84, absence of harassment, and no basis for sanctions. This position is unsupported and exposes further evidentiary deficiencies, ignored contradictions, and Rule 11 breaches. The following subsections connect these failures to Rule 11(b)(1)-(3), supported by relevant authority.

### A. The §52-B Counterclaim Lacks Any Evidentiary Support and Was Filed Without Reasonable Inquiry

Defendants maintain the §52-B claim is supported, consistent, and diligently investigated (Opposition MOL, pp. 10-16; Jasne Declaration ¶¶18-21; McGough Affidavit ¶¶65-67). This assertion is unsustainable, as their arguments falter due to exhibit irrelevance, pleading

inconsistencies, and inquiry deficiencies (see Section II). The exhibits provide no images, threats, or affair evidence, consisting instead of decontextualized fragments that no counsel could reasonably certify under Rule 11(b)(3).

Inconsistencies persist, such as threats during an ongoing affair (Amended Answer ¶¶156-158), which undermine §52-B harassment intent (Doe v. Doe, 165 A.D.3d at 404; Gambale v. Deutsche Bank AG, 377 F.3d at 140). The ECF No. 84 ruling assessed plausibility by assuming facts as true (Iqbal, 556 U.S. at 678) but did not confirm evidence or inquiry (Chambers, 501 U.S. at 46). Continuation without images or threat documentation—over two years, with delays not attributable to Plaintiff—indicates inadequate inquiry and foundational gaps, despite opportunities for substantiation.

Recordings lack intent, with Defendant's Exhibit A showing platonic 'mate' and concern, and Exhibit B providing abuse advice. Exhibit C's group chat presents logical deficiencies in threat interpretation, as demonstrated by Plaintiff's Exhibit 1, while Plaintiff's Exhibit 2 emails refute collateral ignorance, weakening intent and baselessness per Doe and Gambale. The absence of full records emphasizes unsubstantiated claims and highlight counsel's inquiry failure. Improper purposes are evident in Exhibit 3, where Voy posts parallel §52-B allegations through anonymous defamation, contradicting claims and proving deficiencies akin to ongoing conduct that warrants sanctions (Galella v. Onassis, 487 F.2d 986, 994 (2d Cir. 1973)). The counterclaim violates Rule 11(b)(3), justifying dismissal and sanctions.

B. The NIED Counterclaim Is Baseless, Untrue, and Filed Without Reasonable Inquiry

Defendants argue the NIED counterclaim is moot in the Amended Answer, supported in the

Second Amended Answer, and free of harassment (Opposition MOL, pp. 16-18; Jasne

Declaration ¶¶19-20; McGough Affidavit ¶¶66-67). This position lacks merit, as the

reinstatement disregards legal deficiencies, contradicts conduct evidence, and indicates

intentional prolongation through unsupported pleadings. The reinstatement omits physical harm

or fear—despite the ECF No. 84 dismissal on those grounds—and ignores New York

requirements (Johnson v. State, 37 N.Y.2d at 382; Ornstein, 10 N.Y.3d at 6), representing an

uncured flaw that no reasonable inquiry could overlook. The NIED claim overlaps with IIED,

relying on the same unsupported facts, and is disfavored without independent support (Jones v.

State, 33 N.Y.3d 371 (2019)).

Furthermore, the exhibits show no "negligent acts" or distress; Exhibit 3 confirms McGough

imposes burdens via Voy posts, which is inconsistent with harm and undermines the narrative

(Gambale v. Deutsche Bank AG, 377 F.3d 133, 140 (2d Cir. 2004), where burdens justify relief).

Improper purposes manifest in this ongoing anonymous conduct (Exhibit 3), undermining

distress claims and burdening Plaintiff, which warrants protection from undue annoyance

(Seattle Times Co. v. Rhinehart, 467 U.S. 20, 36 (1984)). Recordings undermine the "negligent

acts" foundation, reflecting platonic concern and abuse advice without harm (Exhibits A/B). The

chat and emails refute credibility through evident banter and known inconsistencies (Exhibit C;

Exhibit 2), per Ornstein and Gambale. The lack of full details highlights foundational

deficiencies and counsel's Rule 11 certification breach without inquiry. The counterclaim

violates Rule 11, justifying dismissal and sanctions.

C. Sanctions Are Fully Warranted to Deter Defendants' Frivolous Tactics

 Defendants deny any Rule 11 violation, harassment, or entitlement to dismissal and costs
(Opposition MOL, pp. 18-20; Jasne Declaration ¶¶34-35). This denial is countered by substantial
evidence of unsubstantiated assertions and foundational deficiencies, as outlined in Chambers v.
NASCO, Inc., 501 U.S. 32, 46 (1991). Exhibit 3 details McGough's pattern of Voy posts, family
contacts, and defamatory conduct, which is inconsistent with her distress claims and imposes
undue burdens. These tactics are compounded by irrelevant recordings lacking romance
(Exhibits A/B: platonic 'mate' in A, abuse advice in B), an illogical interpretation of the
father/lawyer chat (Exhibit C), and email-refuted assertions regarding Lutwin and German
matters (Exhibit 2). Such conduct reveals objective unreasonableness and merits sanctions to
deter prolongation of baseless counterclaims.

Furthermore, Plaintiff is entitled to dismissal of the counterclaims as a nonmonetary directive
under Rule 11(c)(4) to prevent further frivolity. Plaintiff is also entitled to $2,052 in costs and
$2,500 in pro se equivalents for motion and reply efforts, consistent with Simmons v. N.Y.C.
Transit Auth., 575 F.3d 170, 174 (2d Cir. 2009). A $10,000 penalty payable to the Court deters
continuation, addressing McGough's affidavit inconsistencies and counsel's unsubstantiated
certifications, pursuant to Rule 11(c)(4) for multiplying proceedings (Chambers, 501 U.S. at 50;
see Gurary v. Winehouse, 235 F.3d 792, 801 (2d Cir. 2000)). Accordingly, referral of counsel for
ethical review under Local Civil Rule 1.5 is appropriate for advancing unsupported and harassing
contentions, thereby preserving judicial integrity.

D. Defendants' Attacks on Plaintiff's Affidavit Are Baseless

Defendants allege perjury in Plaintiff's Affidavit (ECF No. 70) (Opposition MOL, pp. 20-22). This allegation lacks support and serves improper purposes, as the denials are accurate and consistent with litigation records. No intimacy is evidenced, with communications remaining professional and amicable; Exhibits A and B reflect platonic concern ('mate' in A) and abuse advice (in B), Exhibit C shows banter involving the father and lawyer, and Exhibit 2 confirms McGough's knowledge on Lutwin and German matters, refuting any implications of falsehood. Moreover, the defendants accuse Plaintiff of fabrication and perjury in details that McGough herself has been caught engaging in, such as inconsistent statements and defamatory conduct. These perjury claims mirror the defamatory tactics in Exhibit 3, involving anonymous dissemination of private details, which violates Rule 11(b)(1) through harassment. The assertions are contradicted by non-romantic recordings, the illogical chat context, and emails refuting her claims, all without counter-evidence from Defendants. Such attacks violate Rule 11(b)(1) by distracting from the counterclaims' evidentiary voids and justify sanctions, including additional costs and penalties, to deter further misconduct (Chambers, 501 U.S. at 46).

## IV. PERJURY AND DISHONESTY BY MCGOUGH

McGough has presented statements under oath in her affidavit that appear inconsistent, including denials of knowledge regarding the German defamation case, Lutwin dismissal, and anonymous dancer affidavit. Plaintiff's Exhibit 2 counters these through emails she sent, received, read, and replied to, establishing evident discrepancies and demonstrating her involvement in discussions on topics she disclaims, with responses confirming awareness (redacted for sensitivity but available for in camera review). This pattern aligns with inconsistencies in Exhibits 1 (group chat

banter presented as threats) and 3 (anonymous conduct contradicting distress claims). While

perjury allegations require careful consideration, such inconsistencies weaken the opposition and

amplify Rule 11 violations by indicating certification without good faith (see United States v.

Dunnigan, 507 U.S. 87, 94 (1993)). Perjury findings typically require evidentiary hearings to

assess credibility and intent (see, e.g., Nemeroff v. Abelson, 620 F.2d 339, 348 (2d Cir. 1980)).

These issues support sanctions, including a $10,000 penalty to deter further misconduct (see

Wolters Kluwer Fin. Servs., Inc. v. Scivantage, 564 F.3d 110, 118 (2d Cir. 2009)).


## V. COUNSEL'S FAILURES IN CERTIFYING BASELESS CLAIMS

Defendants' counsel has not conducted reasonable inquiry under Rule 11(b), certifying

unsubstantiated and inconsistent claims without verifying available evidence, thereby facilitating

improper purposes and defamation of Plaintiff. Counsel had access to the full Exhibit 1 context

(group chat as playful, not threats) and should have reviewed correspondence in Exhibit 2, which

refutes McGough's knowledge denials on the German defamation case, Lutwin dismissal, and

anonymous dancer affidavit. Yet, counsel certified without obtaining or examining complete

email threads, full transcripts of Exhibits A and B (recordings lacking romantic intent), or logs of

the Exhibit C group chat, all revealing foundational deficiencies.

This reflects avoidance of diligence, as reasonable counsel would not certify McGough's

affidavit—marked by demonstrable inconsistencies—or rely on decontextualized Exhibits A–F

as "good faith" without confirming relevance and authenticity through steps like securing full

recordings, verifying dates against residency, and cross-referencing communications. Such

omissions contravene Rule 11's inquiry standard and SDNY Local Civil Rule 1.5(f), authorizing

disciplinary review for unsubstantiated claims (see Nemeroff v. Abelson, 620 F.2d 339, 348 (2d

Cir. 1980) (sanctions for inadequate factual inquiry); Margo v. Weiss, 213 F.3d 55, 65 (2d Cir. 2000) (reasonableness assessment)). The Court should impose sanctions on counsel, including costs and ethical referral, to prevent enabling McGough's approaches.

**CONCLUSION**

For the foregoing reasons, the Court should grant Plaintiff's motion in its entirety. The Court should dismiss the §52-B and NIED counterclaims with prejudice, as they lack evidentiary support, contain inconsistencies, and were filed without reasonable inquiry. The Court should strike all prejudicial collateral references (Defendants' Exhibits D, E, F in the opposition) under Federal Rules of Evidence 403 and 404 for irrelevance and unfair prejudice. In addition, the Court should strike from the record ECF filings containing defamatory material, such as the unsubstantiated anonymous affidavit in Exhibit F, which serves to defame without foundation and should not be permitted to remain in the judicial record.

The Court should award costs of $2,052, plus reasonable expenses equivalent to pro se fees of $2,500. The Court should impose a monetary penalty of $10,000 payable to the Court to deter inconsistencies, defamation, and escalation. The Court should refer Defendants' counsel for ethics review under Local Civil Rule 1.5 for certifying inconsistent and harassing contentions. The recordings indicate no romance, the group chat reflects banter, and emails refute assertions—necessitating these remedies to halt misconduct. If the Court determines that further inquiry into potential perjury is warranted, Plaintiff respectfully requests an evidentiary hearing to assess credibility and intent pursuant to precedents such as Nemeroff v. Abelson, 620 F.2d 339, 348 (2d Cir. 1980).

Defendants' ongoing foundational deficiencies, including McGough's inconsistencies and anonymous conduct, require this relief to deter further violations, compensate Plaintiff, and protect the judicial process. Based on evident discrepancies, conduct, and foundational gaps in Exhibits 1, 2, and 3, Plaintiff requests an injunction against McGough's further actions under the Court's inherent authority (Chambers v. NASCO, Inc., 501 U.S. 32, 46 (1991)) and standards of irreparable harm and status quo preservation; if unsuitable here, Plaintiff will file separately.

Dated December 1, 2025

*Jamie Hodges*

/s/ Jamie Hodges

Jamie Hodges

#C401, 42 Sirirat Rd, Phuket, Thailand 83150

jamiehodges89@hotmail.com, +447773694657

**EXHIBITS RELIED UPON**

- Plaintiff's Exhibit 1: Full group chat chain, showing the playful banter with an audience including McGough's father, her lawyer, and Plaintiff; included jokes about lawsuits and discussions about her husband.

- Plaintiff's Exhibit 2: Emails proving McGough's knowledge of Lutwin, German, and anonymous doc matters, with legally sensitive details redacted but available in camera—one of many showing she sent/received and replied, obvious undisputed awareness corroborated by texts/emails.

- Plaintiff's Exhibit 3: Plaintiff's Motion for Protective Order under Rule 26(c) (with conferral emails, cease-and-desist, and proof of Voy posts), supporting improper purposes/lack of evidentiary support.



20:13

**Fini/Hodges**
You

< 2

**Meagan McGough** 26 Nov 2020
Yea I've been waiting for hodges to sue me next!!!!
00:16

Leave your husband or I'll sue 00:18 ✓✓

**Meagan McGough**
You can be my side piece 🍿 00:19

As long as we do all the weird sex stuff
00:19 ✓✓

**Meagan McGough**



▶ 0:39                                    01:27

**Meagan McGough**

You can't send messages to this group because you're no longer a member.

20:13

**Fini/Hodges**
You

‹ 2



0:39    01:27

**Meagan McGough**

0:12

I'm sorry, Jamie but can you finger this good??? 😂😂😂😂😂😂😂😂😂😂

MM    03:21

Papi can please anything, including poultry! 😂😂    03:21 ✓✓

**Meagan McGough**

You can't send messages to this group because you're no longer a member.

20:13

2  **Fini/Hodges**
You

**Meagan McGough**  26 Nov 2020



"Once you put my meat in your mouth you're gonna want more" - his apron
03:23

**MM** Legend  03:23

😂😂😂😂😂😂 PAPI  03:26

**Meagan McGough**
You didn't comment on my popcorn ornament
03:27

Shoes how much you care about my domestic skills
03:27

**MM** I feel unappreciated  03:27

You can't send messages to this group because you're no longer a member.

**EXHIBIT 2**



20:36

Fwd: Hodges v. Healy et al. (162452/2019) / FKB file # 302.144    📎 4

🗁 MMG & GH

**TM**  **Tom M. Fini**
tom@catafagofini.com

To:  **You** jamiehodges898@hotmail.com
     **Meagan McGough** meagan.mcgough@gmail.com
     Wednesday, 15 April 2020, 01:11

🖼 **imagee85a50**       🌐 **ATT00001**        📄 **Ro**
   JPG - 7 KB            HTM - 6 KB           PDF

📎 4 attachments (125 KB)          ⬇ **Save attachments**

**Tom M. Fini, Esq.**
**Catafago Fini LLP**
The Empire State Building
350 Fifth Ave., Suite 7710
New York, New York 10118
212.239.9669 tel
212.239.9688 fax
917.561.4143 cell
www.catafagofini.com

EXHIBIT 2

Begin forwarded message:

↩ ⌄ Reply All           ✉ 🗑 🗄 •••

✉ Email          📅 Calendar          ▦ Apps

20:28 🔕    LTE

‹

## German Defamation Lawsuit                    📎 1

**You**
jamiehodges898@hotmail.com                      ⋯

To:  **Tom M. Fini** tom@catafagofini.com

Cc:  **Meagan McGough** meagan.mcgough@gmail.com

    **John McGough** jwmcgough@comcast.net

    Monday, 30 March 2020, 20:18

📄 PDF  **German Complaint**
        PDF - 83 KB                              ⋮

Tom,

I hope this email finds you well, attached to this email is a translated document for my defamation case against Elaine which was filed in Germany today.

Just so you know this case is not available for public record, if you want me to run through anything on this please let me know

Jamie

↩ ⌄ Reply All          ✉ 🗑 🗄 ⋯

✉            📅            ▦
Email       Calendar      Apps

20:34

LTE

< 

# Re: Pros and Cons of Adding CLRG

Early MA Lutwin Labis

**MM**

**Meagan McGough**
meagan.mcgough@gmail.com

To: **Tom M. Fini** tom@catafagofini.com

Cc: **You** jamiehodges898@hotmail.com
**John McGough** jwmcgough@comcast.net
**Jacques Catafago** jacques@catafagofini.com
**Adam Sherman** adam@catafagofini.com
Monday, 11 January 2021, 04:32

Tom & Jamie,

If you think this covers everything, I am following it perfectly fine.

If you think you need to be more clear in mediation and/or trial, then I would just hold the information about due process within CLRG camp recommendations for future reference.

If you still need a call, I am starting my MBA this week with a heavy orientation schedule. John McGough is always a great stand in for a call, if we can't all sync up!

Have a great week,

Meg

...

Early MA Lutwin Labis

⤺ ∨ Reply All

Email    Calendar    Apps

20:36

Fwd: Hodges v. Healy et al. (162452/2019) / FKB file # 302.144    📎 4

📁 MMG & GH

**TM**    **Tom M. Fini**
tom@catafagofini.com    ⋯

To:    **You** jamiehodges898@hotmail.com

**Meagan McGough** meagan.mcgough@gmail.com

Wednesday, 15 April 2020, 01:11

🖼 **imagee85a50**    ⋮    🌐 **ATT00001**    ⋮    📄 **Ro**
JPG - 7 KB    HTM - 6 KB    PD

📎 4 attachments (125 KB)    ⬇ **Save attachments**

**Tom M. Fini, Esq.**
**Catafago Fini LLP**
The Empire State Building
350 Fifth Ave., Suite 7710
New York, New York 10118
212.239.9669 tel
212.239.9688 fax
917.561.4143 cell
www.catafagofini.com

Begin forwarded message:

↩ ⌄ Reply All    ✉ 🗑 🗄 ⋯

📧    📅    🔲
Email    Calendar    Apps

20:25

← 

📁 Early MA Lutwin Labis

**TM**  **Tom M. Fini**
tom@catafagofini.com                    ...

To:  You jamiehodges898@hotmail.com

Cc:  Adam Sherman adam@catafagofini.com

Meagan McGough meagan.mcgough@gmail.com

Thursday, 22 April 2021, 17:53

📄 show_temp.pl
PDF - 97 KB                              ⋮

Jamie:

Please see the attached. The Court has stayed discovery pending the motions to dismiss. We cannot read too much into this. Some judges feel that if there is a motion to dismiss, they should stay the case to avoid the parties' wasting money if the case might be dismissed. In fact, if the Court is going to dismiss the case, then in a way this is better for you, as you would waste money on discovery that would be useless if the Court is going to dismiss the case. I doubt that the Judge read all the papers and has any real feelings about this case yet. Anyway, let's just wait and see.

↩ ⌄  Reply All            ✉ 🗑 🗄 ···

✉        📅        📱
Email    Calendar    Apps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JAMIE HODGES ET AL,

              Plaintiffs,
           -against-

MOLLY KATHLEEN LUTWIN ET AL,

              Defendants.

-----------------------------------------------------------x

| | |
|---|---|
| : | USDC SDNY |
| : | DOCUMENT |
| : | ELECTRONICALLY FILED |
| : | DOC#: _____ |
| : | DATE FILED: April 22, 2021 |
| : | |
| : | **20-cv-9878 (ALC)** |
| : | |
| : | **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court denies Plaintiffs' request for a conference regarding discovery. (ECF No. 41.) The Court grants Defendants' motion to stay discovery and shall stay discovery until the motions to dismiss are resolved. (ECF No. 42, 44.)

**SO ORDERED.**

**Dated:** April 22, 2021

        **New York, New York**

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**

20:31

LTE

<

MM  **Meagan McGough**
     meagan.mcgough@gmail.com

To:  **Tom M. Fini**  tom@catafagofini.com

     **You**  jamiehodges898@hotmail.com

Cc:  **John McGough**  jwmcgough@comcast.net

     Saturday, 18 April 2020, 00:32

Hello,

Couple comments and discrepancies on the statements:

- **CLRG Letter/Judy McCafferty:** letter is dated January 29, 2020. We have evidence they closed the case on January 23, 2020 prior to the meeting in NJ on January 26, 2020. Therefore, this is either a coverup with the CLRG or Gary is covering up dates. Someone is lying. January 26, 2020 was when Jimmy Early publicly slandered Hodges/OTM. ***Someone is lying -*** so you may want to subpoena the CLRG for their records as this will place heat on the CLRG to come true and expose Jimmy Early.



Reply All

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JAMIE HODGES, Plaintiff, -against-                            Case No.: 7:23-cv-05016-NSR

MCGOUGH ENTERPRISES LLC, individually and d/b/a MCGOUGH ACADEMY, and MEAGAN MCGOUGH, individually, Defendants.

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c)

Plaintiff Jamie Hodges, proceeding pro se, respectfully moves this Court for a protective order pursuant to Federal Rule of Civil Procedure 26(c) to halt a persistent and targeted harassment orchestrated by Defendant Meagan McGough, conclusively proven to be the anonymous poster on the Voy forum through Exhibit I. This conduct encompasses the direct message to Plaintiff's mother on October 9, 2024 (Exhibit A), defamatory dissemination of private information (Exhibit B), and anonymous surveillance (Exhibit C), now irrefutably linked to McGough's Voy posts in Exhibit I, inflicting profound annoyance, embarrassment, oppression, and undue burden. As seen in the degrading accusations in Exhibit A, these actions, including the unauthorized posting of Plaintiff's personal thank you card on Voy (Exhibit I), have decimated Plaintiff's ability to engage in litigation, as detailed in the Declaration of Jamie Hodges (Exhibit H), reflecting a 35-hour burden, as detailed in Exhibit H. This harassment has ensnared him in severe emotional distress, as evidenced in Exhibit A, further detailed in the Declaration of Jamie Hodges and supporting records (Exhibit H), from constant threats of further anonymous harassment by McGough, obstructing his efforts to resume a normal life. The persistent harassment presents a compelling, evidence-supported demonstration of good cause under Rule 26(c)(1), as informed by Seattle Times Co. v. Rhinehart, supra, Gambale v. Deutsche Bank AG, supra, Galella v. Onassis, supra, and binding Second Circuit authority. This motion seeks immediate relief, meriting the Court's immediate intervention based on the evidence, including Exhibit I's undeniable proof of McGough's Voy posting.

CERTIFICATION OF GOOD-FAITH CONFERRAL

Pursuant to Rule 26(c)(1) and Local Civil Rule 37.2, Plaintiff certifies that diligent efforts were

undertaken to resolve this matter extrajudicially. On September 28, 2025, Plaintiff transmitted a

detailed cease-and-desist email to Defendants' counsel, Hugh Jasne, enumerating specific

instances of harassment, including the October 9, 2024, message to Plaintiff's mother (Exhibit

A), Instagram messages (Exhibit C), and LinkedIn posts (Exhibit B), demanding immediate

cessation (Exhibit D, attached as Exhibit G), and highlighting McGough's Voy posts (Exhibit I)

as evidence of her direct involvement. Counsel's response on September 29, 2025, was wholly

inadequate, merely stating, "The most I will agree to is raise it with Meag, and advise her

accordingly as may be appropriate," failing to enforce or investigate, despite the irrefutable

evidence in Exhibit I. As supported by the Declaration of Jamie Hodges (Exhibit H), this

inaction violates Local Rule 37.2's good-faith negotiation requirement, as counsel failed to

engage substantively or take steps to address the ongoing harassment, despite clear notice.

This issue was previously raised with Defendants' former counsel, Adam Weiss, in the urgent

motion for injunctive relief served electronically on October 13, 2024 (Exhibit E), which detailed

similar harassment, now reinforced by Exhibit I's proof of McGough's Voy activity. Weiss's

refusal to acknowledge the motion's substance, declining to act, allowed McGough to continue

her harassment, a pattern persisting under Jasne, with Exhibit I further exposing her direct role.

These documented efforts, spanning communications with both counsel, fully satisfy the

conferral requirement under Local Rule 37.2, as affirmed in the Declaration of Jamie Hodges,

though they failed to yield resolution. This motion is compelled given its urgent need to address

ongoing harm, warranting the Court's prompt consideration.

JURISDICTIONAL BASIS

This Court holds jurisdiction under 28 U.S.C. § 1331, as the underlying action arises under

federal law, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

Supplemental jurisdiction extends to state-law claims, such as defamation and privacy violations,

as evidenced by the defamatory content in the mother's message (Exhibit A) and significant

exploitation of a privileged email in Exhibit B, deleted by Meta for extreme policy breaches, as

well as invasive contacts via Instagram messages (Exhibit C), pursuant to 28 U.S.C. § 1367. The

motion, addressing discovery-related abuses and constitutional infringements—specifically

privacy rights violated by the unauthorized family contact (Exhibit A) and due process rights

obstructed by witness intimidation (Exhibit D), substantially delaying witness cooperation, as

supported by the Declaration of Jamie Hodges (Exhibit H)—in a pending action, is within the

Court's authority under Rule 26(c)(1) (Chambers v. NASCO, Inc., supra; Doe v. City of New

York, supra), meriting the Court's review based on the evidence.

PRE-MOTION COMPLIANCE

This motion follows Plaintiff's renewed pre-motion letter dated October 16, 2025, submitted in

accordance with Local Civil Rule 37.2 and the Court's individual practices, detailing specific

instances of harassment and seeking leave to proceed, including McGough's Voy posts in

Exhibit I. On October 23, 2025, the Court waived the pre-motion conference requirement and

established a briefing schedule (ECF No. 113), directing Plaintiff to serve the motion pursuant to

Rule 26 and Rule 12 by December 2, 2025, with service and filing deadlines as ordered. Given

the ongoing and serious nature of the harassment, as evidenced by the mother's message (Exhibit

A), Instagram probes (Exhibit D), and reported to U.S. and international agencies (e.g., Ref.

670691-VJZ), due to documented impact in Exhibit A, as affirmed in the Declaration of Jamie

Hodges (Exhibit H), and escalated by Exhibit I confirming McGough's Voy posting, Plaintiff

intends to serve this formally by December 2, 2025, as ordered, to seek immediate relief,

justifying the Court's decisive action based on the evidence.

BACKGROUND AND FACTUAL CONTEXT

This litigation, initiated on June 15, 2023, asserts claims under Title VII and New York law for

sexual harassment, retaliation, and related torts. Defendant Meagan McGough's significant

extrajudicial actions have significantly hindered this process, utilizing anonymous accounts to

exploit litigation-sensitive data, as evidenced by Instagram messages (Exhibit C), the direct

message to Plaintiff's mother on October 9, 2024 (Exhibit A), and targeted probes (Exhibit D),

reflecting her personal vendettas from McGough v. Phillips & Associates, PLLC, 2025 NY Slip

Op 30867(U), and directly targeting Plaintiff's family, now irrefutably linked to her Voy posts in

Exhibit I. The remarks on LinkedIn under the fabricated "Erin O'Brien" profile (Exhibit C)

further exemplify her consistent pattern of anonymous attacks, directed at individuals she

believes have wronged her, such as accusing Plaintiff's former counsel, amplifying her

harassment pattern. These actions, attributable to McGough through her exclusive access to

privileged details and tied to litigation events in Exhibits A-D, delay discovery responses and

witness preparation, impeding Plaintiff's ability to engage in the lawsuit and disrupting his daily

life, as detailed in the Declaration of Jamie Hodges (Exhibit H), as conclusively substantiated by

the exhibits, with Exhibit I as definitive proof of her Voy posting.

TIMELINE OF HARASSMENT LINKED TO LITIGATION

To establish a clear pattern of harassment linked to this litigation, Plaintiff presents a chronology

of Meagan McGough's actions, summarized in the table below, supported by legal precedent

affirming the attribution of such conduct (Galella v. Onassis, supra). This pattern aligns with the ongoing anonymous Voy attacks referenced in Plaintiff's lawsuit against McGough, which have persisted both before and after the litigation filing on June 15, 2023, and are attributable to McGough based on her exclusive access to litigation details and consistent vendetta-driven themes, with Exhibit I providing irrefutable evidence of her direct posting. Exhibit F reflects a broader pattern, as supported by the Declaration of Jamie Hodges (Exhibit H).

| Date Range | Event | Exhibit | Link to Litigation/McGough Connection | Legal Implication |
|---|---|---|---|---|
| October 9, 2024 | McGough sent a degrading message to plaintiffs mother. | A | Post-urgent motion (Exhibit E), amid discovery, reflecting retaliatory access; her lapse in anonymity reinforces the pattern, consistent with Doe v. City of New York, supra, and confirmed by Exhibit I's Voy post of Plaintiff's thank you card. | Supports protective order under Rule 26(c). |
| April 2024 | McGough maintained 'tattle_trebles' Instagram, posting defamatory content misrepresenting a privileged email, deleted by Meta with linked accounts for policy violations. | B | Evidencing her access, supported by Gambale v. Deutsche Bank AG, supra, with Exhibit I further proving her Voy involvement through the thank you card. | Justifies confidentiality under Rule 26(c)(1)(G). |
| September 2024 to September 2025 | McGough fabricated 'Erin O'Brien' LinkedIn profile, posting personal details anonymously, reflecting her tendency for cowardly attacks on perceived adversaries. | C | Aligned with discovery, reflecting her vendetta, per Seattle Times Co. v. Rhinehart, supra, reinforced by Exhibit I's Voy evidence of the thank you card. | Warrants injunction against contacts. |
| Prior to September 28, 2025 | McGough used 'artsluvnyc' Instagram to follow and probe Plaintiff's associates.[1] | D | Showing continued control, consistent with Galella v. Onassis, supra, with Exhibit I confirming her Voy posting pattern via the thank you card. | Supports discovery stay under Rule 26(c)(1)(A). |

---

[1] Exhibit D displays only the time as Instagram only displays the time for messages sent within the previous 24 hours. Plaintiff requested the recipient provide a new screenshot the next day after contacting McGough's counsel, however the message had been removed by McGough. Plaintiff wishes to confirm that the date is accurate and this message is what triggered the September 28, 2025, email to counsel (Exhibit G).

| Pre-June 15, 2023 | Ongoing anonymous Voy attacks, constant and largely undocumented due to volume. | F | Predates litigation, tied to McGough's vendetta, consistent with Exhibits A-B, with Exhibit I proving her authorship through the thank you card. | Corroborates pattern for Rule 26(c) relief. |
|---|---|---|---|---|
| Post-June 15, 2023 | Ongoing anonymous Voy attacks, constant and largely undocumented due to volume. | F, I | Post-litigation, tied to McGough's pattern, with Exhibit I as undeniable evidence of her Voy posts of the thank you card. | Reinforces need for comprehensive relief. |

This timeline illustrates a persistent pattern where each act builds upon the previous one, leveraging litigation-exclusive information, escalating from anonymous surveillance to direct contact, as recognized in Galella v. Onassis, supra. The Court should consider that the overt message to Plaintiff's mother (Exhibit A), echoing themes from prior anonymous acts, strongly suggests this is not coincidental but part of McGough's orchestrated behavior, driven by her exclusive access and retaliatory motives, as corroborated by the exhibits and Declaration of Jamie Hodges (Exhibit H), with Exhibit I providing conclusive proof of her Voy posting of Plaintiff's thank you card.

McGough's ability to harass anonymously, yet her lack of self-control in breaking character with the direct message (Exhibit A), does not diminish the validity of the anonymous acts, especially given Exhibit I's revelation of her posting Plaintiff's personal thank you card on Voy. Rather, the recurring theme of harassment—reflective of McGough's behavior toward her 'enemies' witnessed by Plaintiff over years—and the consistent targeting of Plaintiff for litigation-exclusive information, including the Voy post in Exhibit I, compel the Court to infer her deliberate conduct. Given the anonymized nature of this harassment, including the Voy attacks, Plaintiff cannot physically access McGough's phone. However, the Court is asked to reasonably infer from undisputed evidence—the mother's message (Exhibit A), the reported removal of accounts like 'tattle_trebles' with creation dates to be requested via discovery, and the account

cycling pattern mirroring the Voy harassment, definitively linked to McGough by Exhibit I's thank you card post—indicating McGough's regular use of anonymized attacks. The challenges of anonymized harassment prevent Plaintiff from seizing McGough's computer, but discovery requests for account creation dates and metadata are proposed to substantiate this pattern, consistent with Rule 26(b)(1) discovery standards, warranting the Court's reasoned inference based on Exhibit I's proof.

ARGUMENT: GOOD CAUSE EXISTS FOR A PROTECTIVE ORDER

Federal Rule of Civil Procedure 26(c)(1) empowers this Court to issue protective orders upon a showing of good cause, shielding parties from annoyance, embarrassment, oppression, or undue burden during discovery. Good cause requires a particularized demonstration of prejudice, with courts exercising discretion to address abusive tactics (Seattle Times Co. v. Rhinehart, supra; Gambale v. Deutsche Bank AG, supra; Doe v. City of New York, supra; Galella v. Onassis, supra). Defendant McGough's persistent harassment, directly linked to discovery themes and extending into targeted harassment of Plaintiff's life, is evidenced by the mother's message (Exhibit A) and Instagram contacts (Exhibit D), causing significant damage, as detailed in the Declaration of Jamie Hodges (Exhibit H), and irrefutably confirmed by her Voy posts in Exhibit I. This harassment disrupts witness preparation, delays discovery responses, and demands immediate and comprehensive relief. The threatening nature of this conduct, reflected in the degrading accusations in Exhibit A and the defamatory posts in Exhibit B, has been reported to U.S. and international authorities (e.g., Ref. 670691-VJZ) for its significant impact, due to Exhibit A's threat, compelling Plaintiff to seek judicial protection to continue litigation, meriting the Court's protective relief based on the evidence.

SPECIFIC DISCOVERY OBLIGATIONS AT ISSUE

The protective order addresses ongoing discovery, including interrogatories and document requests concerning personal relationships (¶¶ 109-145), employment denials (¶ 164), and alleged advances (¶¶ 168-170), as well as prospective depositions. These inquiries are vulnerable to further exploitation through McGough's tactics, notably the invasive third-party contacts as seen in the 'artsluvnyc' probing (Exhibit D) asking "Do you know Jamie Hodges?" and public disclosures in 'Erin O'Brien' posts (Exhibit C), including the misuse of a privileged email in Exhibit B, deleted by Meta for extreme breaches, enabling McGough to gather 'ammunition' for counterclaims, including targeting witness-related data, posing a significant threat of witness intimidation as evidenced by Exhibit D's inquiries, as supported by the Declaration of Jamie Hodges (Exhibit H), and reinforced by her Voy posts in Exhibit I. Defendants' claim of voluntary discovery exposure (Burrell v. Uhler, 2025 U.S. Dist. LEXIS 62905, limited to deposition contexts) is inapplicable, as Martinez v. Robinson, 2024 WL 3662639, at 4 (S.D.N.Y. Aug. 5, 2024), limits such exposure to lawful conduct, not the extrajudicial harassment herein, justifying the Court's immediate action.


CATEGORIES OF HARM: ANNOYANCE, EMBARRASSMENT, OPPRESSION

McGough's conduct inflicts harms cognizable under Rule 26(c), with the family harassment serving as the cornerstone of this motion:

- Unprecedented Oppression from Direct and Indirect Family Contact: The most egregious act occurred on October 9, 2024, when McGough sent an insulting and degrading message to Plaintiff's mother, calling Plaintiff a fabricator, causing significant distress and disruption (Exhibit A). This unauthorized contact leveraged intimate knowledge of Plaintiff's family dynamics—evidenced by specific references to a judgment from a lost case where McGough

unsuccessfully sued Plaintiff's former counsel—constitutes a flagrant violation of ethical litigation conduct. The message's content caused profound anguish, as Plaintiff attests in his declaration, and stands as sufficient evidence of this outrage, requiring 10 hours of response, triggering relentless family trauma, and causing significant anguish, as detailed in the Declaration of Jamie Hodges (Exhibit H), exacerbated by McGough's Voy post in Exhibit I revealing Plaintiff's personal thank you card. This direct harassment builds upon prior indirect tactics, such as the "artsluvnyc" account probing family and friends with litigation-aligned questions (Exhibit D), intimidating witnesses and mirroring consistent themes with McGough's vendettas, now confirmed by Exhibit I. Legally, this violates Plaintiff's privacy rights (Doe v. City of New York, supra) and due process by obstructing witness access, a chilling effect recognized in Galella v. Onassis, supra. The message's outrageousness aligns with Howell v. New York Post Co., 81 N.Y.2d 115, 121 (1993), reflecting bad-faith retaliation, and evidences a deliberate, escalating campaign, not an isolated act, demanding immediate protection, meriting the Court's protective measures based on the evidence.

- Embarrassment from Dissemination of Misrepresented Private Information: The 'tattle_trebles' Instagram account, connected to McGough via a misrepresented privileged email (Exhibit B), deleted by Meta for policy violations, caused enduring reputational harm. The account's reliance on litigation-specific details and McGough's unique access, evidenced by the pattern of account cycling, underscores her misconduct, further validated by Exhibit I's Voy post of the thank you card. This parallels Joy v. North, 692 F.2d 880, 893 (2d Cir. 1982).

- Annoyance and Oppression via Surveillance and Unauthorized Contacts: Prior to September 28, 2025, the "artsluvnyc" Instagram account—irrefutably attributable to McGough through its use of litigation-specific inquiries and temporal proximity to her actions—followed and

messaged Plaintiff's friends and family, seeking intimate details (e.g., "Do you know Jamie

Hodges?"; "What does he do for work?") (Exhibit D). This necessitated 15 hours of remedial

effort—3 hours responding to friends, 6 hours to family, 6 hours to associates—valued at $1,500

at a pro se rate of $100/hour, causing distress. In September 2024, the "Erin O'Brien" LinkedIn

profile—linked to McGough via its replication of grievances from her Phillips lawsuit and

revealing her entrenched pattern of anonymous attacks on those she believes have wronged

her—surveilled Plaintiff and family, posting accusatory comments (Exhibit C), with Exhibit I

confirming her Voy posting as part of this pattern. These actions align with Galella v. Onassis,

supra, and Sobol v. Swiss Int'l Air Lines, Ltd., 2006 WL 3490658, at 2 (S.D.N.Y. Dec. 1, 2006).

## CATEGORY OF HARM: UNDUE BURDEN AND LIFE DISRUPTION

Defendant Meagan McGough's actions entail substantial, documented burdens and impede

Plaintiff Jamie Hodges' ability to resume a normal life. Since the incident (Exhibit A), Plaintiff

has devoted over 35 hours—valued at $3,500 based on a pro se rate of $100 per hour—to

addressing inquiries, securing privacy, and mitigating its impact. This effort has diverted critical

resources from discovery compliance, including 35 hours on mitigation efforts detailed in

Plaintiff's declaration, with supporting time logs (Exhibit H), intensified by McGough's Voy

posts in Exhibit I. The intimidation of potential witnesses, intensified by family fear as Plaintiff

attests—delaying witness statements—necessitates alternative measures, such as subpoenas

costing approximately $750, as authorized under Federal Rule of Civil Procedure 45, based on

service provider estimates. Additionally, electronically stored information (ESI) requests for

social media data incur an estimated $1,200 in retrieval costs, due to family distress in Exhibit A,

as supported by the Declaration of Jamie Hodges (Exhibit H), and exacerbated by Exhibit I's

exposure. Beyond litigation, McGough's relentless pursuit—tracking Plaintiff's movements,

labeling him a "liar" on his LinkedIn profile (Exhibit C), cycling through anonymous accounts, and probing via targeted messages (Exhibit D)—has inflicted a significant psychological toll, obstructing his recovery and autonomy, as noted in Plaintiff's declaration and supported by personal notes (Exhibit H). A proportionality analysis, pursuant to In re Subpoena Duces Tecum to AOL, LLC, 2011 WL 2193806, at 3 (S.D.N.Y. June 7, 2011), confirms that these burdens, especially witness intimidation costs, significantly outweigh the discovery process's value, necessitating judicial intervention, justifying the Court's discretionary relief.

PARTICULARIZED DEMONSTRATION OF PREJUDICE

The prejudices are specific, severe, and ongoing: (1) significant emotional distress from the specific insults in the mother's message (Exhibit A) and invasive surveillance via Exhibit D's probes, corroborated by Plaintiff's declaration and supported by counseling records (Exhibit H), intensified by McGough's Voy post in Exhibit I; (2) severe reputational damage from public exposure and Exhibit C's 'liar' label in online vilification, exacerbated by the defamatory Exhibit B posts, with Exhibit I further confirming her role; (3) suppressed witness cooperation due to familial fear triggered by Exhibit A, as supported by the message's clarity and attested in the Declaration of Jamie Hodges, reinforced by Exhibit I's Voy evidence; (4) resource diversion, delaying discovery responses; and (5) a pervasive inability to reclaim personal autonomy, as McGough's actions track and defame Plaintiff globally through constant online monitoring (Exhibit C). Attribution to McGough is compelling, given her unique access to privileged details post-October 13, 2024, motion (Exhibit E), mirroring the Phillips lawsuit grievances, as supported by the Declaration of Jamie Hodges (Exhibit H), and cemented by Exhibit I's display of Plaintiff's personal thank you card. Her consistent motives are evidenced by reports to U.S. and international authorities (e.g., Ref. 670691-VJZ) for their significant impact, filed with

authorities, reflecting the threatening nature of Exhibit A's degrading accusations that prevent Plaintiff from continuing without relief, as documented in Exhibit F. This surpasses the vagueness in Koster v. Chase Manhattan Bank, 93 F.R.D. 471, 474 (S.D.N.Y. 1982), and aligns with Sobol II. Defendants' staleness claim is rebutted by a continuing violation theory under National R.R. Passenger Corp. v. Morgan, 536 U.S. 101, 117 (2002), linking the April 2024 'tattle_trebles' posts (Exhibit B) to the September 2025 'artsluvnyc' acts (Exhibit D) in an escalating pattern, with Exhibit I as definitive proof of McGough's Voy involvement, warranting the Court's determination based on the evidence.

BALANCING OF INTERESTS AND PUBLIC INTEREST

The significant prejudice to Plaintiff outweighs Defendants' discovery rights: McGough's tactics, particularly the mother's message (Exhibit A) and life-disrupting surveillance via Exhibit D's probes, undermine procedural fairness by undermining witness availability and delaying deposition preparation, with Exhibit I's Voy post adding to this harm. These actions violate due process and undermine judicial process, delaying discovery. Court-supervised alternatives preserve access with minimal impact on lawful discovery, leaving non-sensitive interrogatories unaffected. Rule 26(b)(1) proportionality favors protection for a pro se litigant facing such aggression (Tracy v. Freshwater, supra; 2015 Amendments), limited to sensitive areas per Exhibits A-D. Public interest in equitable adjudication, per Galella v. Onassis, supra, and the Court's duty to curb abusive tactics (Chambers v. NASCO, Inc., supra), demands this balance to protect the public's faith in judicial integrity against such abuses, as supported by the Declaration of Jamie Hodges (Exhibit H), justifying the Court's protective order based on the evidence.

NARROW TAILORING AND PREEMPTION OF OPPOSITION

The proposed relief is carefully tailored: a discovery stay for 90 days from December 2, 2025, renewable upon a showing of continued good cause; prohibitions on inquiries into harassed areas without Court approval; confidential material designations; and an injunction barring McGough from all direct or indirect contacts—including with Plaintiff's mother—via any means, for the pendency of this action, with compliance review, targeting Plaintiff's family, undermining Plaintiff's support network, as detailed in the Declaration of Jamie Hodges (Exhibit H), and necessitated by her Voy posts in Exhibit I. This addresses Defendants' voluntary discovery exposure claim (Burrell v. Uhler, 2025 U.S. Dist. LEXIS 62905) by showing extrajudicial overreach (Martinez v. Robinson, 2024 WL 3662639, at 4). The lack of timestamps on Exhibit D is countered by circumstantial evidence—McGough's exclusive knowledge of privileged emails in Exhibit A and temporal proximity to the October 13, 2024, motion (Exhibit E)—refuting staleness (Arthur v. Orchestrate Bus. LLC, 2024 U.S. Dist. LEXIS 191368; Kenyatta v. Combs, 2025 U.S. Dist. LEXIS 179243). The multiple adversaries assertion is undermined by thematic consistency with McGough's Phillips lawsuit (Exhibit C), including accusatory posts disrupting Plaintiff's reputation. The bond waiver, supported by Hoover v. Wagner, 47 F.3d 845, 850 (7th Cir. 1995), and Williams v. Novoa, 102 F.3d 487, 494 (2d Cir. 1996), counters Thailand residency concerns due to the significant financial and emotional toll from Exhibit A, as supported by the Declaration of Jamie Hodges (Exhibit H), as enforceability does not negate immediate relief needs, supporting the Court's authority based on the evidence.

EVIDENTIARY SUPPORT

This motion is supported by:

- Exhibit A: October 9, 2024, message to mother with degrading remarks, supporting emotional distress.

- Exhibit B: "tattle_trebles" Instagram content misrepresenting a privileged email, deleted by Meta with linked accounts for extreme policy violations after Plaintiff's report, supporting reputational harm.

- Exhibit C: "Erin O'Brien" LinkedIn activity accusing former counsel, supporting her harassment pattern.

- Exhibit D: September 28 "artsluvnyc" Instagram messages probing Plaintiff's associates, showing a pattern of surveillance oppression.

- Exhibit E: October 13, 2024, service of urgent motion for injunctive relief on prior counsel, supporting prior notice.

- Exhibit F: Anonymous Voy attacks, constant and ongoing, undocumented and referenced in Plaintiff's lawsuit, corroborating the harassment pattern.

- Exhibit G: Plaintiff's cease-and-desist email to Hugh Jasne dated September 28, 2025, and Jasne's response dated September 29, 2025, supporting good-faith efforts.

- Exhibit H: Declaration of Jamie Hodges (attesting to timeline, harms, 35-hour burden, life disruption, and attributions, with supporting records).

- Exhibit I: Voy forum post containing Plaintiff's personal thank you card to McGough, sent exclusively to her and posted by her alongside disgusting anonymous posts, providing irrefutable proof of McGough's authorship.

These materials satisfy Gamache v. Steelman, 2006 WL 2842368, at 1 (S.D.N.Y. Oct. 4, 2006), providing specific instances for the Court's thorough review.

<u>REQUESTED RELIEF</u>

Pursuant to Rule 26(c)(1)(A)-(H), Plaintiff requests:

- A discovery stay for 90 days from December 2, 2025, renewable upon a showing of continued good cause [(c)(1)(A)];

- Prohibition on inquiries into harassed areas without Court approval [(c)(1)(B)];

- Confidential designation of sensitive materials [(c)(1)(G)];

- An injunction barring McGough from all direct or indirect contacts, including with Plaintiff's mother, via any means, for the pendency of this action;

- Clawback provisions and order termination upon resolution.


Additionally, pursuant to Rule 37(a)(5) and the Court's inherent authority (Chambers v. NASCO, Inc., supra), Plaintiff requests sanctions for McGough's willful harassment, including monetary penalties of $5,000, attorney's fees for preparation ($2,000 at a pro se rate of $100/hour), and an adverse inference instruction due to her bad-faith conduct, under Chambers' discretion, particularly given Exhibit I's proof of her Voy posting. Defendants' inadequate response to the cease-and-desist (Exhibit D) and failure to curb McGough's actions, despite notice (Exhibit E), constitute complicity, as recognized in Perez v. Posse Comitatus, 373 F.3d 321, 325 (2d Cir. 2004), warrant these measures to deter further abuse. If granted, award costs under Rule 26(c)(3) and Rule 37(a)(5)(A) totaling $5,500. Waive any bond under 28 U.S.C. § 1915, per Hoover v. Wagner, 47 F.3d 845, 850, and Williams v. Novoa, 102 F.3d 487, 494, due to the significant financial strain and emotional devastation from Exhibit A, as supported by the Declaration of Jamie Hodges (Exhibit H), justifying the Court's ruling based on the evidence.

CONCLUSION

Defendant McGough's sustained harassment, epitomized by the October 9, 2024, message to Plaintiff's mother—a serious act documented in Exhibit A—and her relentless obstruction of his personal and professional life, from Exhibit D's probes to Exhibit A's attack, establishes compelling good cause for a protective order under Rule 26(c). This escalating pattern, from anonymous tactics to direct family targeting, is a calculated assault on Plaintiff's constitutional rights to privacy and due process, a serious threat to judicial integrity, as seen in Exhibit C's anonymous attacks, as noted in Exhibit E, as supported by the Declaration of Jamie Hodges (Exhibit H), and definitively proven by her Voy posts in Exhibit I. Your Honor, the Court's inherent authority (Chambers v. NASCO, Inc., supra) to uphold judicial order and sacred duty to shield a pro se litigant from such vindictive persecution, as affirmed in Tracy v. Freshwater, supra, demand immediate, resolute action pending court-ordered deadlines due to Exhibit A's documented harm. To deny this relief is to condone McGough's pattern of harassment, eroding public trust in this Court's ability to deliver justice. Grant this protective order, impose sanctions to deter further abuse, and restore Plaintiff's dignity, firmly grounded in the presented evidence.

Respectfully submitted,

/s/ Jamie Hodges
Jamie Hodges
C401, 42 Sirirat Rd., Patong, Thailand 83150
+447773694657

Dated: Served on December 2, 2025

07:30



**Meagan McGough** ✓

WED 23:58

https://
iapps.courts.state.ny.us/
nyscef/ViewDocument?
docIndex=yNXGwkwaaEE
pH6Jv4smmNw==

Page 9 of the document is particularly informative on the now confirmed affidavit claiming deceit from your son from his own legal counsel in NY. Outright lies, false claims, gaslighting, and extortion with no remorse on how it would affect others or my family.

I'm sure you're a very proud Mum.

If you accept, Meagan will be able to call you and may see info such as your Active Status and when you've read messages.

Block        Delete        Accept

08:56

TATTLETREBLE
**Posts**

**Follow**

tattletreble

...



**52 likes**

tattletreble Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change because of "visa issues?"

Scary Gary ran the USA visas for the organization.

Miraculously missing judges on qualifying panels because SG allegedly had the authority to manipulate the system with his authority of power? Who remembers this?

Interesting document for the alleged fraud. This organization has a lot of characters in it!

8 February

tattletreble

...



08:56



TATTLETREBLE
**Posts**

**Follow**

tattletreble

•••

never saw this document before he
received it in response to his FOIA request, and
Gary Healy and his firm unlawfully failed to produce
it to me when I asked for the entire client file in
November and December of last year.

The FOIA production also included the attached
package of materials submitted to the U.S.
government under a cover letter dated April 15,
2019. Although Mr. Healy did sent this package to
me in December 2019 in response to my request for
the file, ▇▇▇▇ was never provided this packet
of documents or the forged contract while Mr.
Healy was representing him. The reason that Mr.
Healy did not provide these documents to ▇▇▇
▇▇▇ at the time they were originally submitted
to the government as part of the visa application is
because they evidence serious fraud on the U.S.
government.

The forged contract dated April 15, 2019, between
▇▇▇▇ and the fake dance company bears
an obviously forged signature of ▇▇▇▇
You will notice that the "H" in both Healy's
signature and ▇▇▇ signature is exactly the
same. Again, ▇▇▇ signed this document,
which will be very easy to prove this at trial. And

request. Mr. Healy plain hid it, for fear of the
serious consequences that will flow from it.

The reason Mr. Healy did not produce this
document to me when I requested the client file last
November, and the reason he may not have
produced it to you, is because it appears to
evidence extremely troubling and illegal activity.

To begin with, Mr. Healy never showed this
document to ▇▇▇▇ nor did he ever inform
▇▇▇▇ that his visa application would involve a
sponsor by the name of "The Royal Academy of
Irish Dance." Apparently, "The Royal Academy of
Irish Dance" is a fake shell company that Mr. Healy
has been illegally using for years to trick
the government into issuing hundreds of visas for
Irish dancers who have no idea that a fake company
is being used as their sponsor. Although we already
have evidence of this, during discovery, Mr. Healy
and his firm will need to produce all the visa
applications that involve this fake company, as well
as the identities of other visa applicants, so that we
can take their depositions and show the jury that

          

**52 likes**

**tattletreble** Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change because
of "visa issues?"

Scary Gary ran the USA visas for the organization.

Miraculously missing judges on qualifying panels because SG
allegedly had the authority to manipulate the system with his
authority of power? Who remembers this?

Interesting document for the alleged fraud. This organization
has a lot of characters in it!

8 February

tattletreble

•••



08:56





TATTLETREBLE
**Posts**

< **Follow**

tattletreble

• • •

as the identities of other visa applicants, so that we can take their depositions and show the jury that Mr. Healy's overall scheme was to lure in hundreds of visa applicants, and crank out illegal visas so that he could quickly pocket $2,500 to $5,000 a pop for the fake visas. The Magical Healy Visa Factory.

Mr. Healy falsely represents on pages 27 to 30 of the attached pdf copy of the 4/15/2019 package to the government that The Royal Academy of Irish Dance is the successor of a school called Mullane Healy Godley Academy of Irish Dance. This is not true. Mullune Godley Academy of Irish Dance is the successor, which continued after Mr. Healy left the original entity. We will call the founders of the Mullane Godley school to trial, who will clearly explain that Mr. Healy is in no way running the successor school — they do. In fact, Mr. Healy did not open a new school called The Royal Academy of Irish Dance. That school does not exist, except as a shell entity to process Mr. Healy's fraudulent visas

Irish Dance. That school does not exist, except shell entity to process Mr. Healy's fraudulent vis The school where Mr. Healy really teaches is DeNogla-Ardmore Academy of Irish Dance. We also prove at trial that The Royal Academy of Iris Dance is not listed in any of the official Irish dan organizations as a true Irish dance company, it offers no classes, never had a internet presence never engaged in a competition, and is complete fake. Just by way of example of the crude and naked fraud involved, the website for the fake er that Mr. Healy provided to the U.S. government the attached November 18, 2019 withdrawal lett (www.royalacademyofirishdance.com) goes to a dead link.

Mr. Healy is essential the Visa Oz — behind the curtain, there is only a fake.

You should also be aware that the fourth attachment is another forged document that

      

**52 likes**

**tattletreble** Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change because of "visa issues?"

Scary Gary ran the USA visas for the organization.

Miraculously missing judges on qualifying panels because SG allegedly had the authority to manipulate the system with his authority of power? Who remembers this?

Interesting document for the alleged fraud. This organization has a lot of characters in it!

8 February

tattletreble

• • •



08:57

**Follow**

tattletreble



Text partially visible in screenshot:

ke dance
elf and his firm
course will
ers to
if his illegal
isclosed
█████ ife. That
d be any risk to
being
isa application
n for his
ly no advance
tion as to how
ion to further
, in a frantic
wn interests
.S. government
ealy pulled the
-the-fact
ile —
t.

ethical
ieve that Mr.
the fraud and
e he has sold
tly processed
ompelled —
█████ — to

heard that █████ kissed a woman. Obviously, even if Mr. Healy had heard a rumor, it was his clear obligation to call █████ into the office, and explain █████ options in a way that would advance █████ interests. Mr. Healy's storyline if fake, and you, a decent man, should understand it to be the coverup that it is. In reality, Mr. Healy pulled the visa for his own self-interested reasons, in particular his having been involved in visa fraud against the U.S. government.

I hope that the above information helps you to understand why my client is so outraged. My client rightfully feels that it was absolutely not an option for Mr. Healy to unilaterally pull the visa. In the very least, Mr. Healy owed it to my client to explain the problem that Mr. Healy created by use of the fake sponsor, and to help Mr. Healy amend his visa to use appropriate sponsors. Instead, Mr. Healy tossed █████ into the gutter. Then, to make matters worse, Mr. Healy defamed █████ and assumed he would die in the street. But Mr. █████ is intent to go all the way to trial to show the jury what really happened here. I am dealing with a very hurt client, who is psychologically

with a very hurt client, who is psychologically distressed over what has happened.

For now, suffice to say that I am sure you will take immediate steps to have Mr. Healy and the defendant law firms produce to me the entire client file — even the forged documents. I please need the entire file within 7 days so that I can prepare for the mediation. If the mediation fails, I need the documents for the amended complaint.

Thanks for your cooperation.

♡  ◯  ⊽    · · ● ● ●                    🔖

**52 likes**

**tattletreble** Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change because of "visa issues?"

Scary Gary ran the USA visas for the organization.

Miraculously missing judges on qualifying panels because SG allegedly had the authority to manipulate the system with his authority of power? Who remembers this?

Interesting document for the alleged fraud. This organization has a lot of characters in it!

8 February

tattletreble



**16:09** 🌙

<  tattletreble    ...

Follow

tattletreble · 23m
epare for our 2 pm
call today, I ask that you
please read the highlighted
portions of the newly minted
attached German court
decision from April 2020, in
which the German judge
found as credible allegations
that Jamie fondled the private
parts of an 18 year
old student of his, when he
was at least 30. See pages
3, and 14 through 20
attached.

One of the many deadly
conclusions by the German
judge: **"The court also
considers it proven, after
the hearing of the evidence,
that on the evening of
the first day of the
workshop in December
2018, the Plaintiff
performed sexual acts on
the witness Traub without
her consent, in particular by
putting her hand between
her legs and rubbing there."**
Decision at 17. Jamie also
admitted to having
consensual sex with a 22 year
old dance teacher at the

— The German judge has
written a devastatingly bad
decision, finding that Jamie
touched the private parts of
an 18 year old student of his
against her will, when Jamie
was at least 30 years old.
This is an addition to
admitted consensual sex with
a 22 year old fellow dance
teacher, and drinking at a bar
after class hours with
younger students. This alone
will make Jamie very
unsympathetic to any jury,
even if we survived the
motions to dismiss and
summary judgment that will
be filed. Jamie will be seen
as a player, and as admittedly
going out for drinks with
younger female students.
Jamie is extraordinarily
handsome, and the jury will
hate him. The beautiful white
male predator.

What matters is that Jamie is
dead in front of a New York
jury. It doesn't matter if Gary
Healy really learned of these
rumors after he pulled the
visa. What matters is that
Gary can say he heard about
these allegations though the
grape vine, and we can never
definitively disprove that,
since Jamie had filed a UK
action about these issues,
and the Irish Dance

          

**56 likes**
**tattletreble** Jamie Hodges – Part 1 👋🏻
9 hours ago

  tattletreble    ...

    

16:09

‹     tattletreble    •••



..., and 14 through 20 attached.

One of the many deadly conclusions by the German judge: **"The court also considers it proven, after the hearing of the evidence, that on the evening of the first day of the workshop in December 2018, the Plaintiff performed sexual acts on the witness Traub without her consent, in particular by putting his hand between her legs and rubbing there."** Decision at 17. Jamie also admitted to having consensual sex with a 22 year old dance teacher at the workshop, going out to drink after hours with students, and hanging out with three younger women (including at least one student) at a house after hours, including with students. It doesn't matter if

will make Jamie very unsympathetic to any jury, even if we survived the motions to dismiss and summary judgment that will be filed. Jamie will be seen as a player, and as admittedly going out for drinks with younger female students. Jamie is extraordinarily handsome, and the jury will hate him. The beautiful white male predator.

What matters is that Jamie is dead in front of a New York jury. It doesn't matter if Gary Healy really learned of these rumors after he pulled the visa. What matters is that Gary can say he heard about these allegations though the grape vine, and we can never definitively disprove that, since Jamie had filed a UK action about these issues, and the Irish Dance community is close knit. The jury can easily just conclude that Jamie is a player, and not see Gary's actions as an evil act.

I stress: It does not matter that Gary may have learned about this incident only after he pulled the visa. In jury trials, if the plaintiff is not sympathetic, there is little chance of a winning verdict for a tough case like this. In the age of the "me too" movement, the German court ruling is deadly. It would be insanity not to take the quarter of a million dollar settlement.

        • • • • ·        

**56 likes**

**tattletreble** Jamie Hodges – Part 1 👋

9 hours ago

     •••

                



‹          TATTLETREBLE
              **Posts**                    **Follow**

**tattletreble**                              ...

11 O 37/20                    - 2 -

Plaintiff. In the United States, these procedures are deemed to be at an early stage. In Great Britain there already would be a court hearing in June 2020 and the injunction respondent would be there to attend to tell her story. ("...there are criminal proceedings happening against him."; "They are in the US and in the UK. In the US they are in the initial stages, in the UK, a court date has been set for June. I will be attending to tell my story.").see Appendix AST 3. Notifications of continuous infringements, in relation to the above judgment carry a fine, to be determined for each infringement, or if a fine cannot be collected, to impose detention or imprisonment for up to six months (administrative fine in individual cases not exceeding €250,000; imprisonment for a total of not more than two years).

2.  In all other respects, the application for issuing a temporary injunction is dismissed.

3.  2/3 of the costs of the proceedings shall be borne by the Plaintiff, the Defendant 1/3.

4.  The judgment is provisionally enforceable. The Plaintiff may avert enforcement by providing security amounting to 110% of the amount to be enforced on the basis of the judgment, unless the Defendant provides security amounting to 110% of the amount to be enforced before enforcement.

## Decision

The amount in dispute is set at € 30,000.00.

## Statement of Facts

The injunction Plaintiff (hereinafter: "Plaintiff") requests from the injunction respondent (hereinafter: "Defendant") the cessation of certain statements, made on Facebook vis a vis a third party.

The Plaintiff is an independent dance instructor. He is engaged worldwide to provide and conduct Irish dance workshops in dance school studios. In the past he was a member of the dance group "Fusion Fighters", a provider of dance workshops from Bristol. The Plaintiff does

                              

**56 likes**
**tattletreble** Jamie Hodges – Part 1 
9 hours ago

 **tattletreble**                              ...

                        



**tattletreble**

···

AST 2). The Defendant is a member of the *"World Irish Dance Association"* (WIDA) and is active on a voluntary basis as the acting President.

In December 2017, the Plaintiff and Chris Naish, who was also a member of the *"Fusion Fighters"*, conducted a dance workshop at the invitation of the Defendant in the studios of the Defendant's dance school. The workshop was accompanied by two assistant dance teachers from the Defendant's dance school. On the evening of the first day of the workshop, some workshop participants and parents, the Defendant and the two dance teachers met for dinner and then in a smaller circle in a bar to round off the day. With one of the assistant dance teachers, the then 22-year-old Corinna Broussard, the Plaintiff later had consensual sexual intercourse with in his hotel.

In December 2018, another workshop of the *"Fusion Fighters"* took place with the participation of the Plaintiff in the premises of the Defendant's dance school. On the evening of the first day of the workshop, a meeting was held in a bar, as in the previous year. In the course of the evening, the Plaintiff went outside to withdraw money from an ATM. He was accompanied by a dance student of the Defendant and workshop participant, the then 18-year-old witness Eleanor Traub.

For the evening of the second day of the workshop, the Plaintiff had arranged to spend the night with a further dance student and workshop participant in her apartment, the then 18-year-old Karen Krombach (correct: Gronbach). No sexual interaction took place.

A further workshop by the Plaintiff in the premises of the Defendant's dance school was agreed upon for March 22/23, 2019, but was cancelled by the Defendant in February 2019.

On January 11, 2020 the Plaintiff organised a workshop in the premises of a WIDA dance school in Brisbane, Australia.

On January 12, 2020, the Defendant contacted Ms. Hannah Gray, a dance teacher at the dance school in Brisbane, via her private Facebook account. In the Facebook chat with Hannah Gray, which was conducted in English, the Defendant made the following contested statements (see Appendix AST 3):

*(handwritten margin notes)* Sex with 22 year old teacher

Drinking in bar with 18 year old student

♡ ○ ▽    · · ● ● ● ● · ·    🔖

**56 likes**

**tattletreble** Jamie Hodges – Part 1 👋

9 hours ago

**tattletreble**    ···

    



## Posts

tattletreble                                                    ...




11 O 37/20                                    - 17 -

Karen Gronbach. However, the Plaintiff's undisputed overnight stay at a dance school leaves room - at least from the Defendant's point of view - for speculation, which does not seem unreasonable in view of the Plaintiff's indisputable sexual intercourse with Michelle Broussard.

ii.

The court also considers it proven, after the hearing of evidence, that on the evening of the first day of the workshop in December 2018, the Plaintiff performed sexual acts on the witness Traub without her consent, in particular by putting his hand between her legs and rubbing there.

Witness Traub essentially stated that the Plaintiff had wanted to withdraw money and that she had accompanied him to the bank branch in order to avoid the waiting time until the taxi arrived, which was supposed to bring all those remaining in the pub home or to the hotel. In the bank, she had sat on a heater and remained sitting there when the Plaintiff was finished. They had been talking the whole time. The Plaintiff then approached her, kneeled down in front of her, leaned forward and began to kiss her. She neither blocked nor returned the kisses. When the Plaintiff had started kissing her, he had also grabbed her between her legs. He didn't put his hand there for a moment and then pull it away again, but actively grabbed her there, left his hand there and began to rub around. He had kissed her for a while. When someone came into the bank, she turned her head away and the Plaintiff got up quickly.



The court is convinced that the testimony of the witness Traub is true. On the other hand, the court does not believe the Plaintiff, who in his affidavit denied that he had committed any sexual act against the witness Traub.

The fact that the witness described the events in detail, with no contradictions and without any inconsistencies contributed significantly to the court's conviction. The witness not only described in detail the core events in the bank branch, but also the events before and after, especially on the following day.

The witness's statements were detailed and complex with regard to the core events as well as to the events before and after.. During the description of the core event she described her thoughts and feelings in a comprehensible way. For example, she stated that when the Plaintiff kneeled down before her, she thought, "Stop, something is going wrong here," and "I can't go anywhere, I can only push him away, but that seemed too radical to me," or, after the Plaintiff

    

**56 likes**

 **tattletreble** Jamie Hodges – Part 1 

9 hours ago

  tattletreble                          ...

    

 tattletreble    ...

11 O 37/20                    - 18 -

had stood up and told her she couldn't tell anyone about it, "Even then it was very unpleasant for me." The described reactions on her part seem plausible and fit harmoniously into the overall context of the statement.

Also further descriptions of the witness's state of mind, such as "I don't think I have ever not slept for a whole night" and "I still felt in bed that night (...) , how it felt when he touched me" make the statement appear to be close to reality. They indicate that the witness was in an exceptional situation which she could still remember well because of this.

The witness also gave a detailed account of events on the evening of the second day of the workshop, on which, according to her statement, she was again in the company of the Plaintiff. The descriptions of this evening are also so detailed and complex that the assumption that the witness had invented this seems far-fetched.

During the interrogation, the witness also showed no tendency to incriminate. In her testimony, she did not try to portray the Plaintiff in a bad light, but rather credibly described her inner processes and conflicts. The witness did not exaggerate or embellish events in her statement, but described the events objectively. There is no apparent motivation of the witness to unjustly incriminate the Plaintiff. She neither filed a criminal complaint nor did she turn to the Defendant of her own accord, but the Defendant learned of the events from her daughter, to whom the witness had confided.

In the end, the witness was able to switch between the individual sections of the story without any problems in response to questions from the court and the party representatives, and she spontaneously came up with additional information about her statements, for example that the Plaintiff asked her twice on Sunday at the workshop whether she had told someone "about it".

Against this background, the Chamber considers the testimony of witness Traub to be entirely credible, also in view of the personal impression the witness made during her interrogation.

iii.

The conduct of the Plaintiff against Corinna Broussard and the witness Eleanor Traub can serve as a sufficient factual basis for the assertions that the Plaintiff "manipulated", "bullied" and "played psycho games" with three girls.

          

**56 likes**
**tattletreble** Jamie Hodges – Part 1 

9 hours ago

 **tattletreble**    ...

                

 tattletreble    · · ·

11 O 37/20                    - 15 -

shops "tried" to "sleep" with "three of the Defendant's girls" and subsequently played "psycho games" with them , the (only) addressee Hannah Gray considers the core of the facts to be a certain, sexually connoted behaviour of the Plaintiff in relation to women in connection with dance workshops (at the Defendant's). The fact of the workshop and a certain behaviour of the Plaintiff as a factual basis for the Defendant's assessment can be proven (for example by means of witness evidence).

However, what the (sexual) behaviour in its concrete manifestation is supposed to be is no longer part of the core of the facts. For the addressee cannot imagine a concrete process under "sexually approached" and "tried to sleep with three of my girls". Nor does such a process result from the context in which the disputed statements were made, because the conduct of the Plaintiff is not explained in detail anywhere in the chat. This applies all the more to the statements on "manipulation" and "tyranny" as well as the "playing of mind games" in the second part of both statements. Thus the expressions "sexually approached", "manipulated and bullied", "tried to sleep with three of my girls" and "played psychological games" represent assessments of the Defendant's conduct, which is not described in detail, which are essentially shaped by the elements of commentary, opinion and views  and which are not accessible to an assessment as "true" or "untrue" by way of evidence.

(2)
The statements are not illegal as expressions of opinion.

(a)
Because of the specific nature of the general right of personality on which the Plaintiff relies as a framework right, its scope is not absolutely fixed, but must first be determined by weighing up the conflicting interests protected by fundamental rights, in which the special circumstances of the individual case and the fundamental rights and guarantees of the European Convention on Human Rights affected must be taken into account for interpretation. The encroachment on the right of personality is only unlawful if the protection interest of the person concerned outweighs the interests of the other side worthy of protection (BGH, judgement of 29.11.2016 - VI ZR 382/15, marginal 15; judgement of 19.01.2016 - VI ZR 302/15, marginal 14, in each case cited according to juris).

In the case of statements in which - as in the present case - evaluative and factual elements are mixed up in such a way that the  statement as a whole is to be regarded as a value judgment, the truthfulness of the factual elements is of importance when weighing up the conflicting interests. If the expression of opinion contains a proven erroneous or deliberately untrue core of facts, the fundamental right of freedom of opinion

    · · · ·     

**56 likes**

**tattletreble** Jamie Hodges – Part 1 

9 hours ago

     · · ·

                

16:10 🌙



**TATTLETREBLE**
**Posts**

Follow

♡ ◯ ⊽ ● ○ ○ ○ ⊓

Liked by **katie_meikle_** and **120 others**
**tattletreble** "There are winners and there are losers and I like that aspect of it because that's life... more

View 1 comment

9 February

tattletreble ···



**From:**

**Gary Healy's Forged Documents -- Visa Fraud -- Failure to Comply With Sage Realty Decision**
**Date:** May 21, 2020 at 1:53:15 PM EDT
**To:**

Dear

This email is for settlement purposes only, in preparation for the upcoming mediation.

I thought it would be important for me to spell out what appears to be serious illegal activity by Gary Healy and his firm, so that you understand what I

This email is for settlement purposes only, in preparation for the upcoming mediation.

I thought it would be important for me to spell out what appears to be serious illegal activity by Gary Healy and his firm, so that you understand what I was referring to on the mediation call by "forged documents." The information not only indicates serious illegal activity, but also shows that Gary Healy and his firm have failed to produce the entire client file to me, in violation of the decision in Sage Realty v. Proskauer Rose, 91 N.Y.2d 30 (1997), which is a serious ethical lapse. I believe that since Mr. Healy hid the information from me, you may also not be aware of it. You should ask Mr. Healy to show you the emails he sent me after I pointedly asked for the entire client file, and you will see that he intentionally hid documents — which cannot go unanswered.

Since the filing of the complaint in this action, submitted a FOIA request for his visa applications, and learned truly shocking news. The government produced a number of documents that never saw before, including the attached forged contract.

♡ ◯ ⊽ ○ ● ○ · · ⊓

Liked by **katie_meikle_** and **57 others**
**tattletreble** Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change... more

9 February



tattletreble ···

    

## TATTLETREBLE
**Posts**





**Follow**

♡ ♀ ⎯  ● ● ● ●  🔖

Liked by **katie_meikle_** and **120 others**
tattletreble "There are winners and there are losers and I like that aspect of it because that's life... more

View 1 comment

9 February

**tattletreble**                                       ···



never saw this document before he received it in response to his FOIA request, and Gary Healy and his firm unlawfully failed to produce it to me when I asked for the entire client file in November and December of last year.

The FOIA production also included the attached package of materials submitted to the U.S. government under a cover letter dated April 15, 2019. Although Mr. Healy did sent this package to me in December 2019 in response to my request for the file, ▪▪▪ was never provided this packet of documents or the forged contract while Mr. Healy was representing him. The reason that Mr. Healy did not provide these documents to ▪▪▪ at the time they were originally submitted to the government as part of the visa application is because they evidence serious fraud on the U.S. government.

The forged contract dated April 15, 2019, between ▪▪▪ and the fake dance company bears an obviously forged signature of ▪▪▪. You will notice that the "H" in both Healy's signature and ▪▪▪ signature is exactly the same. Again, ▪▪▪ signed this document, which will be very easy to prove this at trial. And

request. Mr. Healy plain hid it, for fear of the serious consequences that will flow from it.

The reason Mr. Healy did not produce this document to me when I requested the client file last November, and the reason he may not have produced it to you, is because it appears to evidence extremely troubling and illegal activity.

To begin with, Mr. Healy never showed this document to ▪▪▪ nor did he ever inform ▪▪▪ that his visa application would involve a sponsor by the name of "The Royal Academy of Irish Dance." Apparently, "The Royal Academy of Irish Dance" is a fake shell company that Mr. Healy has been illegally using for years to trick the government into issuing hundreds of visas for Irish dancers who have no idea that a fake company is being used as their sponsor. Although we already have evidence of this, during discovery, Mr. Healy and his firm will need to produce all the visa applications that involve this fake company, as well as the identities of other visa applicants, so that we

  ● ● ● ● ·    🔖

 Liked by **katie_meikle_** and **57 others**
tattletreble Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change... more

9 February

**tattletreble**                                       ···

        

16:10



Liked by **katie_meikle_** and **120 others**

**tattletreble** "There are winners and there are losers and I like that aspect of it because that's life... more

View 1 comment

9 February

tattletreble  •••



Liked by **katie_meikle_** and **57 others**
**tattletreble** Needed a Visa in the past to hire a judge?

Did your Oireachtas panel in USA suddenly change... more

9 February



tattletreble  •••

**EXHIBIT C**



✈ Send

**Erin O'Brien** · 2nd                                                                    1y  •••
Student at Pace University

Partners file sham cases. If you are a defendant - contact me and I'll
show you a disgusting case these partners filed to maliciously destroy
a company.

Like │ Reply

---

**Erin O'Brien** commented on this                                                      •••

PHILLIPS  **Phillips & Associates | Sexual Harassment, Di...**    + Follow
& ASSOCIATES  803 followers
1yr · 🌐

Free consultation and NO FEE unless we collect for you. Contact us today if
you feel you've been a victim of sexual harassment or



👍 6                                                  2 comments · 2 reposts

👍 Like

💬 Comment

🔁 Repost

✈ Send

**Erin O'Brien** · 2nd                                                                    1y  •••
Student at Pace University

Shakedown law firm. File sham cases. It's public knowledge.

Like │ Reply

↖ Load more comments

---

**Erin O'Brien** commented on this                                                      •••

👤  **Bryan Arce** 🔗 · 3rd+                                          + Follow
Principal at the Arcé Law Group, PC
6yr · 🌐

PHILLIPS  **Phillips & Associates | Sexual Harassment, ...**    + Follow
&  803 followers



803 followers
6yr ·

You can be a victim of discrimination even if you don't belong to a protected class - simply because someone PERCEIVES you to be. To help you understand your rights, Phillips & Associates  ...more

0:59    1x

4    1 comment

Like

Comment

Repost

Send

**Erin O'Brien** · 2nd    1y ···
Student at Pace University

"Perceived" is an interesting word. Do you use that for your sham case shakedowns?

Like | Reply

**Erin O'Brien** commented on this    ···

**Phillips & Associates | Sexual Harassment, Di...**    + Follow
803 followers
1yr ·

Many of us remember a time back in the day when Administrative Professionals had to suffer in silence when being sexually harassed at work. Unfortunately, sexual harassment still occurs - but you no longe  ...more

2    1 comment · 1 repost

Like

Comment

Repost

✈ Send

**Erin O'Brien** · 2nd                                     1y  ···
Student at Pace University

Sham ????

Like | Reply

---

**Erin O'Brien** commented on this                         ···

**Phillips & Associates | Sexual Harassment, Di...**   + Follow
803 followers
1yr · 🌐

Have a safe and happy #CincoDeMayo!



1 comment

👍 Like

💬 Comment

🔁 Repost

✈ Send

**Erin O'Brien** · 2nd                                     1y  ···
Student at Pace University

When are you going to answer the cases where you destroyed lives?

Like | Reply



Erin O'Brien commented on this ···

**Downtown Magazine NYC #MeToo Movement**
Bryan Arce on LinkedIn

👍 9                                                    2 comments

🔥 Like

💬 Comment

🔁 Repost

✈ Send

**Erin O'Brien** · 2nd                                    1y ···
Student at Pace University

Interesting

Like | Reply

↙ Load more comments





**People you may know**
From Erin's school

**Kendal Griffler**
General Manager and Certified Instructor (TCRG)
Connect

**Elizabeth F.** ✓
Entrepreneur & Product Innovator |Founder of Inteldis | Mentor at RBS |
Angel Investor...
Connect

**Arham Shah** 🟨
Computational Economics, Finance | CFA Level 1 Candidate
Connect

**Ray Hood, LPC, LMHC-D** ✓
Licensed Professional Counselor
Connect

**Madeline Hecht** ✓
Aspiring Broadcast Media Journalist & Reporter| Seeking internship in
Journalism, Digital Media, Writing, and Public Relations| Excels at...
Connect

Show more ⌄



About    Accessibility    Help Center    Privacy & Terms ▾    Ad Choices    Advertising
Business Services ▾    Get the LinkedIn app    More

Linked**in** LinkedIn Corporation © 2025



**Friday, October 24, 2025 at 10:40:41 PM British Summer Time**

| | |
|---|---|
| **Subject:** | McGough: Service of Urgent Motion for Injunctive Relief and Gag Order – Case No. 23 CIV 05016 (NSR) |
| **Date:** | Sunday, 13 October 2024 at 12:54:19 British Summer Time |
| **From:** | Jamie Hodges |
| **To:** | Adam Weiss |
| **Priority:** | High |
| **Attachments:** | Updated - URGENT INJUNCTION:GAG ORDER INJUNCTION - 7-23-cv-05016-NSR Hodges v. McGough Enterprises LLC et al.pdf |

Mr. Weiss,

In accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I am electronically serving the attached Motion for Injunctive Relief.

I ask you confirm by reply whether you consent to electronic service of this document under Rule 5. If you do not consent, I will consider this email a courtesy notice and proceed with formal filing. Should you decline, I will also seek the Court's approval for electronic service moving forward due to the urgency of this, in request it is permitted in all future matters.

Given the time-sensitive nature, this motion will be filed with the Court immediately upon service.

Sincerely,

Jamie Hodges

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

..........................................................................X

JAMIE HODGES,

Plaintiff,

-against-

MCGOUGH ENTERPRISES LLC, individually and
d/b/a MCGOUGH ACADEMY, and MEAGAN
MCGOUGH, individually,
Defendants.

..........................................................................X

Index No.: 23 CIV 05016 (NSR)

**URGENT MOTION FOR INJUNCTIVE RELIEF AND GAG ORDER**

..........................................................................X

Plaintiff Jamie Hodges submits this urgent application for an order granting a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure to prevent further harassment and defamation by Defendant Meagan McGough.

**NOTICE**

Plaintiff provided to the Defendant electronically on October 13, 2023 in accordance with Rule 65(b)(1). Alternatively, if notice is waived due to the urgency of this matter, Plaintiff asserts that immediate harm will occur without judicial intervention. Alternatively, if notice is waived, Plaintiff asserts that irreparable harm will result from any further delay in accepting service, as the Defendant's ongoing actions demonstrate immediate threats to Plaintiff's emotional and reputational well-being.

Plaintiff presents to the Court as follows:

**1. Introduction and Nature of the Case**

This application arises from ongoing harassment, defamation, and emotional distress caused by the Defendant, Meagan McGough, directed at Plaintiff, Jamie Hodges. Defendant's actions include harassing communications and defamatory social media posts and have caused irreparable harm to Plaintiff's reputation and emotional well-being. Plaintiff requests that this Court issue a preliminary injunction to prevent further harm while litigation is pending.

## 2. Statement of Facts

Plaintiff submits the following facts in support of the application:

- On October 9, 2023, Defendant Meagan McGough sent a harassing and offensive message to Plaintiff's mother direct **from her personal account**. Not only this is contain a false summary and misrepresentation of facts, it also contains personally degrading language toward Plaintiff and his family. A copy of this message is attached at *Exhibit 1*.

- Defendant has engaged in a sustained defamation campaign throughout this litigation using social media, including the public dissemination of falsehoods and deliberate distortion of legally privileged communications distortion via the Instagram account (@tattle_trebles). This account was recently removed from Instagram for a violation of their rules, along with Meagan McGough's personal **and** business account. An example of one post from this account, with the defamatory content redacted, is attached as *Exhibit 2*.

- Defendant has engaged in a malicious and sustained defamation campaign throughout litigation period, using an anonymous account to repeatedly post defamatory and fabricated content on a public forum named voy. The forum posts, made under the guise of anonymity, were riddled with falsehoods, portraying the Plaintiff in a damaging and wholly untrue light. These baseless claims were amplified and repeated on Tattle Treble, this further exacerbating the harm caused to the Plaintiff. The evidence provided is just a fraction of Defendant's ongoing, deranged behaviour. This is attached as *Exhibit 3*.

These actions demonstrate a concerted effort by the Defendant to harass and defame the Plaintiff, with the intent to cause emotional and reputational harm. *Exhibits 1 and 2* are attached to this application as supporting evidence. In *Rosenberg v. MetLife, Inc. (8 N.Y.3d 359, 2007),* New York courts held that defamatory statements made in bad faith and with malicious intent support claims for injunctive relief.

The defendants poorly disguised 'anonymous' online tactics have been employed for approximately 18 months, with McGough using anonymous postings on the message board Voy to share falsehoods concerning the plaintiff. This ongoing harassment through both direct messages and these defamatory public statements constitutes an abuse of process and an attempt to interfere with legal proceedings. In *Murry v. Gelber (870 N.Y.S.2d 378, 2008)*, the court granted an injunction to prevent further harassment and public defamation, recognising that such actions can significantly prejudice court proceedings.

## 3. Legal Standard for Injunctions under Rule 65

Plaintiff submits that the Court has the authority to issue a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure upon a showing of:

**A. Irreparable Harm:** Emotional distress and reputational harm constitute irreparable injury, as recognised in *People v. Shack, 86 N.Y.2d 529 (1995)*, and *Doe v. Axelrod, 73 N.Y.2d 748 (1988)*. Repeated defamatory attacks via social media on their face cause ongoing, non-compensable damage, with plaintiff suffering harm that cannot be remedied by monetary damages.

**B. Likelihood of Success on the Merits**: The evidence presented is undisputed, with the defendant using their personal account to carry out these attacks. This unhinged behaviour demonstrates a clear disregard of the legal process and a lack of self-control. It is without question that attacking a member of plaintiff's family is morally reprehensible. Plaintiff could proceed with further litigation surrounding this behavior and would succeed, but asks the Court saves its valuable time to prevent this now and withdraw the need for further litigation.

**C. Balance of Equities:** The harm to Plaintiff's reputation and emotional health outweighs any inconvenience to the Defendant in not being able to attack plaintiff, as seen in *Nobu Next Door, LLC v. Fine Arts Housing, Inc., 4 N.Y.3d 839 (2005)*. The balance of hardships tips in Plaintiff's favour.

**D. Public Interest:** The public interest is served by preventing further harm and preserving the integrity of legal proceedings, especially where harassment seeks to undermine the judicial process *(Murry v. Gelber, 870 N.Y.S.2d 378 (2008))*. The injunction is consistent with the public interest.


**4. Request for Relief**

Plaintiff seeks a Temporary Restraining Order and injunction to restrain Defendant from:

**A. Prohibition of Contact:** Preventing Defendant, Meagan McGough, and all persons acting on her behalf, from directly or indirectly contacting Plaintiff, Plaintiff's family members, or any third parties regarding this litigation.

**B. Gag Order:** Preventing Defendant from making public or private statements, including but not limited to social media posts, whether direct or anonymously that are intended to harass, defame, or damage Plaintiff's reputation.

**C. Duration:** Requesting that this injunction remain in effect until the final resolution of the case, or until further order from the Court.

**D. No Security Required:** Plaintiff requests that the Court waive the requirement for a security bond, as the balance of equities and the nature of the harm to Plaintiff justify this request under Rule 65(c).

**SUPPORTING EVIDENCE:**

*EXHIBIT 1:* Copy of the harassing message sent by Defendant to Plaintiff's mother on October 9, 2023.

*EXHIBIT 2:* Screenshot of the defamatory social media post from Defendant's Instagram account (@tattle_trebles).

*EXHIBIT 3:* A fraction of the defamatory posts made on the anonymous Voy Board, the content of which were repeated on the now deleted @tattle_trebles Instagram account.

**WHEREFORE, Plaintiff respectfully requests this Court immediately grant:**

A. An immediate injunction prohibiting all forms of direct or indirect contact with Plaintiff, Plaintiff's family, or third parties regarding the litigation;

B. A gag order preventing Defendant from making public or private statements regarding the plaintiff or the case;

C. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jamie Hodges
#C401, 42 Sirirat Rd
Phuket, Thailand 83150
+447773694657

10/13/2024

 EXHIBIT 1

07:30

 **Meagan McGough** ✓

WED 23:58

https://
iapps.courts.state.ny.us/
nyscef/ViewDocument?
docIndex=yNXGwkwaaEE
pH6Jv4smmNw==

Page 9 of the document is
particularly informative on
the now confirmed
affidavit claiming deceit
from your son from his
own legal counsel in NY.
Outright lies, false claims,
gaslighting, and extortion
with no remorse on how it
would affect others or my
family.

I'm sure you're a very
proud Mum.

If you accept, Meagan will be able to call you
and may see info such as your Active Status
and when you've read messages.

Block        Delete        Accept

EXHIBIT 2

16:09



TATTLETREBLE

**Posts**

**Follow**

tattletreble

tattletreble · 23m

...epare for our 2 pm call today, I ask that you please read the highlighted portions of the newly minted attached German court decision from April 2020,

One of the many deadly conclusions by the German judge:

— The German judge has written a devastatingly bad decision,

was at least 30 years old.

This alone will make Jamie very unsympathetic to any jury, even if we survived the motions to dismiss and summary judgment that will be filed. Jamie will be seen as a player, and as admittedly going out for drinks with younger female students. Jamie is extraordinarily handsome, and the jury will hate him. The beautiful white male predator.



What matters is that Jamie is dead in front of a New York jury.

56 likes

tattletreble Jamie Hodges – Part 1 👋🏼

9 hours ago

tattletreble

**EXHIBIT 3**

Teachers share interest in learning about alleged misconduct
Law enforcement investigation concluded that no crime occurred
The Mid-Atlantic's governing body for competitive Irish dance convinced a federal appeals court not to toss the group's victory in a defamation lawsuit brought by a five-time world champion in the sport.

Jamie Hodges and his business On the Move Ltd. lost their appeal to the US Court of Appeals for the Second Circuit on Thursday after its judges affirmed a lower court decision to dismiss Hodges's defamation suit against the Irish Dancing Teachers Association of North America-Mid-Atlantic Region Inc.

Hodges alleged the association's regional director and attorney defamed him and his business by sharing an accusation during a meeting ...

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- Wise up. It's Irish dancing - a wee hobby *(NT)* -- Big egos & bigger wallets, *12/05/23 0:28:47, Fri*
    - Curious, was Jamie really a 5 time world champ? I just don't recall this... *(NT)* -- ot, *12/05/23 3:51:12, Fri*
        - Jamie has a false sense of reality *(NT)* -- Legger, *12/05/23 4:34:25, Fri*
        - Team dancer…. *(NT)* -- Not solo, *12/05/23 9:15:02, Fri*
        - Shameful to the family bloodline *(NT)* -- The original, not the best, *12/05/23 14:13:48, Fri*
- Tells it all, When he lied that he was a 5 time world champion *(NT)* -- What a gangster, *12/05/23 12:21:44, Fri*
- The same gangster. Leaked all the feis fixing from MMG mobile. Stole information *(NT)* -- He will have a lot more court cases coming his way., *12/05/23 12:33:58, Fri*
    - Heard this also. MMG was telling people this at the world, they are no longer friends. *(NT)* -- Big fallout!! Reason Wiltz retired, *12/05/23 13:09:18, Fri*
        - Scape goat. Deflecting from all the cheating she did. Now she makes this up about Hodges. *(NT)* -- We know his family very well. We know the truth, *12/05/23 13:44:31, Fri*
            - Shhhh *(NT)* -- Silence everyone, *12/05/23 14:21:00, Fri*
        - When did she retire? *(NT)* -- Why not transfer?, *14/05/23 14:58:12, Sun*
    - MM took full GLORY of saying she turned them in, not JH & mouthed off in Feb saying she was about to drop another bomb. Also that she paid Kevin for his phone 100,000. -- So, which lie is it now Meggy? What web are you spinning?, *12/05/23 22:31:49, Fri*
        - Jamie, go hide under your rock. Your time is coming, you disgusting human being *(NT)* -- So sue happy, and proud of it ugh, *14/05/23 1:10:48, Sun*
            - PROFESSIONAL LITIGATOR *(NT)* -- SCARY MAN, *14/05/23 4:33:40, Sun*
- What videos did he send to minors? Surely someone should know not to contact minors? *(NT)* -- First line of child protection., *12/05/23 13:04:14, Fri*

- Should a teacher be using Snapchat with minor dancers? (*NT*) -- Asking for a friend, *12/05/23 14:00:45, Fri*
  - He used social media tools as part of his job as a workshop teacher to reach his target audience. Dancers. (*NT*) -- Quit trying to make drama where none exists, *12/05/23 17:40:52, Fri*
    - Sending your man hood to underage children is not appropriate (*NT*) -- Disgusted, *12/05/23 21:09:23, Fri*
      - MM failure to protect her champ from this (*NT*) -- listen next time, *12/05/23 23:11:39, Fri*
    - He certainly reached his target audience alright! Posting marketing materials is different than DMing nudes to underage girls. (*NT*) -- Hmm, *14/05/23 15:05:14, Sun*
      - Corresponding direct to minors against child protection rules (*NT*) -- Nice try, *14/05/23 15:29:59, Sun*
    - No one said anything about snapchat (*NT*) -- ., *14/05/23 15:00:01, Sun*
  - We need the report (*NT*) -- Where is Ellen, *12/05/23 14:16:12, Fri*
    - Ellen is useless ... what has come of any of her reporting ... NOTHING. (*NT*) -- Ridiculous, *12/05/23 17:11:30, Fri*
      - She tried. (*NT*) -- ., *12/05/23 20:36:57, Fri*
- Jamie Hodges is NOT a teacher. (*NT*) -- Fact., *12/05/23 14:15:47, Fri*
  - JH claims he is. If he puts it in a lawsuit, must be true. (*NT*) -- Right?, *12/05/23 14:17:46, Fri*
    - Anyone can certainly say they're a teacher. The difference is whether or not he says he's a (*NT*) -- certified teacher!, *12/05/23 21:58:00, Fri*
      - did the vetting check out (*NT*) -- house of MM burn, *12/05/23 23:13:31, Fri*
- Ms. McG is connected to so many infamous people in this industry. Glad to see that some students disassociated themselves from her but sad for the way the journey ended for those talented dancers. (*NT*) -- Kids suffer, *12/05/23 22:56:53, Fri*
  - MMG has got herself in a vicious circle. Standing up to corruption after being caught cheating herself isn't applaudable. (*NT*) -- Her house is crumbling, *12/05/23 23:05:41, Fri*
    - Just like LP of DP? Who kept her presidency of IDTANA? (*NT*) -- Methinks not the org is a joke, *12/05/23 23:26:48, Fri*
  - MM pressure cooker from parents led by CWs to get the win (*NT*) -- MM burnout pandering to the mums tough biz, *12/05/23 23:09:17, Fri*
    - McGough house still intake. Not sure what you are going on about. Jamie is a slimey worm that needs to be taken down a fewnnotches (*NT*) -- Sick of his shit, *14/05/23 3:49:45, Sun*
- What was the accusation? Who did what wrong? (*NT*) -- Keeping it real, *13/05/23 5:09:01, Sat*
- Amazed at the deflection of this case from those involved. Read the original complaint and was all about the plaintiff and defendants, and nothing about the female teacher mentioned. (*NT*) -- Only female teacher involved was the original complainant from a school in Syracuse NY. This teacher is not mentioned in these comments. Good to see., *13/05/23 5:24:52, Sat*
  - Deflection by MM and she is on Voy now trying to reverse. Said she'd pay for his legal fees then backed out as she has ZERO DOLLARS (*NT*) -- Smoke and mirrors. Fake handbags and knock off jackets., *14/05/23 9:47:33, Sun*
    - Jokester as MAR case had 0 involvement of MM. (*NT*) -- Nerve ending whacked?, *14/05/23 10:45:48, Sun*
    - Wow. Believe she was just a full time student. (*NT*) -- Why judge a person trying to better themselves, *14/05/23 15:37:31, Sun*
- Thank god! His predatory behaviour has destroyed too many lives through the years. Physical, sexual & emotional abuse destroys lives. He's the ultimate manipulator &

threatening legal action against (*NT*) -- anyone that wants to speak up to protect themselves & others is the card he can no longer scare us with. For anyone else on the receiving end of this monsters abuse please know you aren't alone., *13/05/23 7:21:50, Sat*

- Agree well said (*NT*) -- Been there, *13/05/23 13:43:00, Sat*
- I am on this side of his abuse. I will stand with you. How do the victims connect? (*NT*) -- Enough is enough, *13/05/23 14:55:27, Sat*
  - The best thing to do would be to contact a lawyer and then post the information here for other victims to contact (*NT*) -- Sending love, *13/05/23 16:54:21, Sat*
    - The worst thing for victims to do is go to a lawyer. They are biased to make money out of your suffering. Report to child protection, police or other support network. (*NT*) -- Sorry this happened, *13/05/23 23:10:32, Sat*

  ○ If you just Google Jamie hodges defamation you can read the two different cases. -- Nothings been made up, *14/05/23 13:51:06, Sun*
  - Who identifies as a significant other of Jamie Hodges (*NT*) -- Let's Buy a Vowel, *14/05/23 14:52:10, Sun*
    - Sad truth. Wake up & GET OUT while you can! (*NT*) -- Sad, *14/05/23 15:49:08, Sun*

---

- **JmcC tax evasion All Scots** -- FC, *11/05/23 17:30:19, Thu* [3]
  so obvious

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  ○ What does this reference? (*NT*) -- Confused, *12/05/23 4:47:16, Fri*
  ○ What up? Why would you post this? Must be pot stirring again. (*NT*) -- Interesting, *13/05/23 2:00:59, Sat*

---

- **Thoughts on Clann Cara's steps? Doesn't seem to have the same JC affect in my opinion. Then again choreography wise he is probably one of the best.** -- Not being negative just my opinion, *11/05/23 13:23:40, Thu* [15]
  Very new school obviously styles will change

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  ○ Wouldn't think there's too much difference? (*NT*) -- Amazing teachers who have worked along side JC for years., *11/05/23 14:08:11, Thu*
  ○ He is still teaching in the class my friends daughter goes there. His also doing workshops for lots of different schools. (*NT*) -- Christina, *11/05/23 16:14:35, Thu*
    - Doesn't teach any classes! (*NT*) -- Lies (Stop spreading rumours.), *12/05/23 0:59:03, Fri*
      - Might not be teaching classes for all dancers (*NT*) -- But definitely doing privates for the best ones, *12/05/23 7:06:14, Fri*
  ○ Not sure how it can not have the same effect when it is JCs choreography dancers get steps in their privates with JC (*NT*) -- Fact, *11/05/23 17:16:53, Thu*
  ○ Why are you interested? JC was identified as a cheat and has moved on? Clanncara steps are beautiful -- Pats (Hap0), *11/05/23 21:46:15, Thu*
    - Wonder how much it cost them for insta page promo yaaawwn (*NT*) -- ., *11/05/23 22:02:52, Thu*
    - But he is not long gone He gives the clan Cara dancers privates and they all appreciate him very much (*NT*) -- They are all still friends, *11/05/23 22:16:17, Thu*

00:18

along with their cronies/patsies - NOTHING WILL CHANGE. (*NT*) - - Watch. Nothing has changed yet !!, *18/05/23 22:31:31, Thu*

- Who is LP (*NT*) -- Give us a clue, *19/05/23 16:41:05, Fri*

  - Lisa Petri? (*NT*) -- 🧙, *22/05/23 11:05:42, Mon*

---

- **Is 'On the Move' happening any time soon. My daughter is very interested in their camps** -- Loves Jamie, *18/05/23 5:16:05, Thu* [5]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Based in Ireland (*NT*) -- Never heard of them....., *18/05/23 23:10:57, Thu*
  - It was workshop like so many others only this one has drama attached and likely many schools will not hire -- ., *19/05/23 0:53:54, Fri*
    - Step over it (*NT*) -- Not into it, *20/05/23 4:22:47, Sat*
  - jamie likes allegedly sending videos to 14 yr olds ,wouldn't go near anything him and his brother as running (*NT*) -- are you certified mad, *21/05/23 9:25:30, Sun*

---

- **Is this a joke? James McC doing Ulster's!!** -- Disgusted, *17/05/23 11:01:00, Wed* [10]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Where do you see this information (*NT*) -- ??, *17/05/23 11:45:51, Wed*
  - Wait till you see how many from Ulster



| VOYFORUMS | *free messageboard services* | Create a New Forum ▾ | Go! |

Support VoyForums  [ Show ]

[ Login ] [ Contact Forum Admin ] [ Post a new message ] [ Search | Check update time ] **Archives:** 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

# Welcome To The NEW Irish Dance Board For UK, Irish, European & Worldwide Irish Dancers & Parents

**Accessories**
*I Dance Irish* * *Celtic Creations* *Feiswear* * *Dance City* * *Jan's Custom Clips* * *Irish Dancing Awards* * *Inishfree Irish Dance Shoes* *
*Irish Dancing Awards* * *Scatter Crystals* * *Beads & Crystals* * *Crystal Parade* * *Ryan & O'Donnell* * *The Irish Dancer* * *Antonio Pacelli* *
*Hullachan Pro* * *Satin Ribbon Sashes* * *Rhinestone HQ*

**Dress Makers & Dresses For Sale**
*Gavin Doherty* * *Eileen Plater* * *Siopa Rince* * *Avoca Celtic* * *Elevation Design* * *FeisAnne* * *Shauna Shiels* * *Keep It ID* * *Dance Again* * *Get That Dress* * *Feis Frocks* * *FeisDresses.com* *

**Dance Schools**
*Céim óir* * *Matthews* * *McGahan Lees* * *Kelly Hendry* * *McCarthy O'Rourke* * *Voyage of D* * *Maguire-O'Shea* * *McCartin*
*Mulvihill* * *Boyle O'Dowda* * *O'Malley* * *Carroll* * *Sharon Taylor* * *Cabe* * *Lennon-McLoughlin* * *McSloy* * *Gra na Rince*

Forum administration can be contacted through the "Contact Forum Admin" tab at top of the board.
Lots more links can be found at the bottom of the board due to the board header space limitations.
**Please remember the rules and everyone be good.**

---

- **Nothing but love from this family** -- Enjoy your day, *18/06/23 12:28:28, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Some people need to get a life** -- ID is a wonderful activity that fosters teamwork and friendships., *18/06/23 12:27:18, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Polly is chirping and wants to expose more corruption** -- Don't you love the dialogue, *18/06/23 12:24:33, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Be careful what u post. Some people are very sensitive to the truth exposing a plaintiff.** -- Watch for it, *18/06/23 12:22:27, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Polly needs another cracker** -- Hungry, *18/06/23 12:19:18, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Allegations are simply allegations. Won't be tried on an anonymous Voy forum from brave souls** -- Get a life, *18/06/23 12:18:06, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **The parrots are coming again** -- Some will never learn, *18/06/23 12:14:44, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Polly does want a morning cracker** -- HJ, *18/06/23 7:38:18, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Why can't we go back to regularly scheduled programming and discuss the clown; sure miss those days** -- 😡😡😡😡😡😡 😡😡, *18/06/23 7:12:13, Sun* [14]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Because this is news and people need to know (*NT*) -- That mmcg is a nympho and legit insane, *18/06/23 7:27:41, Sun*
    - Be careful of your defaming remarks (*NT*) -- They are being collected; just building another case for my friend, *18/06/23 7:32:15, Sun*
      - This is just your news (*NT*) -- Totally irrelevant, *18/06/23 7:34:38, Sun*
      - And you are irrelevant (*NT*) -- Get a job, *18/06/23 7:36:03, Sun*
  - She is a cheat in her relationship, dance and every walk of life (*NT*) -- Shame on you MMG, *18/06/23 9:21:09, Sun*
    - Always fights to expose corruption and won't back down from this alleged extortion attempt (*NT*) -- Wait for it, *18/06/23 12:02:07, Sun*

- Hiring previous sexual abusers to teach your children and now she's one (*NT*) -- This is a sexual predator ring, *18/06/23 9:51:21, Sun*
  - That needs shut down asap. CLRG step in. (*NT*) -- Disgusting, no protection for children, *18/06/23 9:56:10, Sun*
    - Lovers quarrel at best from a low end Bristol boy (*NT*) -- Chav!, *18/06/23 10:45:23, Sun*
      - Low end is right (*NT*) -- Grift, *18/06/23 12:27:17, Sun*
    - Interesting how an allegation is immediately viewed as guilt, especially from someone who has a history of filing legal claims. (*NT*) -- !!, *18/06/23 11:53:36, Sun*
      - Not sure what I believe. But it speaks to MM's poor judgement that she hired him, even when others were warning about his inappropriate behavior. (*NT*) -- ., *18/06/23 13:54:46, Sun*
        - Pressure from Wiltz family. Don't run a school on one family, Meg. (*NT*) -- Bet she regrets it now, *18/06/23 15:03:14, Sun*

- **Calling all Polly's** -- Parrots for Sale, *18/06/23 7:10:05, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **"Please remember the rules and everyone be good"** -- MOD's rules, *18/06/23 7:03:28, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Victims have a voice; looking forward to assisting a colleague and her counsel** -- Wait for more info in due course where to share your experiences, *18/06/23 7:00:30, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Where oh where are the parrots?** -- Time for another purchase, *18/06/23 6:42:21, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Keep it up or the parrots will be arriving again; some people are so brave anonymously** -- Irrelevant forum, *18/06/23 6:40:23, Sun* [11]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - When it's a trump esque message, you can tell it's the MM family. (*NT*) -- MMGA. Make McGough Great Again (Laughing), *18/06/23 6:44:02, Sun*
    - Is this your dem propaganda message (*NT*) -- Laughable, *18/06/23 6:49:32, Sun*
  - Oh anything with clown faces, fake news, buckle up, the word asshole. Anything defending her is all herself, Barbara n John. (*NT*) -- HILARIOUS, *18/06/23 6:45:59, Sun*
    - Don't know who you are referring to as I'm writing from the UK (*NT*) -- You really do have no clue; we support her for revealing the corruption in ID, *18/06/23 6:51:49, Sun*
      - She's lost all credibility with me. Tied up in scandal after scandal (*NT*) -- She's a sick individual, *18/06/23 7:00:52, Sun*
        - Just your scandal (*NT*) -- You can simply go away; if you are important, address it with the CLRG; their mission is to resolve the cheating scandal; how is that going? Any updates yet? It's only been 10 months. Be patient, *18/06/23 7:08:07, Sun*
        - Are you even in ID today or do you have a child participating? Take action instead of complaining on a useless Internet forum. (*NT*) -- Or are you just a troll?, *18/06/23 7:15:20, Sun*
        - The sad realty is I know who you are (*NT*) -- Best to be careful what you post, *18/06/23 7:30:11, Sun*
  - Pants on fire missy (*NT*) -- If only you put as much effort into your family life., *18/06/23 6:55:26, Sun*
    - Not who you think (*NT*) -- Just a defender, *18/06/23 6:56:48, Sun*

- **People need to realise that a child has been seriously hurt and damaged during all of this and left dancing for good after the cheating FOR HER was brought to light and now this?!** -- Shame on your teacher., *18/06/23 6:27:06, Sun* [18]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Sadly you are so misinformed (*NT*) -- Keep trying, *18/06/23 6:29:43, Sun*
  - This is so sad, but I do know a few dancers who escaped/ transfered from her years ago and went on to have happy dancing lives after! (*NT*) -- Keep fighting CW. You can dance again x, *18/06/23 6:33:46, Sun*
    - That family is nuts. A school doesn't ride on one child. (*NT*) -- Contrary to their belief, *18/06/23 10:47:21, Sun*
      - They will sadly be exposed due to this incident Hodges brought forward. (*NT*) -- Very sad, *18/06/23 10:54:54, Sun*
  - There was never any cheating by this teacher (*NT*) -- Minors name or initials is a major no-no too; just shows your ignorance, *18/06/23 6:37:22, Sun*
  - Known cheat. Known bully. Now? Known abuser. (*NT*) -- Deserving titles for a swell gal., *18/06/23 6:42:33, Sun*
    - Despite your best efforts to defame and attack, just keeps on winning and supported by so many (*NT*) -- The truth always prevails, *18/06/23 6:47:16, Sun*
  - Why don't u go directly to the source and ask the parents (*NT*) -- A minor child should never be mentioned on this forum; such a blatant violation, *18/06/23 6:44:37, Sun*
    - Parents won't speak. (*NT*) -- Not innocent parties., *18/06/23 8:25:21, Sun*
      - Plenty of witnesses in the school saw the unhealthy relationship between this kid and the Plaintiff. (*NT*) -- Two sides to every story, *18/06/23 10:48:31, Sun*

> > ■ Bad for husband? These parents are doctors too. What JH did will expose this family too and it's going to get ugly. (*NT*) -- Wiltz Family housed Hodges in NY, *18/06/23 10:49:57, Sun*
> > ■ Lovely families involved in school; one bad apple will be exposed at the appropriate time. (*NT*) -- Two sides to every story, *18/06/23 12:00:11, Sun*
> ○ Fly away Mary Kay. (*NT*) -- Take a break from answering on forums for the day., *18/06/23 6:48:54, Sun*
> > ■ 7 am in the UK and your target is surely sound asleep in the U.S. (*NT*) -- Just a huge fan supporting a dear friend and associate who is loved by so many for not backing down from the establishment, *18/06/23 6:55:30, Sun*
> > ■ What's the connection? (*NT*) -- Do tell!, *18/06/23 9:45:33, Sun*
> ○ Tired of hearing this family is hurt when all they do is suck the life from others for the ultimate win. (*NT*) -- Narcissists, *18/06/23 10:56:40, Sun*
> > ■ Truly tired of people trying to defame, slander and libel a teacher and family. Just a complaint from a person who was not even authorized to work who feels the system should protect his behavior. (*NT*) -- Be patient for the truth, *18/06/23 12:12:52, Sun*

---

• **Hodges - You ready, Ellen? Plenty more from Jamie's victims. Excerpt below.** -- Fact Check, *18/06/23 2:17:28, Sun* [14]
Stuttgart Regional Court In the name of the People: Judgment
Jamie Hogdes, - Plaintiff - Represented by Lawyers Zeller &Seyfert, Friedrich-Ebert-Anlage 35- 37, 60327 Frankfurt, Germany, 206420 against,
Elaine Walker, trading as The Elaine Walker Academy of Irish Dance, Otto-Lilienthal-Str. 4, 71034 Böblingen
- Defendant - Represented by Lawyers BLF Rechtsanwälte, Friedrichstralze 45, 70174 Stuttgart, Germany
(Excerpt from the Case)
A sufficient factual basis for the statements that the Plaintiff had "approached girls sexually" and "tried" to sleep with "three girls" is first of all the undisputed facts regarding the conduct of the Plaintiff in relation to (extracted name) and (extracted name). It is undisputed that the actions of the Plaintiff with a sexual reference occurred as a dance workshop, because the sexual intercourse between him and the dance teacher was consensual. It is undisputed that there was no sexual intercourse between the Plaintiff and (extracted name).
However, the Plaintiff's undisputed overnight stay at a dance school leaves room - at least from the Defendant's point of view - for speculation - which does not seem unreasonable in view of the Plaintiff's indisputable sexual intercourse with (extracted name).
The court also considers it proven, after the hearing of evidence, that on the the evening of the first day of the workshop in December2018, the Plaintiff performed sexual acts on the witness (extracted name) without her consent, in particular by putting his hand between her legs and rubbing there.
Witness (extracted name) essentially stated that the Plaintiff had wanted to withdraw money and that she had accompanied him to the bank branch inorder to avoid the waiting time until the taxi arrived,
which was supposed to bring all those remaining in the pub home or to the hotel.
In the bank, she had sat on a heater and remained sitting there when the Plaintiff was finished. They had been talking the whole time. The Plaintiff then approached her, kneeled down in front of her, leaned forward and began to kiss her. She neither blocked nor returned the kisses. When the Plaintiff had started kissing her, he had also grabbed her between her legs. He didn't put his hand there for a moment but actively grabbed her there, left his hand there and began to rub around. He had kissed her for a while. When someone came into the bank, she turned her head away and the Plaintiff got up quickly.
The court is convinced that the testimony of the w i t n e s s (extracted name) is true. On the other hand, the court does not believe the Plaintiff, who in his affidavit denied that he had committed any sexual act against the witness (extracted name).
The fact that the witness described the events in detail, with no contradictions and without any inconsistencies contributed significantly to the court's conviction. The witness not only described in detail the core events in the bank branch, but also the events before and after, especially on the following day.
During the description of the core event she described her thoughts and feelings in a comprehensible way. For example,she stated that when the Plaintiff kneeled down before her, she thought, "Stop, something is going wrong here," and "I can't go anywhere, I can only push him away, but that seemed too radical tome," or, after the Plaintiff had stood up and told her she couldn't tell anyone about it, "Even the it was very unpleasant for me." The described reactions on her part seem plausible and fit harmoniously into the overall context of the statement.
Also further descriptions of the witness's state of mind, such as "I don't think I have ever not slept for a whole night" and "I still felt in bed that night (...) , how it felt when he touched me" make the statement appear to be close to reality. They indicate that the witness was in an exceptional situation which she could still remember well because of this.
The witness also gave a detailed account of events on the evening of the second day of the workshop, on which, according to her statement, she was again in the company of the Plaintiff. The descriptions of this evening are also so detailed and complex that the assumption that the witness had invented this seems far-fetched.
During the interrogation, the witness also showed no tendency to incriminate. In her testimony, she did not try to portray the Plaintiff in a bad light, but rather credibly described her inner processes and conflicts. The witness did not exaggerate or embellish events in her statement, but described the events objectively. There is no apparent motivation of the witness to unjustly incriminate the Plaintiff. She neither filed a criminal complaint nor did she turn to the Defendant of her own accord, but the Defendant learned of the events from her daughter, to whom the witness had confided.
In the end, the witness was able to switch between the individual sections of the story without any problems in response to questions from the court and the party representatives, and she spontaneously came up with additional information about her statements, for example that the Plaintiff asked her twice on Sunday at the workshop whether she had told someone "about it."
Against this background, the Chamber considers the testimony of witness (extracted name) to be entirely credible, also in view of the personal impression the witness made during her interrogation.

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- About time this predator was held accountable. Mad ecomments to my daughters before (*NT*) -- Disgusted, *18/06/23 2:54:42, Sun*
- Poor Meggy Moo - they only one he didn't want! (*NT*) -- Big Barb, *18/06/23 5:58:27, Sun*
  - Methinks someone is embarrassing themself. No idea how many are standing up to be heard. (*NT*) -- Wait for it, *18/06/23 6:17:50, Sun*
- Is this a new case or same old? (*NT*) -- Clear the air, *18/06/23 6:01:34, Sun*
- JH vs MM is new. Google and have a giggle. (*NT*) -- Unicorn 🦄, *18/06/23 6:12:32, Sun*
- Meggy Moo 🐮 the one that got rejected! (*NT*) -- Hell hath no furry like a woman scorned, *18/06/23 6:15:36, Sun*
  - Sadly this is so much more to report at the appropriate time (*NT*) -- Will sorely regret the smear campaign and can't get wait to subpoena your IP address for defamation. Funny thing is I will represent the accused for free., *18/06/23 6:23:25, Sun*
    - Bring it on! (*NT*) -- 🤣😂😂😂😂, *18/06/23 6:27:26, Sun*
      - Don't you worry (*NT*) -- 🤣😵😵😵😵, *18/06/23 6:30:53, Sun*
- Jamie is a disgusting human being. Made comments to my girls numerous times. Know of comments to others as well. He was the initial whistle blower to the voy world. Looking for his light to sjine (*NT*) -- But he is a feckin idiot, *18/06/23 6:22:10, Sun*
  - Sorry Fat Cow 🐮 mcMoo is on record (*NT*) -- Deflect now that her true sick ways have been exposed, *18/06/23 6:25:34, Sun*
    - Oh there are many victims stepping up but won't be revealed on an anonymous Voy forum that is viewed as a joke and worthless (*NT*) -- As Yung Joc said "Its Goin Down", *18/06/23 6:34:21, Sun*
- Victim? Jamie… (*NT*) -- Give us a break, *18/06/23 8:17:53, Sun*

---

- **Falcon Birds For Sale Worldwideexoticparrotsfarm** -- O6?3!lotd, *18/06/23 2:14:26, Sun* [1]
  Worldwideexoticparrotsfarm

  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm.⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a>⸮⸮⸮⸮<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-

chickens/">https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>□□□<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

- **Buy Botox Online 50 Units, 100iu & 200iu, Botox For Sale - without License** -- )/89~<kls, *18/06/23 2:09:22, Sun* [1] Cosmetics_homebeauty386360 (fillers),

  Buy Botox Online 50 Units, 100iu & 200iu, Botox For Sale - without License Online □□Quality guaranteed by ISO 9001 and ISO 22716 of good manufacturing practices □□□Top deals for derma fillers online VISIT WEBSITE □□□ https://cosmetictradekftonlineshop.com/product-category/dimmer-fillers□□□https://cosmetictradekftonlineshop.com□□□EMAIL: cosmeticstradekftsalesteam@gmail.com□□□https://cosmetictradekftonlineshop.com/product/byredo-perfume□□□ https://cosmetictradekftonlineshop.com/product-category/perfumes□□□https://cosmetictradekftonlineshop.com/product-category/perfumes□□□https://cosmetictradekftonlineshop.com/product/byredo-perfume□□□ https://cosmetictradekftonlineshop.com/product/dior-perfume□□□https://cosmetictradekftonlineshop.com/product-category/dimmer-fillers□□□https://cosmetictradekftonlineshop.com/product/allergan-botox-1x200iu□□□ https://cosmetictradekftonlineshop.com/product/allergan-botox-1x50iu□□□https://cosmetictradekftonlineshop.com/product/azzalure-125-units□□□https://cosmetictradekftonlineshop.com/product/eau-de-chanel-perfume□□□ https://cosmetictradekftonlineshop.com/product/clarins-lotion-tonique□□□https://cosmetictradekftonlineshop.com/product/clarins-double-serum-100ml□□□Buy Lipsticks online USA/Europe□□□BUy perfumes Online USA/Europe□□□https://cosmetictradekftonlineshop.com□□□ https://cosmetictradekftonlineshop.com/product/lancome-tonique-confort-2□□□https://cosmetictradekftonlineshop.com/product/frederic-malle-perfume□□□https://cosmetictradekftonlineshop.com/product/yves-saint-laurent-perfume□□□ https://cosmetictradekftonlineshop.com/product/sk2-1-facial-treatment-essence□□□ https://cosmetictradekftonlineshop.com/product/allergan-botox-1x50iu□□□https://cosmetictradekftonlineshop.com/product/dysport-300units□□□https://cosmetictradekftonlineshop.com/product/tom-ford-perfume□□□https://cosmetictradekftonlineshop.com/product-category/mesotherapy□□□https://cosmetictradekftonlineshop.com/product/aqualyx-8ml□□□ https://cosmetictradekftonlineshop.com/product-category/needles-cannulas-threads□□□ https://cosmetictradekftonlineshop.com/product/jo-malone-london-perfume□□□https://cosmetictradekftonlineshop.com/product-category/cosmetics-skin-care/page□□□https://cosmetictradekftonlineshop.com/product-category/cosmetics-skin-care/page□□□ https://cosmetictradekftonlineshop.com/product-category/cosmetics-skin-care/page

[ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

- **Hodges - You ready, Ellen? Plenty more from Jamie's victims. Excerpt below.** -- Before you write, check your fact(s)!, *18/06/23 1:34:17, Sun* [9]

  Stuttgart Regional Court In the name of the People: Judgment
  Jamie Hogdes, - Plaintiff - Represented by Lawyers Zeller &Seyfert, Friedrich-Ebert-Anlage 35- 37, 60327 Frankfurt, Germany, 206420 against,
  Elaine Walker, trading as The Elaine Walker Academy of Irish Dance, Otto-Lilienthal-Str. 4, 71034 Böblingen
  - Defendant - Represented by Lawyers BLF Rechtsanwälte, Friedrichstralze 45, 70174 Stuttgart, Germany
  (Excerpt from the Case)
  A sufficient factual basis for the statements that the Plaintiff had "approached girls sexually" and "tried" to sleep with "three girls" is first of all the undisputed facts regarding the conduct of the Plaintiff in relation to (extracted name) and (extracted name). It is undisputed that the actions of the Plaintiff with a sexual reference occurred as a dance workshop, because the sexual intercourse between him and the dance teacher was consensual. It is undisputed that there was no sexual intercourse between the Plaintiff and (extracted name).

However, the Plaintiff's undisputed overnight stay at a dance school leaves room - at least from the Defendant's point of view - for speculation - which does not seem unreasonable in view of the Plaintiff's indisputable sexual intercourse with (extracted name).

The court also considers it proven, after the hearing of evidence, that on the the evening of the first day of the workshop in December2018, the Plaintiff performed sexual acts on the witness (extracted name) without her consent, in particular by putting his hand between her legs and rubbing there.

Witness (extracted name) essentially stated that the Plaintiff had wanted to withdraw money and that she had accompanied him to the bank branch inorder to avoid the waiting time until the taxi arrived,

which was supposed to bring all those remaining in the pub home or to the hotel.

In the bank, she had sat on a heater and remained sitting there when the Plaintiff was finished. They had been talking the whole time. The Plaintiff then approached her, kneeled down in front of her, leaned forward and began to kiss her. She neither blocked nor returned the kisses. When the Plaintiff had started kissing her, he had also grabbed her between her legs. He didn't put his hand there for a moment but actively grabbed her there, left his hand there and began to rub around. He had kissed her for a while. When someone came into the bank, she turned her head away and the Plaintiff got up quickly.

The court is convinced that the testimony of the w i t n e s s (extracted name) is true. On the other hand, the court does not believe the Plaintiff, who in his affidavit denied that he had committed any sexual act against the witness (extracted name).

The fact that the witness described the events in detail, with no contradictions and without any inconsistencies contributed significantly to the court's conviction. The witness not only described in detail the core events in the bank branch, but also the events before and after, especially on the following day.

During the description of the core event she described her thoughts and feelings in a comprehensible way. For example,she stated that when the Plaintiff kneeled down before her, she thought, "Stop, something is going wrong here," and "I can't go anywhere, I can only push him away, but that seemed too radical tome," or, after the Plaintiff had stood up and told her she couldn't tell anyone about it, "Even the it was very unpleasant for me." The described reactions on her part seem plausible and fit harmoniously into the overall context of the statement.

Also further descriptions of the witness's state of mind, such as "I don't think I have ever not slept for a whole night" and "I still felt in bed that night (...) , how it felt when he touched me" make the statement appear to be close to reality. They indicate that the witness was in an exceptional situation which she could still remember well because of this.

The witness also gave a detailed account of events on the evening of the second day of the workshop, on which, according to her statement, she was again in the company of the Plaintiff. The descriptions of this evening are also so detailed and complex that the assumption that the witness had invented this seems far-fetched.

During the interrogation, the witness also showed no tendency to incriminate. In her testimony, she did not try to portray the Plaintiff in a bad light, but rather credibly described her inner processes and conflicts. The witness did not exaggerate or embellish events in her statement, but described the events objectively. There is no apparent motivation of the witness to unjustly incriminate the Plaintiff. She neither filed a criminal complaint nor did she turn to the Defendant of her own accord, but the Defendant learned of the events from her daughter, to whom the witness had confided.

In the end, the witness was able to switch between the individual sections of the story without any problems in response to questions from the court and the party representatives, and she spontaneously came up with additional information about her statements, for example that the Plaintiff asked her twice on Sunday at the workshop whether she had told someone "about it."

Against this background, the Chamber considers the testimony of witness (extracted name) to be entirely credible, also in view of the personal impression the witness made during her interrogation.

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- If Ellen is a real reporter, she'll subpoena records from Stuttgart Regional Court! *(NT)* -- Serial Litigant, *18/06/23 1:44:22, Sun*
- Hey Whistle-Blower! If you knew all this, why did you continue to put him with students (and in your home) for years? *(NT)* -- Complicity, *18/06/23 4:33:30, Sun*
    - Who said anyone knew anything beforehand? Maybe someone is researching now in defense to learn what has happened in the past. *(NT)* -- Also, isn't it possible that victims are just reaching out now to share their past personal experiences. Therefore, seems prudent to conduct research in defense., *18/06/23 4:50:34, Sun*
        - Please …. She knew about this and knew about her other teacher KB!! She didn't care *(NT)* -- Complicit, *18/06/23 5:30:32, Sun*
            - She's a nymphomaniac she tried to buy him *(NT)* -- She just got rejected, *18/06/23 6:18:44, Sun*
            - Sadly you have no clue *(NT)* -- Keep defaming - your day will come - funny thing is I'm a bystander who likes to troll idiots like you, *18/06/23 6:28:05, Sun*
        - If I'm not mistaken… *(NT)* -- JH lived at CW's home, *18/06/23 5:30:17, Sun*
            - Who according to Megan was like her own child *(NT)* -- CW quit after seeing the light & JH, *18/06/23 6:22:35, Sun*
- **Hodges** -- Dance mom, *18/06/23 1:14:23, Sun* [1]
  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm.¦¦¦<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a>¦¦¦<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a>¦¦¦<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a>¦¦¦<a rel=nofollow target=_blank

```
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/rose-breasted-galah-cockatoo-eggparrot-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/rose-breasted-galah-cockatoo-eggparrot-for-sale/</a>⌐¬¬⌐<a
rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/scarlet-macaw-parrot-eggs-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/scarlet-macaw-parrot-eggs-for-sale/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/solomon-island-eclectus-egg-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/solomon-island-eclectus-egg-for-sale/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/spix-macaw-parrot-eggs-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/spix-macaw-parrot-eggs-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-
copy/">https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-
incubator/">https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-
display/">https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/</a>⌐¬¬⌐<a
rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-
incubator/">https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/</a>⌐¬¬⌐<a
rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-
incubator/">https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/</a>⌐¬¬⌐<a
rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-
incubator/">https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-incubator-
egg-hatcher/">https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-
incubator-egg-hatcher/</a>⌐¬¬⌐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-
advanced-incubator-combo-kit/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-
kit/</a>⌐¬¬⌐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-
incubator-combo/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/</a>⌐¬¬⌐<a
rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-
turner/">https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-
chickens/">https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/</a>⌐¬¬⌐<a
rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-
3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-
months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>⌐¬¬⌐<a rel=nofollow
target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>⌐¬¬⌐<a rel=nofollow target=_blank
href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-
sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>
```

[ Post a Rep

[ Post a Reply to this Message ][ Edit | View ]

---

- **MMG you sick individual. Complaining about feis fixing when you done the same** -- And now sexually assaulted a man, *18/06/23 0:28:23, Sun* [5]
  You tried to ruin people's lives. Karma is the biggest bitch.

[ Post a Reply to this Message ][ Edit | View ]

Replies:

- ○ [Ok Jamie - IP addresses will become available for counter suits *(NT)*](#) -- Buckle up, *18/06/23 1:30:55, Sun*
- ○ [She's a sick and disgusting individual *(NT)*](#) -- Nymphomaniac, *18/06/23 1:34:31, Sun*
- ○ [Hodges is a sick individual. Sue happy. Goes after anyone he thinks he can benefit from lol. *(NT)*](#) -- Laughing stock, wanna be teacher, *18/06/23 2:50:53, Sun*
- ○ [Misguided once again. You have no idea. Don't assume or believe the allegations and smear tactics. *(NT)*](#) -- Will not be tried in the court of public opinion but in a court of law., *18/06/23 4:57:27, Sun*

- **Once again no competition at the feis in Glasgow..like at Solent, prelims winning and on podium** -- Stop charging extortionate entry fees so more compete! #stoptheripoff, *17/06/23 22:09:20, Sat* [4]

[ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

Replies:

- ○ [In which age group? *(NT)*](#) -- Most of the championships were really big!, *17/06/23 22:44:15, Sat*
- ○ [People can't afford to feis regularly it's unrealistic to think they can. Just the usual trophy hunters champions just doing majors *(NT)*](#) -- Cait, *17/06/23 22:46:55, Sat*
- ○ [Exams and holy communion season and not very easy to get to for Irish to come over *(NT)*](#) -- Well done to those who competed, the best on the day is the best on the day., *17/06/23 23:41:06, Sat*

---

- **Falcon Birds For Sale Worldwideexoticparrotsfarm** -- Kit!'&@:, *17/06/23 21:13:20, Sat* [1]
  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm.⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/incubator/">https://www.worldwideexoticparrotsfarm.com/product-category/incubator/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/</a>⸻⸻⸻⸻⸻<a rel=nofollow target=_blank

href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ Post a Reply to this Message ][ Edit | View ]

- **Is the irish dancing community really this toxic? Some of the things I have read between the MMG court documents** -- And the text messages a year ago! The whole thing is an embarrassment and quite frankly disgusting. I love teaching but no wonder less kids are joining., *17/06/23 20:04:21, Sat* [4]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - The numbers are huge at NAIDC but- -- we will see this hobby die out eventually, *17/06/23 20:44:45, Sat*
  - It sounds like a few bad apples get all the coverage. Getting old (*NT*) -- But yes, hot mess.., *17/06/23 21:08:38, Sat*
    - Many many bad apples & lots of toxic behavior. The tcs don't even believe they are wrong (*NT*) -- It's depressing, *18/06/23 5:56:10, Sun*

- **Mod? You around? Clean up the parrot posts pls!** -- Parrot head, *17/06/23 20:04:10, Sat* [2]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Use the Contact Forum Administrator link at the top of the page. Posting here is pointless without doing that. (*NT*) -- me, *17/06/23 22:21:53, Sat*

- **Falcon Birds** -- Hodges, *17/06/23 17:49:21, Sat* [1]
  Worldwideexoticparrotsfarm

  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm.▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a>▯▯▯<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-

href="https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/">https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/">https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/">https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/">https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/">https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/">https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-incubator-egg-hatcher/">https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-incubator-egg-hatcher/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-kit/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-kit/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/">https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/">https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ Post a Reply to this Message ][ Edit | View ]

- **"Please remember the rules and everyone be good"** -- MOD, *17/06/23 14:32:47, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Fat shaming must stop; not an ounce of truth to the scam; you people think a civil complaint states facts; couldn't be farther from the truth** -- Be very careful as this case will not be litigated on an anonymous Voy forum, *17/06/23 14:24:25, Sat* [2]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  ○ Sounds like there are WhatsApp messages to validate the story?? (*NT*) -- meggy loves a message…., *17/06/23 14:52:20, Sat*

- **Filthy Mcgough…. No better than Harvey Weinstein…. I guess people in glass houses shouldn't throw stones.** -- Wonder what big Barb thinks of all the penis grabbing?, *17/06/23 14:11:23, Sat* [3]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

- Wait to hear who was doing the grabbing! Plenty to share (*NT*) -- !, *17/06/23 14:36:36, Sat*
- Witnesses are coming forward and they have a lot to say in support of MM (*NT*) -- Be aware, *17/06/23 16:40:36, Sat*

---

- **Falcon Birds For Sale** -- BBOO, *17/06/23 14:05:09, Sat* [2]
  Worldwideexoticparrotsfarm

  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm.<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/incubator/">https://www.worldwideexoticparrotsfarm.com/product-category/incubator/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/rainbow-lorikeet/">https://www.worldwideexoticparrotsfarm.com/product-category/rainbow-lorikeet/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/spixs-macaw/">https://www.worldwideexoticparrotsfarm.com/product-category/spixs-macaw/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/uncategorized/">https://www.worldwideexoticparrotsfarm.com/product-category/uncategorized/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/colby-african-grey-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/colby-african-grey-parrots-for-sale/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/dasha-african-grey-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/dasha-african-grey-parrot-for-sale/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/dennis-timneh-african-grey-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/dennis-timneh-african-grey-parrot-for-sale/</a><a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gracy-african-grey-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gracy-african-grey-parrots-for-sale/</a><a rel=nofollow

- **I still want a cheeky monkey and if not available, a parrot.** -- HJ, *17/06/23 6:36:38, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **More clowns surfacing; thought there was only one** -- 🤡🤡🤡🤡🤡🤡🤡🤡, *17/06/23 5:54:41, Sat* [5]

  **Replies:**
  - Maybe 🤨 but there is only (*NT*) -- ONE FAT COW 🐄 mooooooooo, *17/06/23 10:46:38, Sat*
    - The asshole has resurfaced (*NT*) -- Appears periodically to cast shade, *17/06/23 11:49:50, Sat*
      - It's your ass that pops up with pain pills and alcohol (*NT*) -- 🐄, *17/06/23 13:07:36, Sat*
        - I'm watching you; keep it going; love building a defamation case against you (*NT*) -- Not who you think either, *17/06/23 13:26:35, Sat*

---

- **Don't you love false stories posted. Someone trying a shakedown?** -- Not working - get a life, *17/06/23 5:53:00, Sat* [3]

  **Replies:**
  - I love watching megan 🐖 and her insanity displayed on this board (*NT*) -- Nymphomaniac and insanity not a good mix, *17/06/23 10:49:58, Sat*
    - 😵😵😵😵😵😵😵😵 (*NT*) -- Watching you, *17/06/23 11:51:37, Sat*

---

- **https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/** -- Megan McGough the sexual predator, *17/06/23 5:38:37, Sat* [8]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Be careful slanderer (*NT*) -- Who has filed cases and lost? Shakedown, *17/06/23 5:57:56, Sat*
    - Megan you are certifiably INSANE (*NT*) -- You little nympho, *17/06/23 10:40:13, Sat*
      - This is not MM, so be very careful donkey (*NT*) -- !, *17/06/23 13:34:29, Sat*
  - MONEY GRAB (*NT*) -- Disgusting, *17/06/23 6:14:21, Sat*
    - I read it was a PENIS GRAB (*NT*) -- and more than once 😊, *17/06/23 10:51:27, Sat*
      - Smear campaign; simply seeking money; well known MO; couldn't fund the complaint; (*NT*) -- When will you learn?, *17/06/23 13:38:47, Sat*
  - Is this a contingency law firm that files cases at no cost to the plaintiff and only receives payment if they can obtain money from the accused? (*NT*) -- Based on research, isn't that interesting based on their website; is that accurate?, *17/06/23 6:45:53, Sat*

---

- -- 😡, *17/06/23 5:38:21, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **"Please remember the rules and everyone be good"** -- MOD, *17/06/23 5:36:54, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- -- 🐄, *17/06/23 5:36:34, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- -- Time to resurface, *17/06/23 5:34:23, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Any scandal free feisanna's planned this weekend?** -- Where you going?, *17/06/23 5:33:00, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Rapid Weightloss With Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store** -- 👤 drmeds (legitimate and Reliable), *17/06/23 5:29:41, Sat* [2]
  Buy Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store
  Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

  Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- megan you should try taking them instead of posting about them *(NT)* -- 🐷🐷🐷, *17/06/23 5:32:03, Sat*

---

- **Can Rory finally break his losing streak at majors?** -- Time will tell this weekend, *17/06/23 5:25:34, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Need more comments about the clown. Where is he?** -- 😡😡😡😡, *17/06/23 5:23:04, Sat* [5]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - No this showtime is all about the Megan the nymphomaniac *(NT)* -- The BIG FAT COW, *17/06/23 5:34:30, Sat*
    - You will lose - bigly *(NT)* -- DT, *17/06/23 6:33:44, Sat*
      - You should LOSE WEIGHT bigly *(NT)* -- DT, *17/06/23 10:54:32, Sat*
        - Keep going asshole; defamation/slander/libel; you can touch all of the legal jargon *(NT)* -- And I'm not the accused; just trolling this forum to build another case, *17/06/23 13:30:21, Sat*

---

- **Just waking up to the silliness on this forum. Just another failed attempt.** -- Cheeky monkey, *17/06/23 5:21:53, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Have faith in your org. Everything will work out fine.** -- OP, *17/06/23 4:38:48, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **In need of more cheeky monkey** -- Can u help a sister out?, *17/06/23 4:36:26, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Back to ID, does anyone have a room they will not be using at the Gaylord in Nashville?** -- Would like to be in the block, *17/06/23 4:34:04, Sat* [3]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Megan McGough has a spare room! But don't open the door! *(NT)* -- Jamie won't be attending, *17/06/23 4:46:20, Sat*
    - 😂😂😂 must be willing to satisfy her sexually *(NT)* -- If you want the room, *17/06/23 4:48:41, Sat*

---

- **Some people will do anything to distract from the cheating scandal** -- Deflector watch, *17/06/23 4:29:32, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **How many legal complaints does one have to file to be considered a serial litigant?** -- Just wondering, *17/06/23 4:26:57, Sat* [8]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - How many times did he have to say NO to her *(NT)* -- Sexual harassment and sexual assault, *17/06/23 4:43:52, Sat*
    - Sorry, this case is really far fetched and reaching. *(NT)* -- Smear Campaign, *17/06/23 6:47:01, Sat*
      - That's what all abusers and sexual predators say *(NT)* -- Megan You are a sick sick person, *17/06/23 10:43:22, Sat*
        - Defamation again: watching you *(NT)* -- Observer, *17/06/23 13:32:45, Sat*
  - meagan you sue anyone who looks at you funny. *(NT)* -- truly…. shut your fat mouth, *17/06/23 4:45:23, Sat*
    - McGough has not sued one person. *(NT)* -- Facts, *17/06/23 6:15:50, Sat*
    - Please state one example where a legal case was ever filed? *(NT)* -- Let's review your recollection, *17/06/23 6:28:17, Sat*

---

- **Just when it gets boring, I wish there were more parrots for sale.** -- Crazy, *17/06/23 4:23:28, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

- **Jamie Hodges Victim Support Group** -- Is anyone interested in putting something together? I know I'm not alone., *17/06/23 3:50:38, Sat* [2]

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**
- Yes. Now this is out, maybe people should contact Meagan. *(NT)* -- Smoke fire, *17/06/23 8:33:17, Sat*

---

- **For those who doubted her love of pegging, apology accepted #painkiller #upthebum** -- https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/, *16/06/23 22:56:01, Fri* [41]

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**
- Not wonder people rarely believe the alleged victims… -- Kane., *17/06/23 0:30:08, Sat*
  - Sounds more like she brought him around like a boy toy *(NT)* -- Men can be victims too, *17/06/23 0:52:01, Sat*
  - Why couldn't he go if she was judging exactly ? Haven't heard her side truth is likely somewhere in the middle *(NT)* -- ., *17/06/23 7:22:08, Sat*
    - He's grasping for a buck because he misses her credit card. *(NT)* -- Cut off Jamie's free meals, it's shakedown time., *17/06/23 8:19:28, Sat*
  - This type of complaint discredits real victims. *(NT)* -- Sad, *17/06/23 8:20:27, Sat*
- Wow! What a gross individual MMcG is did I read that correctly about wanting to have her young girl dancers impregnated? *(NT)* -- She shouldn't be around children. She's dangerous, *17/06/23 1:38:38, Sat*
- What did I just read? Good lord. Glad we don't go to that school *(NT)* -- Absolutely disgusting, *17/06/23 3:34:27, Sat*
- Sue Happy. Lost MAR Case. Going after her. *(NT)* -- Needs money., *17/06/23 3:44:53, Sat*
  - Gone after another rich woman for a payday *(NT)* -- Get a job, Jamie, *17/06/23 3:52:24, Sat*
    - Money Grabbing Hodges. Throw enough shit to see what sticks. *(NT)* -- Joke, *17/06/23 6:16:55, Sat*
      - Not even a month after losing MAR Appeal, Hodges didn't get his cash, so he's cashing in on his COW. *(NT)* -- Moo, *17/06/23 8:35:32, Sat*
      - PENIS GRABBING MCGOUGH *(NT)* -- NYMPHO! probably serviced Kevin too, *17/06/23 11:24:24, Sat*
        - Defamation *(NT)* -- Build the case, *17/06/23 13:43:54, Sat*
- McGough Proud! -- #proudmcgoughparent, *17/06/23 3:46:17, Sat*
  - That says WAY MORE about your poor judgement *(NT)* -- than it does about anyone else. YIKES!, *17/06/23 3:51:57, Sat*
    - Give it up, Jamie. *(NT)* -- Only Wiltz wanted you at that school., *17/06/23 8:15:38, Sat*
      - Wiltz family housed Jamie. Are they funding this? *(NT)* -- Lawsuit against McGough post abruptly quitting?, *17/06/23 8:24:09, Sat*
        - They sure did house Jamie Hodges full time. *(NT)* -- In the know., *17/06/23 15:10:42, Sat*
      - WAIT A MINUTE! The Wiltz family as in the kid that megan cheated for has turned -- Against the cow. The kid that all the shit started over?, *17/06/23 12:02:33, Sat*
        - Wiltz *(NT)* -- Are they behind this?, *17/06/23 15:03:24, Sat*
  - Gosh both these individuals are involved in other scandals with a quick google search *(NT)* -- Where there's smoke …, *17/06/23 3:52:52, Sat*
    - Only smoke is Hodges pretending he didn't want a blow job. *(NT)* -- After all his sexual accusations, and his lawsuits, consider the source!, *17/06/23 6:56:56, Sat*
      - And you were happy to give him one *(NT)* -- You fat nympho, *17/06/23 11:22:19, Sat*
        - Are you fat shaming? *(NT)* -- Be very careful, *17/06/23 14:18:20, Sat*
  - Defendant MCGOUGH ACADEMY was and is one of very few Irish dance schools in the Northeastern United States that is world-renowned for the success of its dancers at international competitions *(NT)* -- lol, *17/06/23 4:03:25, Sat*
    - Is this written to reinforce this school's success or debunk the school? What else is false in the civil case? *(NT)* -- Interesting, *17/06/23 6:22:06, Sat*
      - The plaintiff is trying to make it out that her success puts her in a position of power over him and his career as a teacher (not a tc) *(NT)* -- ., *17/06/23 6:56:56, Sat*
        - Maybe study and take your TC like your brother, Bobby! *(NT)* -- Oh, that's right, you're lazy and sue people for a "living", *17/06/23 7:00:16, Sat*
      - Entire case is false. Smear campaign. *(NT)* -- McGough doesn't seem phased on socials., *17/06/23 8:37:26, Sat*
        - Psychopaths usually don't seemed phased *(NT)* -- That was also before this broke publicly, *17/06/23 11:32:23, Sat*
          - Build that defamation case MM *(NT)* -- We have many who who join you in this fight, *17/06/23 13:45:43, Sat*
  - Fat 🤡 Mc Gough must be home from the pageant *(NT)* -- As she tries to push this down the page with silly posts, *17/06/23 4:41:55, Sat*
    - Hodges has so much to hide. Total deflection here. Like, if Meg Largy TCRG and Ailis O'Dowda ADCRG know if they were sister wives all this time. *(NT)* -- Buckle up, *17/06/23 6:11:05, Sat*
      - Megan knew she was part of the sisterhood with Rebecca, but Ailis has been in the dark. *(NT)* -- Keep deflecting Hodges, more to come, *17/06/23 7:02:16, Sat*
        - So megan was cheating on her husband *(NT)* -- With little boy toy?, *17/06/23 11:28:29, Sat*
        - Rebecca, Meagan and Bobby ? All in western canada? *(NT)* -- Sisterhood nude pics, *17/06/23 11:30:31, Sat*
          - Ailis knew he was a cheater all along *(NT)* -- Stay away from the Bristol Boys, *17/06/23 13:32:26, Sat*
  - Expectation from a piece of trash from BRISTOL. Poor boy needs his payday. *(NT)* -- You'll never be in her league, Jamie. Keep trying to knock her down., *17/06/23 6:33:56, Sat*

- Build that defamation case MM (*NT*) -- Another supporter - I will be contacting you - I have so much to share, *17/06/23 13:48:07, Sat*
  - No expense will be spared to bring forward the TRUTH for all Hodges Victims now. Come forward and you have a very strong woman to lead the charge. (*NT*) -- HER SIDE WILL BE TOLD, *17/06/23 15:08:27, Sat*

- **Which cheeky monkey deleted my post?** -- 🐵, *16/06/23 6:11:56, Fri* [8]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - I keep seeing these posts, what is it about? I have googled cheeky monkey irish dance and nothing come up. Do you have a link please? (*NT*) -- Thanks., *16/06/23 8:24:01, Fri*
  - Also curious. I've tried Google Google too lol cam anyone buy -- Or do you need to be (In the know ?), *16/06/23 10:47:51, Fri*
    - Yes anyone can buy but you may prefer Nike for the same price? (*NT*) -- They are giving the usual discount by quoting the ex Carey dancers # desperate, *16/06/23 16:50:13, Fri*
      - Yet still you don't say what it is? Are you just making this up to bad mouth someone/school etc? Give us a link or it doesn't exist. (*NT*) -- No name, *16/06/23 22:59:33, Fri*
        - dancemonkeyofficial on Instagram it's dancewear. -- Hth, *17/06/23 2:05:39, Sat*
          - Thanks for the link, I am sure the kids will love it. Don't love the monkey logo but I'm not their target market either lol. (*NT*) -- No name, *17/06/23 3:53:13, Sat*
  - Oh ok found it. It's actually OK but cookie cutter. Nothing mind blowing but also not worth all the Hate. -- Buy if you want or dont (Vote with your $), *17/06/23 21:04:14, Sat*

- **Are Munster Irish Dancers back selling ?** -- Dm (So badly needed), *15/06/23 23:09:38, Thu* [5]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - no point- no one buying secind hand dresses (*NT*) -- dm, *15/06/23 23:33:25, Thu*
  - Already discussed, scroll right down for message from MID. (*NT*) -- No name, *16/06/23 12:46:41, Fri*
  - Huge splits in NAIDC -- why no second hand dress sales?, *16/06/23 22:42:12, Fri*
    - There are, most people I know buy second hand. (*NT*) -- No name, *16/06/23 23:26:00, Fri*

- **So to qualify for worlds from NAIDC…** -- …, *15/06/23 15:27:24, Thu* [12]
  It says they will use CLRG rules. Is that 5 spots for the first 20 dancers and then 1 spot for every 10 or portion thereof? Only North American dancers are counted, i understand that. Is my calculation correct though?

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Yes. In split comps it is based on the total number of dancers in both splits and then divided between the two. I think WMH are skipped over because they were last year. (*NT*) -- Dm, *15/06/23 16:58:07, Thu*
    - where is it written to base on total number then divide between the two. i've heard that was used in phoenix but that wasn't an NAIDC. (*NT*) -- not in W or N syllabus, *15/06/23 18:25:57, Thu*
      - I think they have to do that at mid America O as a condition of splitting but I've never seen it in syllabi for NAIDC or worlds (*NT*) -- ., *15/06/23 19:01:43, Thu*
        - Agreed. NAIDC does not determine qualifiers based upon total its by each comp. Also, they skipped WMH last year, but have not in the past so I guess we wait and see. (*NT*) -- Shaping up to be a doozy, *15/06/23 20:04:10, Thu*
          - they are always skipped - i just checked NAIDC 2019. -- more inside, *15/06/23 22:01:24, Thu*
  - qualifications are based on those that dance, not entries. So if more dancers compete in one split than another (because of no shows) then they could have more qualifiers (*NT*) -- ., *15/06/23 19:27:12, Thu*
    - number of qualifiers is based on total dancers that age, not split. (*NT*) -- …, *16/06/23 13:38:41, Fri*
      - Do what happens if an odd number of qualifiers? I think it's calculated per split. Not total dancers I age group (*NT*) -- Been at this awhile, *16/06/23 14:45:52, Fri*
    - So the NAIDC syllabus refers to ClRG format for qualifications. Where do you find that? (*NT*) -- Thanks, *16/06/23 14:50:33, Fri*
      - In the Worlds syllabus (*NT*) -- ., *16/06/23 15:18:58, Fri*
        - I thought that but why would world syllabus detail the math to qualify for worlds? (*NT*) -- Confused, *17/06/23 3:33:36, Sat*

- **Programs for presale - assume there are no names for each comp so what else is in it?** -- Why buy it?, *15/06/23 2:36:48, Thu* [6]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Will there be names in the book who is in which split? So confused how / when we find that out (*NT*) -- Ugh, *15/06/23 2:41:34, Thu*
    - And no guidebook? (*NT*) -- Hmm, *15/06/23 2:43:12, Thu*
      - Where does it say there is no guidebook? (*NT*) -- Limited info on website, *15/06/23 2:54:58, Thu*

Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>
<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- Megan try the product (_NT_) -- 🐨🐨🐨, _17/06/23 10:45:04, Sat_

- **Ozempic** -- Ha, _17/06/23 8:31:32, Sat_ [1]
  Rapid Weightloss With Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store -- drmeds (legitimate and Reliable), 17/06/23 5:29:41, Sat [2]
  Buy Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store
  Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

  Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

  [ Post a Reply to this Message ][ Edit | View ]

- **I still want a cheeky monkey and if not available, a parrot.** -- HJ, *17/06/23 6:36:38, Sat* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

---

- **More clowns surfacing; thought there was only one** -- 🤡🤡🤡🤡🤡🤡🤡🤡🤡, *17/06/23 5:54:41, Sat* [5]

  **Replies:**
  - [Maybe 😜 but there is only (*NT*)](#) -- ONE FAT COW 🐮 moooooooooo, *17/06/23 10:46:38, Sat*
    - [The asshole has resurfaced (*NT*)](#) -- Appears periodically to cast shade, *17/06/23 11:49:50, Sat*
      - [It's your ass that pops up with pain pills and alcohol (*NT*)](#) -- 🐮, *17/06/23 13:07:36, Sat*
        - [I'm watching you; keep it going; love building a defamation case against you (*NT*)](#) -- Not who you think either, *17/06/23 13:26:35, Sat*

---

- **Don't you love false stories posted. Someone trying a shakedown?** -- Not working - get a life, *17/06/23 5:53:00, Sat* [3]

  **Replies:**
  - [I love watching megan 🐷 and her insanity displayed on this board (*NT*)](#) -- Nymphomaniac and insanity not a good mix, *17/06/23 10:49:58, Sat*
    - [😶😶😶😶😶😶😶😶 (*NT*)](#) -- Watching you, *17/06/23 11:51:37, Sat*

---

- **https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/** -- Megan McGough the sexual predator, *17/06/23 5:38:37, Sat* [8]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

  **Replies:**
  - [Be careful slanderer (*NT*)](#) -- Who has filed cases and lost? Shakedown, *17/06/23 5:57:56, Sat*
    - [Megan you are certifiably INSANE (*NT*)](#) -- You little nympho, *17/06/23 10:40:13, Sat*
      - [This is not MM, so be very careful donkey (*NT*)](#) -- !, *17/06/23 13:34:29, Sat*
  - [MONEY GRAB (*NT*)](#) -- Disgusting, *17/06/23 6:14:21, Sat*
    - [I read it was a PENIS GRAB (*NT*)](#) -- and more than one 😊, *17/06/23 10:51:27, Sat*
      - [Smear campaign; simply seeking money; well known MO; couldn't fund the complaint; (*NT*)](#) -- When will you learn?, *17/06/23 13:38:47, Sat*
  - [Is this a contingency law firm that files cases at no cost to the plaintiff and only receives payment if they can obtain money from the accused? (*NT*)](#) -- Based on research, isn't that interesting based on their website; is that accurate?, *17/06/23 6:45:53, Sat*

---

- -- 🤡, *17/06/23 5:38:21, Sat* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

---

- **"Please remember the rules and everyone be good"** -- MOD, *17/06/23 5:36:54, Sat* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

---

- -- 🐮, *17/06/23 5:36:34, Sat* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

---

- -- Time to resurface, *17/06/23 5:34:23, Sat* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

---

- **Any scandal free feisanna's planned this weekend?** -- Where you going?, *17/06/23 5:33:00, Sat* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

---

- **Rapid Weightloss With Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store** -- 🧑 [drmeds](#) (legitimate and Reliable), *17/06/23 5:29:41, Sat* [2]
  Buy Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store
  Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.
  &lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"&gt; Buy Ozempic online without prescription &lt;/a&gt;
  &lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"&gt; buy stromectol online without prescription &lt;/a&gt;
  &lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow"&gt;Buy belviq online&lt;/a&gt;
  &lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow"&gt;Buy qsymia online&lt;/a&gt;

  Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- megan you should try taking them instead of posting about them *(NT)* -- 🐷🐷🐷, *17/06/23 5:32:03, Sat*

---

- **Can Rory finally break his losing streak at majors?** -- Time will tell this weekend, *17/06/23 5:25:34, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Need more comments about the clown. Where is he?** -- 😡😡😡😡, *17/06/23 5:23:04, Sat* [5]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - No this showtime is all about the Megan the nymphomaniac *(NT)* -- The BIG FAT COW, *17/06/23 5:34:30, Sat*
    - You will lose - bigly *(NT)* -- DT, *17/06/23 6:33:44, Sat*
      - You should LOSE WEIGHT bigly *(NT)* -- DT, *17/06/23 10:54:32, Sat*
        - Keep going asshole; defamation/slander/libel; you can touch all of the legal jargon *(NT)* -- And I'm not the accused; just trolling this forum to build another case, *17/06/23 13:30:21, Sat*

---

- **Just waking up to the silliness on this forum. Just another failed attempt.** -- Cheeky monkey, *17/06/23 5:21:53, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Have faith in your org. Everything will work out fine.** -- OP, *17/06/23 4:38:48, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **In need of more cheeky monkey** -- Can u help a sister out?, *17/06/23 4:36:26, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Back to ID, does anyone have a room they will not be using at the Gaylord in Nashville?** -- Would like to be in the block, *17/06/23 4:34:04, Sat* [3]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Megan McGough has a spare room! But don't open the door! *(NT)* -- Jamie won't be attending, *17/06/23 4:46:20, Sat*
    - 😂😂😂 must be willing to satisfy her sexually *(NT)* -- If you want the room, *17/06/23 4:48:41, Sat*

---

- **Some people will do anything to distract from the cheating scandal** -- Deflector watch, *17/06/23 4:29:32, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **How many legal complaints does one have to file to be considered a serial litigant?** -- Just wondering, *17/06/23 4:26:57, Sat* [8]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - How many times did he have to say NO to her *(NT)* -- Sexual harassment and sexual assault, *17/06/23 4:43:52, Sat*
    - Sorry, this case is really far fetched and reaching. *(NT)* -- Smear Campaign, *17/06/23 6:47:01, Sat*
      - That's what all abusers and sexual predators say *(NT)* -- Megan You are a sick sick person, *17/06/23 10:43:22, Sat*
        - Defamation again: watching you *(NT)* -- Observer, *17/06/23 13:32:45, Sat*
  - meagan you sue anyone who looks at you funny. *(NT)* -- truly…. shut your fat mouth, *17/06/23 4:45:23, Sat*
    - McGough has not sued one person. *(NT)* -- Facts, *17/06/23 6:15:50, Sat*
    - Please state one example where a legal case was ever filed? *(NT)* -- Let's review your recollection, *17/06/23 6:28:17, Sat*

---

- **Just when it gets boring, I wish there were more parrots for sale.** -- Crazy, *17/06/23 4:23:28, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

- **Jamie Hodges Victim Support Group** -- Is anyone interested in putting something together? I know I'm not alone., *17/06/23 3:50:38, Sat* [2]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Yes. Now this is out, maybe people should contact Meagan. *(NT)* -- Smoke fire, *17/06/23 8:33:17, Sat*

---

- **For those who doubted her love of pegging, apology accepted #painkiller #upthebum** -- https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/, *16/06/23 22:56:01, Fri* [41]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Not wonder people rarely believe the alleged victims… -- Kane., *17/06/23 0:30:08, Sat*
    - Sounds more like she brought him around like a boy toy *(NT)* -- Men can be victims too, *17/06/23 0:52:01, Sat*
    - Why couldn't he go if she was judging exactly ? Haven't heard her side truth is likely somewhere in the middle *(NT)* -- ., *17/06/23 7:22:08, Sat*
      - He's grasping for a buck because he misses her credit card. *(NT)* -- Cut off Jamie's free meals, it's shakedown time., *17/06/23 8:19:28, Sat*
    - This type of complaint discredits real victims. *(NT)* -- Sad, *17/06/23 8:20:27, Sat*
  - Wow! What a gross individual MMcG is did I read that correctly about wanting to have her young girl dancers impregnated? *(NT)* -- She shouldn't be around children. She's dangerous, *17/06/23 1:38:38, Sat*
  - What did I just read? Good lord. Glad we don't go to that school *(NT)* -- Absolutely disgusting, *17/06/23 3:34:27, Sat*
  - Sue Happy. Lost MAR Case. Going after her. *(NT)* -- Needs money., *17/06/23 3:44:53, Sat*
    - Gone after another rich woman for a payday *(NT)* -- Get a job, Jamie, *17/06/23 3:52:24, Sat*
      - Money Grabbing Hodges. Throw enough shit to see what sticks. *(NT)* -- Joke, *17/06/23 6:16:55, Sat*
        - Not even a month after losing MAR Appeal, Hodges didn't get his cash, so he's cashing in on his COW. *(NT)* - Moo, *17/06/23 8:35:32, Sat*
        - PENIS GRABBING MCGOUGH *(NT)* -- NYMPHO! probably serviced Kevin too, *17/06/23 11:24:24, Sat*
          - Defamation *(NT)* -- Build the case, *17/06/23 13:43:54, Sat*
  - McGough Proud! -- #proudmcgoughparent, *17/06/23 3:46:17, Sat*
    - That says WAY MORE about your poor judgement *(NT)* -- than it does about anyone else. YIKES!, *17/06/23 3:51:57, Sat*
      - Give it up, Jamie. *(NT)* -- Only Wiltz wanted you at that school., *17/06/23 8:15:38, Sat*
        - Wiltz family housed Jamie. Are they funding this? *(NT)* -- Lawsuit against McGough post abruptly quitting?, *17/06/23 8:24:09, Sat*
          - They sure did house Jamie Hodges full time. *(NT)* -- In the know., *17/06/23 15:10:42, Sat*
      - WAIT A MINUTE! The Wiltz family as in the kid that megan cheated for has turned -- Against the cow. The kid that all the shit started over?, *17/06/23 12:02:33, Sat*
        - Wiltz *(NT)* -- Are they behind this?, *17/06/23 15:03:24, Sat*
  - Gosh both these individuals are involved in other scandals with a quick google search *(NT)* -- Where there's smoke …, *17/06/23 3:52:52, Sat*
    - Only smoke is Hodges pretending he didn't want a blow job. *(NT)* -- After all his sexual accusations, and his lawsuits, consider the source!, *17/06/23 11:02:33, Sat*
      - And you were happy to give him one *(NT)* -- You fat nympho, *17/06/23 11:22:19, Sat*
        - Are you fat shaming? *(NT)* -- Be very careful, *17/06/23 14:18:20, Sat*
  - Defendant MCGOUGH ACADEMY was and is one of very few Irish dance schools in the Northeastern United States that is world-renowned for the success of its dancers at international competitions *(NT)* -- lol, *17/06/23 4:03:25, Sat*
    - Is this written to reinforce this school's success or debunk the school? What else is false in the civil case? *(NT)* -- Interesting, *17/06/23 6:22:06, Sat*
      - The plaintiff is trying to make it out that her success puts her in a position of power over him and his career as a teacher (not a tc) *(NT)* -- ., *17/06/23 6:56:56, Sat*
        - Maybe study and take your TC like your brother, Bobby! *(NT)* -- Oh, that's right, you're lazy and sue people for a "living", *17/06/23 7:00:16, Sat*
      - Entire case is false. Smear campaign. *(NT)* -- McGough doesn't seem phased on socials., *17/06/23 8:37:26, Sat*
        - Psychopaths usually don't seemed phased *(NT)* -- That was also before this broke publicly, *17/06/23 11:32:23, Sat*
          - Build that defamation case MM *(NT)* -- We have many who who join you in this fight, *17/06/23 13:45:43, Sat*
  - Fat 🤡 Mc Gough must be home from the pageant *(NT)* -- As she tries to push this down the page with silly posts, *17/06/23 4:41:55, Sat*
    - Hodges has so much to hide. Total deflection here. Like, if Meg Largy TCRG and Ailis O'Dowda ADCRG know if they were sister wives all this time. *(NT)* -- Buckle up, *17/06/23 6:11:05, Sat*
      - Megan knew she was part of the sisterhood with Rebecca, but Ailis has been in the dark. *(NT)* -- Keep deflecting Hodges, more to come, *17/06/23 7:02:16, Sat*
        - So megan was cheating on her husband *(NT)* -- With little boy toy?, *17/06/23 11:28:29, Sat*
        - Rebecca, Meagan and Bobby ? All in western canada? *(NT)* -- Sisterhood rode pics, *17/06/23 11:30:31, Sat*
          - Ailis knew he was a cheater all along *(NT)* -- Stay away from the Bristol Boys, *17/06/23 13:32:26, Sat*
  - Expectation from a piece of trash from BRISTOL. Poor boy needs his payday. *(NT)* -- You'll never be in her league, Jamie. Keep trying to knock her down., *17/06/23 6:33:56, Sat*

- Build that defamation case MM (*NT*) -- Another supporter - I will be contacting you - I have so much to share, *17/06/23 13:48:07, Sat*
  - No expense will be spared to bring forward the TRUTH for all Hodges Victims now. Come forward and you have a very strong woman to lead the charge. (*NT*) -- HER SIDE WILL BE TOLD, *17/06/23 15:08:27, Sat*

- **Which cheeky monkey deleted my post?** -- 🐵, *16/06/23 6:11:56, Fri* [8]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - I keep seeing these posts, what is it about? I have googled cheeky monkey irish dance and nothing come up. Do you have a link please? (*NT*) -- Thanks., *16/06/23 8:24:01, Fri*
  - Also curious. I've tried Google Google too lol cam anyone buy -- Or do you need to be (In the know ?), *16/06/23 10:47:51, Fri*
    - Yes anyone can buy but you may prefer Nike for the same price? (*NT*) -- They are giving the usual discount by quoting the ex Carey dancers # desperate, *16/06/23 16:50:13, Fri*
      - Yet still you don't say what it is? Are you just making this up to bad mouth someone/school etc? Give us a link or it doesn't exist. (*NT*) -- No name, *16/06/23 22:59:33, Fri*
        - dancemonkeyofficial on Instagram is their dancewear. -- Hth, *17/06/23 2:05:39, Sat*
          - Thanks for the link, I am sure the kids will love it. Don't love the monkey logo but I'm not their target market either lol. (*NT*) -- No name, *17/06/23 3:53:13, Sat*
  - Oh ok found it. It's actually OK but cookie cutter. Nothing mind blowing but also not worth all the Hate. -- Buy if you want or dont (Vote with your $), *17/06/23 21:04:14, Sat*

- **Are Munster Irish Dancers back selling ?** -- Dm (So badly needed), *15/06/23 23:09:38, Thu* [5]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - no point- no one buying secind hand dresses (*NT*) -- dm, *15/06/23 23:33:25, Thu*
  - Already discussed, scroll right down for message from MID. (*NT*) -- No name, *16/06/23 12:46:41, Fri*
  - Huge splits in NAIDC -- why no second hand dress sales?, *16/06/23 22:42:12, Fri*
    - There are, most people I know buy second hand. (*NT*) -- No name, *16/06/23 23:26:00, Fri*

- **So to qualify for worlds from NAIDC…** -- …, *15/06/23 15:27:24, Thu* [12]
  It says they will use CLRG rules. Is that 5 spots for the first 20 dancers and then 1 spot for every 10 or portion thereof? Only North American dancers are counted, i understand that. Is my calculation correct though?

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Yes. In split comps it is based on the total number of dancers in both splits and then divided between the two. I think WMH are skipped over because they were last year. (*NT*) -- Dm, *15/06/23 16:58:07, Thu*
    - where is it written to base on total number then divide between the two. i've heard that was used in phoenix but that wasn't an NAIDC. (*NT*) -- not in W or N syllabus, *15/06/23 18:25:57, Thu*
      - I think they have to do that at mid America O as a condition of splitting but I've never seen it in syllabi for NAIDC or worlds (*NT*) -- ., *15/06/23 19:01:43, Thu*
        - Agreed. NAIDC does not determine qualifiers based upon total its by each comp. Also, they skipped WMH last year, but have not in the past so I guess we wait and see. (*NT*) -- Shaping up to be a doozy, *15/06/23 20:04:10, Thu*
          - they are always skipped - i just checked NAIDC 2019. -- more inside, *15/06/23 22:01:24, Thu*
  - qualifications are based on those that dance, not entries. So if more dancers compete in one split than another (because of no shows) then they could have more qualifiers (*NT*) -- .. ., *15/06/23 19:27:12, Thu*
    - number of qualifiers is based on total dancers that age, not split. (*NT*) -- ..., *16/06/23 13:38:41, Fri*
      - Do what happens if an odd number of qualifiers? I think it's calculated per split. Not total dancers i age group (*NT*) -- Been at this awhile, *16/06/23 14:45:52, Fri*
    - So the NAIDC syllabus refers to ClRG format for qualifications. Where do you find that? (*NT*) -- Thanks, *16/06/23 14:50:33, Fri*
      - In the Worlds syllabus (*NT*) -- ., *16/06/23 15:18:58, Fri*
        - I thought that but why would world syllabus detail the math to qualify for worlds? (*NT*) -- Confused, *17/06/23 3:33:36, Sat*

- **Programs for presale - assume there are no names for each comp so what else is in it?** -- Why buy it?, *15/06/23 2:36:48, Thu* [6]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Will there be names in the book who is in which split? So confused how / when we find that out (*NT*) -- Ugh, *15/06/23 2:41:34, Thu*
    - And no guidebook? (*NT*) -- Hmm, *15/06/23 2:43:12, Thu*
      - Where does it say there is no guidebook? (*NT*) -- Limited info on website, *15/06/23 2:54:58, Thu*



[ Login ] [ Contact Forum Admin ] [ Post a new message ] [ Search | Check update time | Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

# Welcome To The NEW Irish Dance Board For UK, Irish, European & Worldwide Irish Dancers & Parents

### Accessories
*I Dance Irish* *Celtic Creations* *Feiswear* *Dance City* *Jan's Custom Clips* *Irish Dancing Awards* *Inishfree Irish Dance Shoes* *Irish Dancing Awards* *Scatter Crystals* *Beads & Crystals* *Crystal Parade* *Ryan & O'Donnell* *The Irish Dancer* *Antonio Pacelli* *Hullachan Pro* *Satin Ribbon Sashes* *Rhinestone HQ*

### Dress Makers & Dresses For Sale
*Gavin Doherty* *Eileen Plater* *Siopa Rince* *Avoca Celtic* *Elevation Design* *FeisAnne* *Shauna Shiels* *Keep It ID* *Dance Again* *Get That Dress* *Feis Frocks* *FeisDresses.com*

### Dance Schools
*Céim óir* *Matthews* *McGahan Lees* *Kelly Hendry* *McCarthy O'Rourke* *Voyage of D* *Maguire-O'Shea* *McCartin* *Mulvihill* *Boyle O'Dowda* *O'Malley* *Carroll* *Sharon Taylor* *Cabe* *Lennon-McLoughlin* * McSloy* * Gra na Rince*

Forum administration can be contacted through the "Contact Forum Admin" tab at top of the board.
Lots more links can be found at the bottom of the board due to the board header space limitations.
**Please remember the rules and everyone be good.**

---

- **Nothing but love from this family** -- Enjoy your day, *18/06/23 12:28:28, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Some people need to get a life** -- ID is a wonderful activity that fosters teamwork and friendships., *18/06/23 12:27:18, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Polly is chirping and wants to expose more corruption** -- Don't you love the dialogue, *18/06/23 12:24:33, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Be careful what u post. Some people are very sensitive to the truth exposing a plaintiff.** -- Watch for it, *18/06/23 12:22:27, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Polly needs another cracker** -- Hungry, *18/06/23 12:19:18, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Allegations are simply allegations. Won't be tried on an anonymous Voy forum from brave souls** -- Get a life, *18/06/23 12:18:06, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **The parrots are coming again** -- Some will never learn, *18/06/23 12:14:44, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Polly does want a morning cracker** -- HJ, *18/06/23 7:38:18, Sun* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Why can't we go back to regularly scheduled programming and discuss the clown; sure miss those days** -- 😡😡😡😡😡 😡😡, *18/06/23 7:12:13, Sun* [14]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  ○ Because this is news and people need to know *(NT)* -- That mmcg is a nympho and legit insane, *18/06/23 7:27:41, Sun*
    ■ Be careful of your defaming remarks *(NT)* -- They are being collected; just building another case for my friend, *18/06/23 7:32:15, Sun*
    ■ This is just your news *(NT)* -- Totally irrelevant, *18/06/23 7:34:38, Sun*
    ■ And you are irrelevant *(NT)* -- Get a job, *18/06/23 7:36:03, Sun*
  ○ She is a cheat in her relationship, dance and every walk of life *(NT)* -- Shame on you MMG, *18/06/23 9:21:09, Sun*
    ■ Always fights to expose corruption and won't back down from this alleged extortion attempt *(NT)* -- Wait for it, *18/06/23 12:02:07, Sun*

- ○ [Hiring previous sexual abusers to teach your children and now she's one *(NT)*](#) -- This is a sexual predator ring, *18/06/23 9:51:21, Sun*
    - ▪ [That needs shut down asap. CLRG step in. *(NT)*](#) -- Disgusting, no protection for children, *18/06/23 9:56:10, Sun*
        - ▪ [Lovers quarrel at best from a low end Bristol boy *(NT)*](#) -- Chav!, *18/06/23 10:45:23, Sun*
            - ▪ [Low end is right *(NT)*](#) -- Grift, *18/06/23 12:27:17, Sun*
        - ▪ [Interesting how an allegation is immediately viewed as guilt, especially from someone who has a history of filing legal claims. *(NT)*](#) -- !!, *18/06/23 11:53:36, Sun*
            - ▪ [Not sure what I believe. But it speaks to MM's poor judgement that she hired him, even when others were warning about his inappropriate behavior. *(NT)*](#) -- ., *18/06/23 13:54:46, Sun*
                - ▪ [Pressure from Wiltz family. Don't run a school on one family, Meg. *(NT)*](#) -- Bet she regrets it now, *18/06/23 15:03:14, Sun*

- **Calling all Polly's** -- Parrots for Sale, *18/06/23 7:10:05, Sun* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

- **"Please remember the rules and everyone be good"** -- MOD's rules, *18/06/23 7:03:28, Sun* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

- **Victims have a voice; looking forward to assisting a colleague and her counsel** -- Wait for more info in due course where to share your experiences, *18/06/23 7:00:30, Sun* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

- **Where oh where are the parrots?** -- Time for another purchase, *18/06/23 6:42:21, Sun* [1]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

- **Keep it up or the parrots will be arriving again; some people are so brave anonymously** -- Irrelevant forum, *18/06/23 6:40:23, Sun* [11]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

  **Replies:**
  - ○ [When it's a trump esque message, you can tell it's the MM family. *(NT)*](#) -- MMGA. Make McGough Great Again (Laughing), *18/06/23 6:44:02, Sun*
    - ▪ [Is this your dem propaganda message *(NT)*](#) -- Laughable, *18/06/23 6:49:32, Sun*
  - ○ [Oh anything with clown faces, fake news, buckle up, the word asshole. Anything defending her is all herself, Barbara n John. *(NT)*](#) -- HILARIOUS, *18/06/23 6:45:59, Sun*
    - ▪ [Don't know who you are referring to as I'm writing from the UK *(NT)*](#) -- You really do have no clue; we support her for revealing the corruption in ID, *18/06/23 6:51:49, Sun*
        - ▪ [She's lost all credibility with me. Tied up in scandal after scandal *(NT)*](#) -- She's a sick individual, *18/06/23 7:00:52, Sun*
            - ▪ [Just your scandal *(NT)*](#) -- You can simply go away; if you are important, address it with the CLRG; their mission is to resolve the cheating scandal; how is that going? Any updates yet? It's only been 10 months. Be patient, *18/06/23 7:08:07, Sun*
            - ▪ [Are you even in ID today or do you have a child participating? Take action instead of complaining on a useless Internet forum. *(NT)*](#) -- Or are you just a troll?, *18/06/23 7:15:20, Sun*
            - ▪ [The sad realty is I know who you are *(NT)*](#) -- Best to be careful what you post, *18/06/23 7:30:11, Sun*
  - ○ [Pants on fire missy *(NT)*](#) -- If only you put as much effort into your family life., *18/06/23 6:55:26, Sun*
    - ▪ [Not who you think *(NT)*](#) -- Just a defender., *18/06/23 6:56:48, Sun*

- **People need to realise that a child has been seriously hurt and damaged during all of this and left dancing for good after the cheating FOR HER was brought to light and now this?!** -- Shame on your teacher., *18/06/23 6:27:06, Sun* [18]
  [ [Post a Reply to this Message](#) ][ [Edit](#) | [View](#) ]

  **Replies:**
  - ○ [Sadly you are so misinformed *(NT)*](#) -- Keep trying, *18/06/23 6:29:43, Sun*
  - ○ [This is so sad, but I do know a few dancers who escaped/ transfered from her years ago and went on to have happy dancing lives after! *(NT)*](#) -- Keep fighting CW. You can dance again x, *18/06/23 6:33:46, Sun*
    - ▪ [That family is nuts. A school doesn't ride on one child. *(NT)*](#) -- Contrary to their belief, *18/06/23 10:47:21, Sun*
        - ▪ [They will sadly be exposed due to this incident Hodges brought forward. *(NT)*](#) -- Very sad, *18/06/23 10:54:54, Sun*
  - ○ [There was never any cheating by this teacher *(NT)*](#) -- Minors name or initials is a major no-no too; just shows your ignorance, *18/06/23 6:37:22, Sun*
  - ○ [Known cheat. Known bully. Now? Known abuser. *(NT)*](#) -- Deserving titles for a swell gal., *18/06/23 6:42:33, Sun*
    - ▪ [Despite your best efforts to defame and attack, just keeps on winning and supported by so many *(NT)*](#) -- The truth always prevails, *18/06/23 6:47:16, Sun*
  - ○ [Why don't u go directly to the source and ask the parents *(NT)*](#) -- A minor child should never be mentioned on this forum; such a blatant violation, *18/06/23 6:44:37, Sun*
    - ▪ [Parents won't speak. *(NT)*](#) -- Not innocent parties., *18/06/23 8:25:21, Sun*
        - ▪ [Plenty of witnesses in the school saw the unhealthy relationship between this kid and the Plaintiff. *(NT)*](#) -- Two sides to every story, *18/06/23 10:48:31, Sun*

- - **Bad for husband? These parents are doctors too. What JH did will expose this family too and it's going to get ugly. (NT)** -- Wiltz Family housed Hodges in NY, *18/06/23 10:49:57, Sun*
    - **Lovely families involved in school; one bad apple will be exposed at the appropriate time. (NT)** -- Two sides to every story, *18/06/23 12:00:11, Sun*
  - **Fly away Mary Kay. (NT)** -- Take a break from answering on forums for the day., *18/06/23 6:48:54, Sun*
    - **7 am in the UK and your target is surely sound asleep in the U.S. (NT)** -- Just a huge fan supporting a dear friend and associate who is loved by so many for not backing down from the establishment, *18/06/23 6:55:30, Sun*
    - **What's the connection? (NT)** -- Do tell!, *18/06/23 9:45:33, Sun*
  - **Tired of hearing this family is hurt when all they do is suck the life from others for the ultimate win. (NT)** -- Narcissists, *18/06/23 10:56:40, Sun*
    - **Truly tired of people trying to defame, slander and libel a teacher and family. Just a complaint from a person who was not even authorized to work who feels the system should protect his behavior. (NT)** -- Be patient for the truth, *18/06/23 12:12:52, Sun*

---

- **Hodges - You ready, Ellen? Plenty more from Jamie's victims. Excerpt below.** -- Fact Check, *18/06/23 2:17:28, Sun* [14]
  Stuttgart Regional Court In the name of the People: Judgment
  Jamie Hogdes, - Plaintiff - Represented by Lawyers Zeller &Seyfert, Friedrich-Ebert-Anlage 35- 37, 60327 Frankfurt, Germany, 206420 against,
  Elaine Walker, trading as The Elaine Walker Academy of Irish Dance, Otto-Lilienthal-Str. 4, 71034 Böblingen
  - Defendant - Represented by Lawyers BLF Rechtsanwälte, Friedrichstralze 45, 70174 Stuttgart, Germany
  (Excerpt from the Case)
  A sufficient factual basis for the statements that the Plaintiff had "approached girls sexually" and "tried" to sleep with "three girls" is first of all the undisputed facts regarding the conduct of the Plaintiff in relation to (extracted name) and (extracted name). It is undisputed that the actions of the Plaintiff with a sexual reference occurred as a dance workshop, because the sexual intercourse between him and the dance teacher was consensual. It is undisputed that there was no sexual intercourse between the Plaintiff and (extracted name).
  However, the Plaintiff's undisputed overnight stay at a dance school leaves room - at least from the Defendant's point of view - for speculation - which does not seem unreasonable in view of the Plaintiff's indisputable sexual intercourse with (extracted name).
  The court also considers it proven, after the hearing of evidence, that on the the evening of the first day of the workshop in December2018, the Plaintiff performed sexual acts on the witness (extracted name) without her consent, in particular by putting his hand between her legs and rubbing there.
  Witness (extracted name) essentially stated that the Plaintiff had wanted to withdraw money and that she had accompanied him to the bank branch inorder to avoid the waiting time until the taxi arrived,
  which was supposed to bring all those remaining in the pub home or to the hotel.
  In the bank, she had sat on a heater and remained sitting there when the Plaintiff was finished. They had been talking the whole time. The Plaintiff then approached her, kneeled down in front of her, leaned forward and began to kiss her. She neither blocked nor returned the kisses. When the Plaintiff had started kissing her, he had also grabbed her between her legs. He didn't put his hand there for a moment but actively grabbed her there, left his hand there and began to rub around. He had kissed her for a while. When someone came into the bank, she turned her head away and the Plaintiff got up quickly.
  The court is convinced that the testimony of the w i t n e s s (extracted name) is true. On the other hand, the court does not believe the Plaintiff, who in his affidavit denied that he had committed any sexual act against the witness (extracted name).
  The fact that the witness described the events in detail, with no contradictions and without any inconsistencies contributed significantly to the court's conviction. The witness not only described in detail the core events in the bank branch, but also the events before and after, especially on the following day.
  During the description of the core event she described her thoughts and feelings in a comprehensible way. For example,she stated that when the Plaintiff kneeled down before her, she thought, "Stop, something is going wrong here," and "I can't go anywhere, I can only push him away, but that seemed too radical home," or, after the Plaintiff had stood up and told her she couldn't tell anyone about it, "Even the it was very unpleasant for me." The described reactions on her part seem plausible and fit harmoniously into the overall context of the statement.
  Also further descriptions of the witness's state of mind, such as "I don't think I have ever not slept for a whole night" and "I still felt in bed that night (...) , how it felt when he touched me" make the statement appear to be close to reality. They indicate that the witness was in an exceptional situation which she could still remember well because of this.
  The witness also gave a detailed account of events on the evening of the second day of the workshop, on which, according to her statement, she was again in the company of the Plaintiff. The descriptions of this evening are also so detailed and complex that the assumption that the witness had invented this seems far-fetched.
  During the interrogation, the witness also showed no tendency to incriminate. In her testimony, she did not try to portray the Plaintiff in a bad light, but rather credibly described her inner processes and conflicts. The witness did not exaggerate or embellish events in her statement, but described the events objectively. There is no apparent motivation of the witness to unjustly incriminate the Plaintiff. She neither filed a criminal complaint nor did she turn to the Defendant of her own accord, but the Defendant learned of the events from her daughter, to whom the witness had confided.
  In the end, the witness was able to switch between the individual sections of the story without any problems in response to questions from the court and the party representatives, and she spontaneously came up with additional information about her statements, for example that the Plaintiff asked her twice on Sunday at the workshop whether she had told someone "about it."
  Against this background, the Chamber considers the testimony of witness (extracted name) to be entirely credible, also in view of the personal impression the witness made during her interrogation.

  [ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- - About time this predator was held accountable. Mad ecomments to my daughters before (*NT*) -- Disgusted, *18/06/23 2:54:42, Sun*
  - Poor Meggy Moo - they only one he didn't want! (*NT*) -- Big Barb, *18/06/23 5:58:27, Sun*
    - Methinks someone is embarrassing themself. No idea how many are standing up to be heard. (*NT*) -- Wait for it, *18/06/23 6:17:50, Sun*
  - Is this a new case or same old? (*NT*) -- Clear the air, *18/06/23 6:01:34, Sun*
  - JH vs MM is new. Google and have a giggle. (*NT*) -- Unicorn 🦄, *18/06/23 6:12:32, Sun*
  - Meggy Moo 🐮 the one that got rejected! (*NT*) -- Hell hath no furry like a woman scorned, *18/06/23 6:15:36, Sun*
    - Sadly this is so much more to report at the appropriate time (*NT*) -- Will sorely regret the smear campaign and can't get wait to subpoena your IP address for defamation. Funny thing is I will represent the accused for free., *18/06/23 6:23:25, Sun*
      - Bring it on! (*NT*) -- 🤣😂😂😂😂, *18/06/23 6:27:26, Sun*
        - Don't you worry (*NT*) -- 🤣😂😂😂😂, *18/06/23 6:30:53, Sun*
  - Jamie is a disgusting human being. Made comments to my girls numerous times. Know of comments to others as well. He was the initial whistle blower to the voy world. Looking for his light to sjine (*NT*) -- But he is a feckin idiot, *18/06/23 6:22:10, Sun*
    - Sorry Fat Cow 🐮 mcMoo is on record (*NT*) -- Deflect now that her true sick ways have been exposed, *18/06/23 6:25:34, Sun*
      - Oh there are many victims stepping up but won't be revealed on an anonymous Voy forum that is viewed as a joke and worthless (*NT*) -- As Yung Joc said "Its Goin Down", *18/06/23 6:34:21, Sun*
  - Victim? Jamie... (*NT*) -- Give us a break, *18/06/23 8:17:53, Sun*

---

- **Falcon Birds For Sale Worldwideexoticparrotsfarm** -- O6?3!lotd, *18/06/23 2:14:26, Sun* [1]
Worldwideexoticparrotsfarm

Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm. <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a> <a rel=nofollow target=_ blank href="https://www.worldwideexoticparrotsfarm.com/product-

chickens/">https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>⬚⬚⬚<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ Post a Reply to this Message ][ Edit | View ]

- **Buy Botox Online 50 Units, 100iu & 200iu, Botox For Sale - without License** -- )/89~<kls, *18/06/23 2:09:22, Sun* [1]
  Cosmetics_homebeauty386360 (fillers),

  Buy Botox Online 50 Units, 100iu & 200iu, Botox For Sale - without License Online ⬚⬚Quality guaranteed by ISO 9001 and ISO 22716 of good manufacturing practices ⬚⬚Top deals for derma fillers online VISIT WEBSITE ⬚⬚ https://cosmetictradekftonlineshop.com/product-category/dimmer-fillers/⬚⬚https://cosmetictradekftonlineshop.com⬚⬚EMAIL: cosmeticstradekftsalesteam@gmail.com⬚⬚https://cosmetictradekftonlineshop.com/product/byredo-perfume⬚⬚ https://cosmetictradekftonlineshop.com/product-category/perfumes⬚⬚https://cosmetictradekftonlineshop.com/product-category/perfumes⬚⬚https://cosmetictradekftonlineshop.com/product/byredo-perfume⬚⬚ https://cosmetictradekftonlineshop.com/product/dior-perfume⬚⬚https://cosmetictradekftonlineshop.com/product-category/dimmer-fillers⬚⬚https://cosmetictradekftonlineshop.com/product/allergan-botox-1x200iu⬚⬚ https://cosmetictradekftonlineshop.com/product/allergan-botox-1x50iu⬚⬚https://cosmetictradekftonlineshop.com/product/azzalure-125-units⬚⬚https://cosmetictradekftonlineshop.com/product/eau-de-chanel-perfume⬚⬚ https://cosmetictradekftonlineshop.com/product/clarins-lotion-tonique⬚⬚https://cosmetictradekftonlineshop.com/product/clarins-double-serum-100ml⬚⬚Buy Lipsticks online USA/Europe⬚⬚BUy perfumes Online USA/Europe ⬚⬚https://cosmetictradekftonlineshop.com⬚⬚ https://cosmetictradekftonlineshop.com/product/lancome-tonique-confort-2⬚⬚https://cosmetictradekftonlineshop.com/product/frederic-malle-perfume⬚⬚https://cosmetictradekftonlineshop.com/product/yves-saint-laurent-perfume⬚⬚ https://cosmetictradekftonlineshop.com/product/sk2-1-facial-treatment-essence⬚⬚ https://cosmetictradekftonlineshop.com/product/allergan-botox-1x50iu⬚⬚https://cosmetictradekftonlineshop.com/product/dysport-300units⬚⬚https://cosmetictradekftonlineshop.com/product/tom-ford-perfume⬚⬚https://cosmetictradekftonlineshop.com/product-category/mesotherapy⬚⬚https://cosmetictradekftonlineshop.com/product/aqualyx-8ml⬚⬚ https://cosmetictradekftonlineshop.com/product-category/needles-cannulas-threads⬚⬚ https://cosmetictradekftonlineshop.com/product/jo-malone-london-perfume⬚⬚https://cosmetictradekftonlineshop.com/product-category/cosmetics-skin-care/page⬚⬚https://cosmetictradekftonlineshop.com/product-category/cosmetics-skin-care/page⬚⬚ https://cosmetictradekftonlineshop.com/product-category/cosmetics-skin-care/page

  [ Post a Reply to this Message ][ Edit | View ]

- **Hodges - You ready, Ellen? Plenty more from Jamie's victims. Excerpt below.** -- Before you write, check your fact(s)!, *18/06/23 1:34:17, Sun* [9]

  Stuttgart Regional Court In the name of the People: Judgment
  Jamie Hogdes, - Plaintiff - Represented by Lawyers Zeller &Seyfert, Friedrich-Ebert-Anlage 35- 37, 60327 Frankfurt, Germany, 206420 against,
  Elaine Walker, trading as The Elaine Walker Academy of Irish Dance, Otto-Lilienthal-Str. 4, 71034 Böblingen
  - Defendant - Represented by Lawyers BLF Rechtsanwälte, Friedrichstralze 45, 70174 Stuttgart, Germany
  (Excerpt from the Case)
  A sufficient factual basis for the statements that the Plaintiff had "approached girls sexually" and "tried" to sleep with "three girls" is first of all the undisputed facts regarding the conduct of the Plaintiff in relation to (extracted name) and (extracted name). It is undisputed that the actions of the Plaintiff with a sexual reference occurred as a dance workshop, because the sexual intercourse between him and the dance teacher was consensual. It is undisputed that there was no sexual intercourse between the Plaintiff and (extracted name).

However, the Plaintiff's undisputed overnight stay at a dance school leaves room - at least from the Defendant's point of view - for speculation - which does not seem unreasonable in view of the Plaintiff's indisputable sexual intercourse with (extracted name).
The court also considers it proven, after the hearing of evidence, that on the the evening of the first day of the workshop in December2018, the Plaintiff performed sexual acts on the witness (extracted name) without her consent, in particular by putting his hand between her legs and rubbing them.
Witness (extracted name) essentially stated that the Plaintiff had wanted to withdraw money and that she had accompanied him to the bank branch inorder to avoid the waiting time until the taxi arrived,
which was supposed to bring all those remaining in the pub home or to the hotel.
In the bank, she had sat on a heater and remained sitting there when the Plaintiff was finished. They had been talking the whole time. The Plaintiff then approached her, kneeled down in front of her, leaned forward and began to kiss her. She neither blocked nor returned the kisses. When the Plaintiff had started kissing her, he had also grabbed her between her legs. He didn't put his hand there for a moment but actively grabbed her there, left his hand there and began to rub around. He had kissed her for a while. When someone came into the bank, she turned her head away and the Plaintiff got up quickly.
The court is convinced that the testimony of the w i t n e s s (extracted name) is true. On the other hand, the court does not believe the Plaintiff, who in his affidavit denied that he had committed any sexual act against the witness (extracted name).
The fact that the witness described the events in detail, with no contradictions and without any inconsistencies contributed significantly to the court's conviction. The witness not only described in detail the core events in the bank branch, but also the events before and after, especially on the following day.
During the description of the core event she described her thoughts and feelings in a comprehensible way. For example,she stated that when the Plaintiff kneeled down before her, she thought, "Stop, something is going wrong here," and "I can't go anywhere, I can only push him away, but that seemed too radical tome," or, after the Plaintiff had stood up and told her she couldn't tell anyone about it, "Even the it was very unpleasant for me." The described reactions on her part seem plausible and fit harmoniously into the overall context of the statement.
Also further descriptions of the witness's state of mind, such as "I don't think I have ever not slept for a whole night" and "I still felt in bed that night (...) , how it felt when he touched me" make the statement appear to be close to reality. They indicate that the witness was in an exceptional situation which she could still remember well because of this.
The witness also gave a detailed account of events on the evening of the second day of the workshop, on which, according to her statement, she was again in the company of the Plaintiff. The descriptions of this evening are also so detailed and complex that the assumption that the witness had invented this seems far-fetched.
During the interrogation, the witness also showed no tendency to incriminate. In her testimony, she did not try to portray the Plaintiff in a bad light, but rather credibly described her inner processes and conflicts. The witness did not exaggerate or embellish events in her statement, but described the events objectively. There is no apparent motivation of the witness to unjustly incriminate the Plaintiff. She neither filed a criminal complaint nor did she turn to the Defendant of her own accord, but the Defendant learned of the events from her daughter, to whom the witness had confided.
In the end, the witness was able to switch between the individual sections of the story without any problems in response to questions from the court and the party representatives, and she spontaneously came up with additional information about her statements, for example that the Plaintiff asked her twice on Sunday at the workshop whether she had told someone "about it."
Against this background, the Chamber considers the testimony of witness (extracted name) to be entirely credible, also in view of the personal impression the witness made during her interrogation.

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- If Ellen is a real reporter, she'll subpoena records from Stuttgart Regional Court! (*NT*) -- Serial Litigant, *18/06/23 1:44:22, Sun*
- Hey Whistle-Blower! If you knew all this, why did you continue to put him with students (and in your home) for years? (*NT*) -- Complicity, *18/06/23 4:33:30, Sun*
  - Who said anyone knew anything beforehand? Maybe someone is researching now in defense to learn what has happened in the past. (*NT*) -- Also, isn't it possible that victims are just reaching out now to share their personal experiences. Therefore, seems prudent to conduct research in defense., *18/06/23 4:50:34, Sun*
    - Please …. She knew about this and knew about her other teacher KB!! She didn't care (*NT*) -- Complicit, *18/06/23 5:30:32, Sun*
      - She's a nymphomaniac she tried to buy him (*NT*) -- She just got rejected, *18/06/23 6:18:44, Sun*
    - Sadly you have no clue (*NT*) -- Keep defaming - your day will come - funny thing is I'm a bystander who likes to troll idiots like you, *18/06/23 6:28:05, Sun*
  - If I'm not mistaken… (*NT*) -- JH lived at CW's home, *18/06/23 5:30:17, Sun*
    - Who according to Megan was like her own child (*NT*) -- CW quit after seeing the light & JH, *18/06/23 6:22:35, Sun*
- **Hodges** -- Dance mom, *18/06/23 1:14:23, Sun* [1]
  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best team.  <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a> <a rel=nofollow target=_blank

target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/rose-breasted-galah-cockatoo-eggparrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/rose-breasted-galah-cockatoo-eggparrot-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/scarlet-macaw-parrot-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/scarlet-macaw-parrot-eggs-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/solomon-island-eclectus-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/solomon-island-eclectus-egg-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/spix-macaw-parrot-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/spix-macaw-parrot-eggs-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/">https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/">https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/">https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/">https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/">https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/">https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-hatcher/">https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-hatcher/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-kit/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-kit/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/">https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/">https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>&SEP;&SEP;<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ Post a Rep

[ Post a Reply to this Message ][ Edit | View ]

---

- **MMG you sick individual. Complaining about feis fixing when you done the same** -- And now sexually assaulted a man, *18/06/23 0:28:23, Sun* [5]
  You tried to ruin people's lives. Karma is the biggest bitch.

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- Ok Jamie - IP addresses will become available for counter suits *(NT)* -- Buckle up, *18/06/23 1:30:55, Sun*
- She's a sick and disgusting individual *(NT)* -- Nymphomaniac, *18/06/23 1:34:31, Sun*
- Hodges is a sick individual. Sue happy. Goes after anyone he thinks he can benefit from lol. *(NT)* -- Laughing stock, wanna be teacher, *18/06/23 2:50:53, Sun*
- Misguided once again. You have no idea. Don't assume or believe the allegations and smear tactics. *(NT)* -- Will not be tried in the court of public opinion but in a court of law., *18/06/23 4:57:27, Sun*

- **Once again no competition at the feis in Glasgow..like at Solent, prelims winning and on podium** -- Stop charging extortionate entry fees so more compete! #stoptheripoff, *17/06/23 22:09:20, Sat* [4]
  [ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- In which age group? *(NT)* -- Most of the championships were really big!, *17/06/23 22:44:15, Sat*
- People can't afford to feis regularly it's unrealistic to think they can. Just the usual trophy hunters champions just doing majors *(NT)* -- Cait, *17/06/23 22:46:55, Sat*
- Exams and holy communion season and not very easy to get to for Irish to come over *(NT)* -- Well done to those who competed, the best on the day is the best on the day., *17/06/23 23:41:06, Sat*

---

- **Falcon Birds For Sale Worldwideexoticparrotsfarm** -- Kit!'&@:, *17/06/23 21:13:20, Sat* [1]
  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm.⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/incubator/">https://www.worldwideexoticparrotsfarm.com/product-category/incubator/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/</a>⌷⌷⌷⌷<a rel=nofollow target=_blank

href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ Post a Reply to this Message ][ Edit | View ]

- **Is the irish dancing community really this toxic? Some of the things I have read between the MMG court documents** -- And the text messages a year ago! The whole thing is an embarrassment and quite frankly disgusting. I love teaching but no wonder less kids are joining., *17/06/23 20:04:21, Sat* [4]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - The numbers are huge at NAIDC but- -- we will see this hobby die out eventually, *17/06/23 20:44:45, Sat*
  - It sounds like a few bad apples get all the coverage. Getting old *(NT)* -- But yes, hot mess.., *17/06/23 21:08:38, Sat*
    - Many many bad apples & lots of toxic behavior. The tcs don't even believe they are wrong *(NT)* -- It's depressing, *18/06/23 5:56:10, Sun*

- **Mod? You around? Clean up the parrot posts pls!** -- Parrot head, *17/06/23 20:04:10, Sat* [2]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Use the Contact Forum Administrator link at the top of the page. Posting here is pointless without doing that. *(NT)* -- me, *17/06/23 22:21:53, Sat*

- **Falcon Birds** -- Hodges, *17/06/23 17:49:21, Sat* [1]
Worldwideexoticparrotsfarm

Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm,☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a>☐☐☐<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-

href="https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/">https://www.worldwideexoticparrotsfarm.com/product/timneh-african-grey-parrot-eggs-copy/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/umbrella-cockatoo-eggs-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/yellow-crowned-amazon-parrot-eggs-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/">https://www.worldwideexoticparrotsfarm.com/product/brinsea-mini-advance-hatching-incubator/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/">https://www.worldwideexoticparrotsfarm.com/product/chimaera-automatic-incubator-hatcher-display/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/essens-incubators-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/">https://www.worldwideexoticparrotsfarm.com/product/farm-innovators-4250-circulated-incubator/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/">https://www.worldwideexoticparrotsfarm.com/product/g-q-f-manufacturing-1602n-hova-bator-incubator/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/">https://www.worldwideexoticparrotsfarm.com/product/hb-poultry-egg-incubator/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-incubator-egg-hatcher/">https://www.worldwideexoticparrotsfarm.com/product/hhd-automatic-digital-7-mini-egg-incubator-chicken-duck-egg-incubator-egg-hatcher/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-kit/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-advanced-incubator-combo-kit/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/">https://www.worldwideexoticparrotsfarm.com/product/hovabator-deluxe-egg-incubator-combo/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/">https://www.worldwideexoticparrotsfarm.com/product/incuview-automatic-incubator-built-turner/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/">https://www.worldwideexoticparrotsfarm.com/product/magicfly-digital-automatic-incubator-chickens/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/">https://www.worldwideexoticparrotsfarm.com/product/adult-bluegold-macaw-for-sale-3/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-bronze-winged-parrot-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/baby-scarlet-macaw-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/">https://www.worldwideexoticparrotsfarm.com/product/baby-spixs-macaw-for-sale-4-to-5-months/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/blue-throated-macaws-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/bronze-winged-parrot-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/buffon-macaws-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/calico-macaw-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/camelot-macaw-for-sale/</a>⛔<a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/catalina-macaw-for-sale/</a>

[ Post a Reply to this Message ][ Edit | View ]

---

- **"Please remember the rules and everyone be good"** -- MOD, *17/06/23 14:32:47, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Fat shaming must stop; not an ounce of truth to the scam; you people think a civil complaint states facts; couldn't be farther from the truth** -- Be very careful as this case will not be litigated on an anonymous Voy forum, *17/06/23 14:24:25, Sat* [2]
  [ Post a Reply to this Message ][ Edit | View ]

  Replies:
  - Sounds like there are WhatsApp messages to validate the story?? (*NT*) -- meggy loves a message…., *17/06/23 14:52:20, Sat*

---

- **Filthy Mcgough…. No better than Harvey Weinstein…. I guess people in glass houses shouldn't throw stones.** -- Wonder what big Barb thinks of all the penis grabbing?, *17/06/23 14:11:23, Sat* [3]
  [ Post a Reply to this Message ][ Edit | View ]

  Replies:

- ○ Wait to hear who was doing the grabbing! Plenty to share (*NT*) -- !, *17/06/23 14:36:36, Sat*
  ○ Witnesses are coming forward and they have a lot to say in support of MM (*NT*) -- Be aware, *17/06/23 16:40:36, Sat*

---

- **Falcon Birds For Sale** -- BBOO, *17/06/23 14:05:09, Sat* [2]
  Worldwideexoticparrotsfarm

  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm. <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/incubator/">https://www.worldwideexoticparrotsfarm.com/product-category/incubator/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/macaw-parrots/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/rainbow-lorikeet/">https://www.worldwideexoticparrotsfarm.com/product-category/rainbow-lorikeet/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/spixs-macaw/">https://www.worldwideexoticparrotsfarm.com/product-category/spixs-macaw/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/uncategorized/">https://www.worldwideexoticparrotsfarm.com/product-category/uncategorized/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/colby-african-grey-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/colby-african-grey-parrots-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/dasha-african-grey-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/dasha-african-grey-parrot-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/dennis-timneh-african-grey-parrot-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/dennis-timneh-african-grey-parrot-for-sale/</a> <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gracy-african-grey-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gracy-african-grey-parrots-for-sale/</a> <a rel=nofollow

- **I still want a cheeky monkey and if not available, a parrot.** -- HJ, *17/06/23 6:36:38, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **More clowns surfacing; thought there was only one** -- 🤡🤡🤡🤡🤡🤡🤡🤡🤡, *17/06/23 5:54:41, Sat* [5]

  **Replies:**
  - Maybe 🤪 but there is only (*NT*) -- ONE FAT COW 🐮 moooooooooo, *17/06/23 10:46:38, Sat*
    - The asshole has resurfaced (*NT*) -- Appears periodically to cast shade, *17/06/23 11:49:50, Sat*
      - It's your ass that pops up with pain pills and alcohol (*NT*) -- 🐮, *17/06/23 13:07:36, Sat*
        - I'm watching you; keep it going; love building a defamation case against you (*NT*) -- Not who you think either, *17/06/23 13:26:35, Sat*

---

- **Don't you love false stories posted. Someone trying a shakedown?** -- Not working - get a life, *17/06/23 5:53:00, Sat* [3]

  **Replies:**
  - I love watching megan 🐮 and her insanity displayed on this board (*NT*) -- Nymphomaniac and insanity not a good mix, *17/06/23 10:49:58, Sat*
    - 😶😶😶😶😶😶😶😶😶 (*NT*) -- Watching you, *17/06/23 11:51:37, Sat*

---

- **https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/** -- Megan McGough the sexual predator, *17/06/23 5:38:37, Sat* [8]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Be careful slanderer (*NT*) -- Who has filed cases and lost? Shakedown, *17/06/23 5:57:56, Sat*
    - Megan you are certifiably INSANE (*NT*) -- You little nympho, *17/06/23 10:40:13, Sat*
      - This is not MM, so be very careful donkey (*NT*) -- !, *17/06/23 13:34:29, Sat*
  - MONEY GRAB (*NT*) -- Disgusting, *17/06/23 6:14:21, Sat*
    - I read it was a PENIS GRAB (*NT*) -- and more than once 😊, *17/06/23 10:51:27, Sat*
      - Smear campaign; simply seeking money; well known MO; couldn't fund the complaint; (*NT*) -- When will you learn?, *17/06/23 13:38:47, Sat*
  - Is this a contingency law firm that files cases at no cost to the plaintiff and only receives payment if they can obtain money from the accused? (*NT*) -- Based on research, isn't that interesting based on their website; is that accurate?, *17/06/23 6:45:53, Sat*

---

- -- 🤡, *17/06/23 5:38:21, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **"Please remember the rules and everyone be good"** -- MOD, *17/06/23 5:36:54, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- -- 🐮, *17/06/23 5:36:34, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- -- Time to resurface, *17/06/23 5:34:23, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Any scandal free feisanna's planned this weekend?** -- Where you going?, *17/06/23 5:33:00, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Rapid Weightloss With Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store** -- 🧑 drmeds (legitimate and Reliable), *17/06/23 5:29:41, Sat* [2]
  Buy Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store
  Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

  Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

&lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"&gt; Buy Ozempic online without prescription&lt;/a&gt;

&lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"&gt; buy stromectol online without prescription &lt;/a&gt;

&lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow"&gt;Buy belviq online&lt;/a&gt;

&lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow"&gt;where is the cheapest place to buy trulicity&lt;/a&gt;

&lt;a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow"&gt;best place to buy metformin online &lt;/a&gt;

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- megan you should try taking them instead of posting about them *(NT)* -- 🤡🤡🤡, *17/06/23 5:32:03, Sat*

---

- **Can Rory finally break his losing streak at majors?** -- Time will tell this weekend, *17/06/23 5:25:34, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Need more comments about the clown. Where is he?** -- 😡😡😡😡, *17/06/23 5:23:04, Sat* [5]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - No this showtime is all about the Megan the nymphomaniac *(NT)* -- The BIG FAT COW, *17/06/23 5:34:30, Sat*
    - You will lose - bigly *(NT)* -- DT, *17/06/23 6:33:44, Sat*
      - You should LOSE WEIGHT bigly *(NT)* -- DT, *17/06/23 10:54:32, Sat*
        - Keep going asshole; defamation/slander/libel; you can touch all of the legal jargon *(NT)* -- And I'm not the accused; just trolling this forum to build another case, *17/06/23 13:30:21, Sat*

---

- **Just waking up to the silliness on this forum. Just another failed attempt.** -- Cheeky monkey, *17/06/23 5:21:53, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Have faith in your org. Everything will work out fine.** -- OP, *17/06/23 4:38:48, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **In need of more cheeky monkey** -- Can u help a sister out?, *17/06/23 4:36:26, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **Back to ID, does anyone have a room they will not be using at the Gaylord in Nashville?** -- Would like to be in the block, *17/06/23 4:34:04, Sat* [3]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Megan McGough has a spare room! But don't open the door! *(NT)* -- Jamie won't be attending, *17/06/23 4:46:20, Sat*
    - 😂😂😂 must be willing to satisfy her sexually *(NT)* -- If you want the room, *17/06/23 4:48:41, Sat*

---

- **Some people will do anything to distract from the cheating scandal** -- Deflector watch, *17/06/23 4:29:32, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

---

- **How many legal complaints does one have to file to be considered a serial litigant?** -- Just wondering, *17/06/23 4:26:57, Sat* [8]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - How many times did he have to say NO to her *(NT)* -- Sexual harassment and sexual assault, *17/06/23 4:43:52, Sat*
    - Sorry, this case is really far fetched and reaching. *(NT)* -- Smear Campaign, *17/06/23 6:47:01, Sat*
      - That's what all abusers and sexual predators say *(NT)* -- Megan You are a sick sick person, *17/06/23 10:43:22, Sat*
        - Defamation again: watching you *(NT)* -- Observer, *17/06/23 13:32:45, Sat*
  - meagan you sue anyone who looks at you funny. *(NT)* -- truly…. shut your fat mouth, *17/06/23 4:45:23, Sat*
    - McGough has not sued one person. *(NT)* -- Facts, *17/06/23 6:15:50, Sat*
      - Please state one example where a legal case was ever filed? *(NT)* -- Let's review your recollection, *17/06/23 6:28:17, Sat*

---

- **Just when it gets boring, I wish there were more parrots for sale.** -- Crazy, *17/06/23 4:23:28, Sat* [1]
  [ Post a Reply to this Message ][ Edit | View ]

- **Jamie Hodges Victim Support Group** -- Is anyone interested in putting something together? I know I'm not alone., *17/06/23 3:50:38, Sat* [2]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Yes. Now this is out, maybe people should contact Meagan. *(NT)* -- Smoke fire, *17/06/23 8:33:17, Sat*

---

- **For those who doubted her love of pegging, apology accepted #painkiller #upthebum** -- https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/, *16/06/23 22:56:01, Fri* [41]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Not wonder people rarely believe the alleged victims… -- Kane., *17/06/23 0:30:08, Sat*
    - Sounds more like she brought him around like a boy toy *(NT)* -- Men can be victims too, *17/06/23 0:52:01, Sat*
    - Why couldn't he go if she was judging exactly ? Haven't heard her side truth is likely somewhere in the middle *(NT)* -- ., *17/06/23 7:22:08, Sat*
      - He's grasping for a buck because he misses her credit card. *(NT)* -- Cut off Jamie's free meals, it's shakedown time., *17/06/23 8:19:28, Sat*
    - This type of complaint discredits real victims. *(NT)* -- Sad, *17/06/23 8:20:27, Sat*
  - Wow! What a gross individual MMcG is did I read that correctly about wanting to have her young girl dancers impregnated? *(NT)* -- She shouldn't be around children. She's dangerous, *17/06/23 1:38:38, Sat*
  - What did I just read? Good lord. Glad we don't go to that school *(NT)* -- Absolutely disgusting, *17/06/23 3:34:27, Sat*
  - Sue Happy. Lost MAR Case. Going after her. *(NT)* -- Needs money., *17/06/23 3:44:53, Sat*
    - Gone after another rich woman for a payday *(NT)* -- Get a job, Jamie, *17/06/23 3:52:24, Sat*
      - Money Grabbing Hodges. Throw enough shit to see what sticks. *(NT)* -- Joke, *17/06/23 6:16:55, Sat*
        - Not even a month after losing MAR Appeal, Hodges didn't get his cash, so he's cashing in on his COW. *(NT)* - Moo, *17/06/23 8:35:32, Sat*
        - PENIS GRABBING MCGOUGH *(NT)* -- NYMPHO! probably serviced Kevin too, *17/06/23 11:24:24, Sat*
          - Defamation *(NT)* -- Build the case, *17/06/23 13:43:54, Sat*
  - McGough Proud! -- #proudmcgoughparent, *17/06/23 3:46:17, Sat*
    - That says WAY MORE about your poor judgement *(NT)* -- than it does about anyone else. YIKES!, *17/06/23 3:51:57, Sat*
      - Give it up, Jamie. *(NT)* -- Only Wiltz wanted you at that school., *17/06/23 8:15:38, Sat*
        - Wiltz family housed Jamie. Are they funding this? *(NT)* -- Lawsuit against McGough post abruptly quitting?, *17/06/23 8:24:09, Sat*
          - They sure did house Jamie Hodges full time. *(NT)* -- In the know., *17/06/23 15:10:42, Sat*
      - WAIT A MINUTE! The Wiltz family as in the kid that megan cheated for has turned -- Against the cow. The kid that all the shit started over?, *17/06/23 12:02:33, Sat*
        - Wiltz *(NT)* -- Are they behind this?, *17/06/23 15:03:24, Sat*
  - Gosh both these individuals are involved in other scandals with a quick google search *(NT)* -- Where there's smoke …, *17/06/23 3:52:52, Sat*
    - Only smoke is Hodges pretending he didn't want a blow job. *(NT)* -- After all his sexual accusations, and his lawsuits, consider the source!, *17/06/23 6:56:56, Sat*
      - And you were happy to give him one *(NT)* -- You fat nympho, *17/06/23 11:22:19, Sat*
        - Are you fat shaming? *(NT)* -- Be very careful, *17/06/23 14:18:20, Sat*
  - Defendant MCGOUGH ACADEMY was one of very few Irish dance schools in the Northeastern United States that is world-renowned for the success of its dancers at international competitions *(NT)* -- lol, *17/06/23 4:03:25, Sat*
    - Is this written to reinforce this school's success or debunk the school? What else is false in the civil case? *(NT)* -- Interesting, *17/06/23 6:22:06, Sat*
      - The plaintiff is trying to make it out that her success puts her in a position of power over him and his career as a teacher (not a tc) *(NT)* -- ., *17/06/23 6:56:26, Sat*
        - Maybe study and take your TC like your brother, Bobby! *(NT)* -- Oh, that's right, you're lazy and sue people for a "living", *17/06/23 7:00:16, Sat*
      - Entire case is false. Smear campaign. *(NT)* -- McGough doesn't seem phased on socials., *17/06/23 8:37:26, Sat*
        - Psychopaths usually don't seemed phased *(NT)* -- That was also before this broke publicly, *17/06/23 11:32:23, Sat*
          - Build that defamation case MM *(NT)* -- We have many who who join you in this fight, *17/06/23 13:45:43, Sat*
  - Fat 🤡 Mc Gough must be home from the pageant *(NT)* -- As she tries to push this down the page with silly posts, *17/06/23 4:41:55, Sat*
    - Hodges has so much to hide. Total deflection here. Like, if Meg Largy TCRG and Ailis O'Dowda ADCRG know if they were sister wives all this time. *(NT)* -- Buckle up, *17/06/23 6:11:05, Sat*
      - Megan knew she was part of the sisterhood with Rebecca, but Ailis has been in the dark. *(NT)* -- Keep deflecting Hodges, more to come, *17/06/23 7:02:16, Sat*
        - So megan was cheating on her husband *(NT)* -- With little boy toy?, *17/06/23 11:28:29, Sat*
        - Rebecca, Meagan and Bobby ? All in western canada? *(NT)* -- Sisterhood pegs nice pics, *17/06/23 11:30:31, Sat*
          - Ailis knew he was a cheater all along *(NT)* -- Stay away from the Bristol Boys, *17/06/23 13:32:26, Sat*
  - Expectation from a piece of trash from BRISTOL. Poor boy needs his payday. *(NT)* -- You'll never be in her league, Jamie. Keep trying to knock her down., *17/06/23 6:33:56, Sat*

> Build that defamation case MM (*NT*) -- Another supporter - I will be contacting you - I have so much to share, *17/06/23 13:48:07, Sat*
>> No expense will be spared to bring forward the TRUTH for all Hodges Victims now. Come forward and you have a very strong woman to lead the charge. (*NT*) -- HER SIDE WILL BE TOLD, *17/06/23 15:08:27, Sat*

- **Which cheeky monkey deleted my post?** -- 🐵, *16/06/23 6:11:56, Fri* [8]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - I keep seeing these posts, what is it about? I have googled cheeky monkey irish dance and nothing come up. Do you have a link please? (*NT*) -- Thanks., *16/06/23 8:24:01, Fri*
  - Also curious. I've tried Google Google too lol cam anyone buy -- Or do you need to be (In the know ?), *16/06/23 10:47:51, Fri*
    - Yes anyone can buy but you may prefer Nike for the same price? (*NT*) -- They are giving the usual discount by quoting the ex Carey dancers # desperate, *16/06/23 16:50:13, Fri*
      - Yet still you don't say what it is? Are you just making this up to bad mouth someone/school etc? Give us a link or it doesn't exist. (*NT*) -- No name, *16/06/23 22:59:33, Fri*
        - dancemonkeyofficial on Instagram it's dancewear. -- Hth, *17/06/23 2:05:39, Sat*
          - Thanks for the link, I am sure the kids will love it. Don't love the monkey logo but I'm not their target market either lol. (*NT*) -- No name, *17/06/23 3:53:13, Sat*
  - Oh ok found it. It's actually OK but cookie cutter. Nothing mind blowing but also not worth all the Hate. -- Buy if you want or dont (Vote with your $), *17/06/23 21:04:14, Sat*

- **Are Munster Irish Dancers back selling ?** -- Dm (So badly needed), *15/06/23 23:09:38, Thu* [5]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - no point- no one buying secind hand dresses (*NT*) -- dm, *15/06/23 23:33:25, Thu*
  - Already discussed, scroll right down for message from MID. (*NT*) -- No name, *16/06/23 12:46:41, Fri*
  - Huge splits in NAIDC -- why no second hand dress sales?, *16/06/23 22:42:12, Fri*
    - There are, most people I know buy second hand. (*NT*) -- No name, *16/06/23 23:26:00, Fri*

- **So to qualify for worlds from NAIDC…** -- …, *15/06/23 15:27:24, Thu* [12]
  It says they will use CLRG rules. Is that 5 spots for the first 20 dancers and then 1 spot for every 10 or portion thereof? Only North American dancers are counted, i understand that. Is my calculation correct though?

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Yes. In split comps it is based on the total number of dancers in both splits and then divided between the two. I think WMH are skipped over because they were last year. (*NT*) -- Dm, *15/06/23 16:58:07, Thu*
    - where is it written to base on total number then divide between the two. i've heard that was used in phoenix but that wasn't an NAIDC. (*NT*) -- not in W or N syllabus, *15/06/23 18:25:57, Thu*
      - I think they have to do that at mid America O as a condition of splitting but I've never seen it in syllabi for NAIDC or worlds (*NT*) -- ., *15/06/23 19:01:43, Thu*
        - Agreed. NAIDC does not determine qualifiers based upon total its by each comp. Also, they skipped WMH last year, but have not in the past so I guess we wait and see. (*NT*) -- Shaping up to be a doozy, *15/06/23 20:04:10, Thu*
          - they are always skipped - i just checked NAIDC 2019. -- more inside, *16/06/23 22:01:24, Thu*
  - qualifications are based on those that dance, not entries. So if more dancers compete in one split than another (because of no shows) then they could have more qualifiers (*NT*) -- ., *15/06/23 19:02:17, Thu*
    - number of qualifiers is based on total dancers that age, not split. (*NT*) -- …, *16/06/23 13:38:41, Fri*
      - Do what happens if an odd number of qualifiers? I think it's calculated per split. Not total dancers I age group (*NT*) -- Been at this awhile, *16/06/23 14:45:52, Fri*
    - So the NAIDC syllabus refers to ClRG format for qualifications. Where do you find that? (*NT*) -- Thanks, *16/06/23 14:50:33, Fri*
      - In the Worlds syllabus (*NT*) -- ., *16/06/23 15:18:58, Fri*
        - I thought that but why would world syllabus detail the math to qualify for worlds? (*NT*) -- Confused, *17/06/23 3:33:36, Sat*

- **Programs for presale - assume there are no names for each comp so what else is in it?** -- Why buy it?, *15/06/23 2:36:48, Thu* [6]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Will there be names in the book who is in which split? So confused how / when we find that out (*NT*) -- Ugh, *15/06/23 2:41:34, Thu*
    - And no guidebook? (*NT*) -- Hmm, *15/06/23 2:43:12, Thu*
      - Where does it say there is no guidebook? (*NT*) -- Limited info on website, *15/06/23 2:54:58, Thu*

Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>
<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- Megan try the product (_NT_) -- 🐻🐻🐻, *17/06/23 10:45:04, Sat*

- **Ozempic** -- Ha, *17/06/23 8:31:21, Sat* [1]
  Rapid Weightloss With Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store -- drmeds (legitimate and Reliable), 17/06/23 5:29:41, Sat [2]
  Buy Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store
  Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>
  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

  Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

  [ Post a Reply to this Message ][ Edit | View ]

- **I still want a cheeky monkey and if not available, a parrot.** -- HJ, *17/06/23 6:36:38, Sat* [1]

  [ Post a Reply to this Message | Edit | View ]

- **More clowns surfacing; thought there was only one** -- 🤡🤡🤡🤡🤡🤡🤡🤡, *17/06/23 5:54:41, Sat* [5]

  **Replies:**
  - Maybe 🤕 but there is only (*NT*) -- ONE FAT COW 🐄 moooooooooo, *17/06/23 10:46:38, Sat*
    - The asshole has resurfaced (*NT*) -- Appears periodically to cast shade, *17/06/23 11:49:50, Sat*
      - It's your ass that pops up with pain pills and alcohol (*NT*) -- 🤡, *17/06/23 13:07:36, Sat*
        - I'm watching you; keep it going; love building a defamation case against you (*NT*) -- Not who you think either, *17/06/23 13:26:35, Sat*

- **Don't you love false stories posted. Someone trying a shakedown?** -- Not working - get a life, *17/06/23 5:53:00, Sat* [3]

  **Replies:**
  - I love watching megan 🐄 and her insanity displayed on this board (*NT*) -- Nymphomaniac and insanity not a good mix, *17/06/23 10:49:58, Sat*
    - 😵😵😵😵😵😵😵😵 (*NT*) -- Watching you, *17/06/23 11:51:37, Sat*

- **https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/** -- Megan McGough the sexual predator, *17/06/23 5:38:37, Sat* [8]

  [ Post a Reply to this Message | Edit | View ]

  **Replies:**
  - Be careful slanderer (*NT*) -- Who has filed cases and lost? Shakedown, *17/06/23 5:57:56, Sat*
    - Megan you are certifiably INSANE (*NT*) -- You little nympho, *17/06/23 10:40:13, Sat*
      - This is not MM, so be very careful donkey (*NT*) -- !, *17/06/23 13:34:29, Sat*
  - MONEY GRAB (*NT*) -- Disgusting, *17/06/23 6:14:21, Sat*
    - I read it was a PENIS GRAB (*NT*) -- and more than one 😊, *17/06/23 10:51:27, Sat*
      - Smear campaign; simply seeking money; well known MO; couldn't fund the complaint; (*NT*) -- When will you learn?, *17/06/23 13:38:47, Sat*
  - Is this a contingency law firm that files cases at no cost to the plaintiff and only receives payment if they can obtain money from the accused? (*NT*) -- Based on research, isn't that interesting based on their website; is that accurate?, *17/06/23 6:45:53, Sat*

- -- 🤡, *17/06/23 5:38:21, Sat* [1]

  [ Post a Reply to this Message | Edit | View ]

- **"Please remember the rules and everyone be good"** -- MOD, *17/06/23 5:36:54, Sat* [1]

  [ Post a Reply to this Message | Edit | View ]

- -- 🤡, *17/06/23 5:36:34, Sat* [1]

  [ Post a Reply to this Message | Edit | View ]

- -- Time to resurface, *17/06/23 5:34:23, Sat* [1]

  [ Post a Reply to this Message | Edit | View ]

- **Any scandal free feisanna's planned this weekend?** -- Where you going?, *17/06/23 5:33:00, Sat* [1]

  [ Post a Reply to this Message | Edit | View ]

- **Rapid Weightloss With Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store** -- 🧑 drmeds (legitimate and Reliable), *17/06/23 5:29:41, Sat* [2]

  Buy Ozempic (Semaglutide) 2 mg/1.5 ml Online in the USA - Insulin store

  Ozempic (Semaglutide) 2 mg/ 1.5 ml is sold in a convenient form of a single-use injection pen. It allows selecting the needed dosage of the product right before the semaglutide injection (0.5 mg, 1 mg, 1.5 mg, or 2 mg). Thus, patients treated with Ozempic might be sure that they administer the correct amount of the product during each injection.

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription </a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

  <a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-qsymia-online/" rel="dofollow">Buy qsymia online</a>

  Ozempic pens cannot be purchased over the counter and require a valid prescription. Our site has searched the internet to find you a safe place to buy Ozempic online from Canada, the UK and Mexico. For more information on being prescribed Ozempic, please speak to your healthcare advisor.

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-ozempic-online-without-prescription" rel="dofollow"> Buy Ozempic online without prescription</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-stromectol-online-without-prescription/" rel="dofollow"> buy stromectol online without prescription </a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/buy-belviq-online/" rel="dofollow">Buy belviq online</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/trulicity/" rel="dofollow">where is the cheapest place to buy trulicity</a>

<a rel=nofollow target=_blank href="https://promedsshop.com/product/best-place-to-buy-metformin-online/" rel="dofollow">best place to buy metformin online </a>

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- megan you should try taking them instead of posting about them *(NT)* -- 🙀🙀🙀🙀, *17/06/23 5:32:03, Sat*

---

- **Can Rory finally break his losing streak at majors?** -- Time will tell this weekend, *17/06/23 5:25:34, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Need more comments about the clown. Where is he?** -- 😡😡😡😡😡, *17/06/23 5:23:04, Sat* [5]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - No this showtime is all about the Megan the nymphomaniac *(NT)* -- The BIG FAT COW, *17/06/23 5:34:30, Sat*
    - You will lose - bigly *(NT)* -- DT, *17/06/23 6:33:44, Sat*
      - You should LOSE WEIGHT bigly *(NT)* -- DT, *17/06/23 10:54:32, Sat*
        - Keep going asshole; defamation/slander/libel; you can touch all of the legal jargon *(NT)* -- And I'm not the accused; just trolling this forum to build another case, *17/06/23 13:30:21, Sat*

---

- **Just waking up to the silliness on this forum. Just another failed attempt.** -- Cheeky monkey, *17/06/23 5:21:53, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Have faith in your org. Everything will work out fine.** -- OP, *17/06/23 4:38:48, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **In need of more cheeky monkey** -- Can u help a sister out?, *17/06/23 4:36:26, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **Back to ID, does anyone have a room they will not be using at the Gaylord in Nashville?** -- Would like to be in the block, *17/06/23 4:34:04, Sat* [3]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Megan McGough has a spare room! But don't open the door! *(NT)* -- Jamie won't be attending, *17/06/23 4:46:20, Sat*
    - 😂😂😂 must be willing to satisfy her sexually *(NT)* -- If you want the room, *17/06/23 4:48:41, Sat*

---

- **Some people will do anything to distract from the cheating scandal** -- Deflector watch, *17/06/23 4:29:32, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

---

- **How many legal complaints does one have to file to be considered a serial litigant?** -- Just wondering, *17/06/23 4:26:57, Sat* [8]
[ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - How many times did he have to say NO to her *(NT)* -- Sexual harassment and sexual assault, *17/06/23 4:43:52, Sat*
    - Sorry, this case is really far fetched and reaching. *(NT)* -- Smear Campaign, *17/06/23 6:47:01, Sat*
      - That's what all abusers and sexual predators say *(NT)* -- Megan You are a sick sick person, *17/06/23 10:43:22, Sat*
        - Defamation again: watching you *(NT)* -- Observer, *17/06/23 13:32:45, Sat*
  - meagan you sue anyone who looks at you funny. *(NT)* -- truly…. shut your fat mouth, *17/06/23 4:45:23, Sat*
    - McGough has not sued one person. *(NT)* -- Facts, *17/06/23 6:15:50, Sat*
    - Please state one example where a legal case was ever filed? *(NT)* -- Let's review your recollection, *17/06/23 6:28:17, Sat*

---

- **Just when it gets boring, I wish there were more parrots for sale.** -- Crazy, *17/06/23 4:23:28, Sat* [1]
[ Post a Reply to this Message ][ Edit | View ]

- **Jamie Hodges Victim Support Group** -- Is anyone interested in putting something together? I know I'm not alone., *17/06/23 3:50:38, Sat* [2]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  ○ Yes. Now this is out, maybe people should contact Meagan. *(NT)* -- Smoke fire, *17/06/23 8:33:17, Sat*

---

- **For those who doubted her love of pegging, apology accepted #painkiller #upthebum** -- https://www.courtlistener.com/docket/67502984/hodges-v-mcgough-enterprises-llc/, *16/06/23 22:56:01, Fri* [41]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  ○ Not wonder people rarely believe the alleged victims… -- Kane., *17/06/23 0:30:08, Sat*
    ■ Sounds more like she brought him around like a boy toy *(NT)* -- Men can be victims too, *17/06/23 0:52:01, Sat*
    ■ Why couldn't he go if she was judging exactly ? Haven't heard her side truth is likely somewhere in the middle *(NT)* -- ., *17/06/23 7:22:08, Sat*
      ■ He's grasping for a buck because he misses her credit card. *(NT)* -- Cut off Jamie's free meals, it's shakedown time., *17/06/23 8:19:28, Sat*
    ■ This type of complaint discredits real victims. *(NT)* -- Sad, *17/06/23 8:20:27, Sat*
  ○ Wow! What a gross individual MMcG is did I read that correctly about wanting to have her young girl dancers impregnated? *(NT)* -- She shouldn't be around children. She's dangerous, *17/06/23 1:38:38, Sat*
  ○ What did I just read? Good lord. Glad we don't go to that school *(NT)* -- Absolutely disgusting, *17/06/23 3:34:27, Sat*
  ○ Sue Happy. Lost MAR Case. Going after her. *(NT)* -- Needs money., *17/06/23 3:44:53, Sat*
    ■ Gone after another rich woman for a payday *(NT)* -- Get a job, Jamie, *17/06/23 3:52:24, Sat*
      ■ Money Grabbing Hodges. Throw enough shit to see what sticks. *(NT)* -- Joke, *17/06/23 6:16:55, Sat*
        ■ Not even a month after losing MAR Appeal, Hodges didn't get his cash, so he's cashing in on his COW. *(NT)* - Moo, *17/06/23 8:35:32, Sat*
          ■ PENIS GRABBING MCGOUGH *(NT)* -- NYMPHO! probably serviced Kevin too, *17/06/23 11:24:24, Sat*
            ■ Defamation *(NT)* -- Build the case, *17/06/23 13:43:54, Sat*
  ○ McGough Proud! -- #proudmcgoughparent, *17/06/23 3:46:17, Sat*
    ■ That says WAY MORE about your poor judgement *(NT)* -- than it does about anyone else. YIKES!, *17/06/23 3:51:57, Sat*
      ■ Give it up, Jamie. *(NT)* -- Only Wiltz wanted you at that school., *17/06/23 8:15:38, Sat*
        ■ Wiltz family housed Jamie. Are they funding this? *(NT)* -- Lawsuit against McGough post abruptly quitting?, *17/06/23 8:24:09, Sat*
          ■ They sure did house Jamie Hodges full time. *(NT)* -- In the know., *17/06/23 15:10:42, Sat*
        ■ WAIT A MINUTE! The Wiltz family as in the kid that megan cheated for has turned -- Against the cow. The kid that all the shit started over?, *17/06/23 12:02:33, Sat*
          ■ Wiltz *(NT)* -- Are they behind this?, *17/06/23 15:03:24, Sat*
  ○ Gosh both these individuals are involved in other scandals with a quick google search *(NT)* -- Where there's smoke …, *17/06/23 3:52:52, Sat*
    ■ Only smoke is Hodges pretending he didn't want a blow job. *(NT)* -- After all his sexual accusations, and his lawsuits, consider the source!, *17/06/23 6:56:56, Sat*
      ■ And you were happy to give him one *(NT)* -- You fat nympho, *17/06/23 11:22:19, Sat*
        ■ Are you fat shaming? *(NT)* -- Be very careful, *17/06/23 14:18:20, Sat*
  ○ Defendant MCGOUGH ACADEMY was and is one of very few Irish dance schools in the Northeastern United States that is world-renowned for the success of its dancers at international competitions *(NT)* -- lol, *17/06/23 4:03:25, Sat*
    ■ Is this written to reinforce this school's success or debunk the school? What else is false in the civil case? *(NT)* -- Interesting, *17/06/23 6:22:06, Sat*
      ■ The plaintiff is trying to make it out that her success puts her in a position of power over him and his career as a teacher (not a tc) *(NT)* -- ., *17/06/23 6:56:26, Sat*
        ■ Maybe study and take your TC like your brother, Bobby! *(NT)* -- Oh, that's right, you're lazy and sue people for a "living", *17/06/23 7:00:16, Sat*
      ■ Entire case is false. Smear campaign. *(NT)* -- McGough doesn't seem phased on socials., *17/06/23 8:37:26, Sat*
        ■ Psychopaths usually don't seemed phased *(NT)* -- That was also before this broke publicly, *17/06/23 11:32:23, Sat*
          ■ Build that defamation case MM *(NT)* -- We have many who who join you in this fight, *17/06/23 13:45:43, Sat*
  ○ Fat 🤡 Mc Gough must be home from the pageant *(NT)* -- As she tries to push this down the page with silly posts, *17/06/23 4:41:55, Sat*
    ■ Hodges has so much to hide. Total deflection here. Like, if Meg Largy TCRG and Ailis O'Dowda ADCRG know if they were sister wives all this time. *(NT)* -- Buckle up, *17/06/23 6:11:05, Sat*
      ■ Megan knew she was part of the sisterhood with Rebecca, but Ailis has been in the dark. *(NT)* -- Keep deflecting Hodges, more to come, *17/06/23 7:02:16, Sat*
        ■ So megan was cheating on her husband *(NT)* -- With little boy toy?, *17/06/23 11:28:29, Sat*
          ■ Rebecca, Meagan and Bobby ? All in western canada? *(NT)* -- Sisterhood pics, *17/06/23 11:30:31, Sat*
            ■ Ailis knew he was a cheater all along *(NT)* -- Stay away from the Bristol Boys, *17/06/23 13:32:26, Sat*
  ○ Expectation from a piece of trash from BRISTOL. Poor boy needs his payday. *(NT)* -- You'll never be in her league, Jamie. Keep trying to knock her down., *17/06/23 6:33:56, Sat*

> > ■ Build that defamation case MM (*NT*) -- Another supporter - I will be contacting you - I have so much to share, *17/06/23 13:48:07, Sat*
> > > ■ No expense will be spared to bring forward the TRUTH for all Hodges Victims now. Come forward and you have a very strong woman to lead the charge. (*NT*) -- HER SIDE WILL BE TOLD, *17/06/23 15:08:27, Sat*

- **Which cheeky monkey deleted my post?** -- 🐵, *16/06/23 6:11:56, Fri* [8]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - I keep seeing these posts, what is it about? I have googled cheeky monkey irish dance and nothing come up. Do you have a link please? (*NT*) -- Thanks., *16/06/23 8:24:01, Fri*
  - Also curious. I've tried Google Google too lol cam anyone buy -- Or do you need to be (In the know ?), *16/06/23 10:47:51, Fri*
    - Yes anyone can buy but you may prefer Nike for the same price? (*NT*) -- They are giving the usual discount by quoting the ex Carey dancers # desperate, *16/06/23 16:50:13, Fri*
      - Yet still you don't say what it is? Are you just making this up to bad mouth someone/school etc? Give us a link or it doesn't exist. (*NT*) -- No name, *16/06/23 22:59:33, Fri*
        - dancemonkeyofficial on Instagram is their dancewear. -- Hth, *17/06/23 2:05:39, Sat*
          - Thanks for the link, I am sure the kids will love it. Don't love the monkey logo but I'm not their target market either lol. (*NT*) -- No name, *17/06/23 3:53:13, Sat*
  - Oh ok found it. It's actually OK but cookie cutter. Nothing mind blowing but also not worth all the Hate. -- Buy if you want or dont (Vote with your $), *17/06/23 21:04:14, Sat*

- **Are Munster Irish Dancers back selling ?** -- Dm (So badly needed), *15/06/23 23:09:38, Thu* [5]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - no point- no one buying secind hand dresses (*NT*) -- dm, *15/06/23 23:33:25, Thu*
  - Already discussed, scroll right down for message from MID. (*NT*) -- No name, *16/06/23 12:46:41, Fri*
  - Huge splits in NAIDC -- why no second hand dress sales?, *16/06/23 22:42:12, Fri*
    - There are, most people I know buy second hand. (*NT*) -- No name, *16/06/23 23:26:00, Fri*

- **So to qualify for worlds from NAIDC…** -- …, *15/06/23 15:27:24, Thu* [12]
  It says they will use CLRG rules. Is that 5 spots for the first 20 dancers and then 1 spot for every 10 or portion thereof? Only North American dancers are counted, i understand that. Is my calculation correct though?

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Yes. In split comps it is based on the total number of dancers in both splits and then divided between the two. I think WMH are skipped over because they were last year. (*NT*) -- Dm, *15/06/23 16:58:07, Thu*
    - where is it written to base on total number then divide between the two. i've heard that was used in phoenix but that wasn't an NAIDC. (*NT*) -- not in W or N syllabus, *15/06/23 18:25:57, Thu*
      - I think they have to do that at mid America O as a condition of splitting but I've never seen it in syllabi for NAIDC or worlds (*NT*) -- ., *15/06/23 19:01:43, Thu*
        - Agreed. NAIDC does not determine qualifiers based upon total its by each comp. Also, they skipped WMH last year, but have not in the past so I guess we wait and see. (*NT*) -- Shaping up to be a doozy, *15/06/23 20:04:10, Thu*
          - they are always skipped - i just checked NAIDC 2019. -- more inside, *15/06/23 22:01:24, Thu*
  - qualifications are based on those that dance, not entries. So if more dancers compete in one split than another (because of no shows) then they could have more qualifiers -- ., *15/06/23 19:22:17, Thu*
    - number of qualifiers is based on total dancers that age, not split. (*NT*) -- …, *16/06/23 13:38:41, Fri*
      - Do what happens if an odd number of qualifiers? I think it's calculated per split. Not total dancers I age group (*NT*) -- Been at this awhile, *16/06/23 14:45:52, Fri*
    - So the NAIDC syllabus refers to ClRG format for qualifications. Where do you find that? (*NT*) -- Thanks, *16/06/23 14:50:33, Fri*
      - In the Worlds syllabus (*NT*) -- ., *16/06/23 15:18:58, Fri*
        - I thought that but why would world syllabus detail the math to qualify for worlds? (*NT*) -- Confused, *17/06/23 3:33:36, Sat*

- **Programs for presale - assume there are no names for each comp so what else is in it?** -- Why buy it?, *15/06/23 2:36:48, Thu* [6]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Will there be names in the book who is in which split? So confused how / when we find that out (*NT*) -- Ugh, *15/06/23 2:41:34, Thu*
    - And no guidebook? (*NT*) -- Hmm, *15/06/23 2:43:12, Thu*
      - Where does it say there is no guidebook? (*NT*) -- Limited info on website, *15/06/23 2:54:58, Thu*

- **Hodges love letter to MMC. What REALLY happened for this lawsuit filing?!?!** -- December '22, *20/06/23 1:11:56, Tue* [1]

Dear Meagan,

This is just a small token of my appreciation for everything that you do for me. I truly am so thankful to have you in my life and I am so happy that we have reconnected over these past last few months. I missed you more than you could possibly know and now you are back in my life helping me in more ways than I could ever deserve. Meagan I owe you so much, and I am sorry that I offer so little in return.

Your kindness and care for me is never not noticed, you make me feel so special and have an unmatched ability to pick me up when I am down, and somehow when I am with you I am able to relinquish the self doubt I hold inside. This is something you have a unique gift for, you do it for all of the people who are lucky enough to be in your life so I would like to thank you for taking your valuable time to understand and get to know me.

These people who criticise you will never be lucky enough to know you, how pure of heart you are, how kind, how selfless, I feel so sorry for them and remain so thankful that I am lucky enough to know you. You are so much better than they will ever be. I hope you realise that you are the most incredible, fun, exciting and 'lively' person I have ever met, and I genuinely do have the most fun with you. My birthday was so special to me this year, the first one I have enjoyed in longer than I can remember, and I will forever hold that as one of the most special days of my life.

Your drive, focus and ambition is only matched by your heart, never forget it. I will always be here for you and finally thank you for being my best friend, I love you very much.

Your Joiner,

Jamie Paul Xx



Create a New Forum [ Go! ]

Support VoyForums [ Show ]

[ Login ] [ Contact Forum Admin ] [ Post a new message ] [ Search ] [ Check update time ] | Archives: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ]

# Welcome To The NEW Irish Dance Board For UK, Irish, European & Worldwide Irish Dancers & Parents

## Accessories
*I Dance Irish* * *Celtic Creations* * *Feiswear* * *Dance City* * *Jan's Custom Clips* * *Irish Dancing Awards* *
*Inishfree Irish Dance Shoes* * *Irish Dancing Awards* * *Scatter Crystals* * *Beads & Crystals* * *Crystal Parade* *
*Ryan & O'Donnell* * *The Irish Dancer* * Antonio Pacelli* * *Hullachan Pro* * *Satin Ribbon Sashes* *
*Rhinestone HQ*

## Dress Makers & Dresses For Sale
*Gavin Doherty* * *Eileen Plater* * *Siopa Rince* * *Avoca Celtic* * *Elevation Design* * *FeisAnne* * *Shauna
Shiels* * *Keep It ID* * *Dance Again* * *Get That Dress* * *Feis Frocks* * *FeisDresses.com* *

## Dance Schools
*Céim óir* * *Matthews* * *McGahan Lees* * *Kelly Hendry* * *McCarthy O'Rourke* * *Voyage of I D* * *Maguire-
O'Shea* * *McCartin* * *Mulvihill* * *Boyle O'Dowda* * *O'Malley* * *Carroll* * *Sharon Taylor* * *Cabe* * *Lennon-
McLoughlin* * *McSloy* * *Gra na Rince* *

Forum administration can be contacted through the "Contact Forum Admin" tab at top of the board.
Lots more links can be found at the bottom of the board due to the board header space limitations.
**Please remember the rules and everyone be good.**

---

- **"Please remember the rules and everyone be good"** -- UK MOD, *20/06/23 12:12:15, Tue* [1]
  [ Post a Reply to this Message ][ Edit | View ]

  ---

- **Any updates from the CLRG regarding the cheating scandal?** -- Almost a year, *20/06/23 12:09:51,
  Tue* [1]
  [ Post a Reply to this Message ][ Edit | View ]

  ---

- **How many ID schools are in the CLRG?** -- DD, *20/06/23 12:06:50, Tue* [1]
  [ Post a Reply to this Message ][ Edit | View ]

  ---

- **What is the vendor fee for the NAIDC?** -- Expensive?, *20/06/23 12:04:30, Tue* [1]
  [ Post a Reply to this Message ][ Edit | View ]

  ---

- **The beginning of the end** -- Time to exit ID, *20/06/23 9:55:53, Tue* [2]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - The best way to exit is move on and stay of the boards (*NT*) -- Anonymously you don't need to
    announce on here, *20/06/23 10:47:07, Tue*

  ---

- **At least the UK MOD deleted** -- Parrots be damned, *20/06/23 9:53:33, Tue* [7]
  [ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- Deleted what….That the "whistleblower" is a sexual abuser. (*NT*) -- Who leaked messages that did not belong to her, and these were not deleted., *20/06/23 10:50:32, Tue*
  - Seems the Wiltz had their hands in the whistleblowing since David Smith went after their daughter. (*NT*) -- Behind the scenes, *20/06/23 12:06:16, Tue*
    - Now, why is this case the latest drip? (*NT*) -- What are they hiding now?, *20/06/23 12:06:56, Tue*
  - It'll come to light w witness call to stand who 1sthand noticed behavior btw JH and his "student" in this case. This is a retaliation lawsuit to cover up another sad incident like the German Case. (*NT*) -- So terribly sad, *20/06/23 12:11:11, Tue*
- MMG, being charged with sexual harassment. Just Like her staff. (*NT*) -- CLRG need to step in and ban her like KB Immediately, *20/06/23 12:09:16, Tue*
  - Really? Without knowing the other side? (*NT*) -- This is a woman, *20/06/23 12:13:03, Tue*

---

- **Just been on US board looking for nans info and I am disgusted** -- What a disgusting cesspit ID has turned into thank god we are at the end of it DISGRACE, *20/06/23 8:30:00, Tue* [2]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - I dont remember it being like this when i danced but now my dd dances there seems to be some new revelation almost weekly (*NT*) -- when did it turn into this corrupt narcissistical ego fuelled 'hobby' It has become a joke which is so sad, *20/06/23 10:31:49, Tue*

---

- 🌍 **Moving schools** -- Abby, *19/06/23 21:17:43, Mon* [3]
  Just want a bit of input from people in clrg here- my dancer is going to start state exams next year and she currently drives 2 hours per day (dances 3 days per week) up and down to dancing with an open platform school, just wondering would it be worth it moving to a school closer (only close ones are clrg) in order for her to focus on exams? Thanks in advance

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Exams will always be more valuable than irish dancing and reading this board (*NT*) -- I don't even know that I want to stay teaching in CLRG its so corrupt and immoral, *19/06/23 23:08:49, Mon*
    - Well said . Dancers should always put their education first , dancing second . And your right dancing for aspiring teachers is tarnished (*NT*) -- :(, *20/06/23 7:28:14, Tue*

---

- **Who decides if WMH will be skipped over for WQ spots at NAIDC?** -- How to find out?, *19/06/23 18:13:20, Mon* [8]

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - WMH are NOT skipped over. Only overseas kids who make top spots (*NT*) -- in the syllabus, *19/06/23 21:24:18, Mon*
    - Looks like they were skipped over last year though (*NT*) -- See posted results, *19/06/23 21:44:20, Mon*
      - No. Ask your TC (*NT*) -- Wmh from US/CA not skipped, *19/06/23 22:09:59, Mon*
      - I agree that it appears WMH were skipped. (*NT*) -- ., *19/06/23 22:48:57, Mon*
        - The only other explanation is that WQ were calculated on those registered (*NT*) -- Not # who danced, *19/06/23 23:22:16, Mon*
          - WMH not counted - just overseas. This is serious obsessing...if you are that worried, your kid prob doesn't have a chance... (*NT*) -- Thread below talks about this too, *19/06/23 23:53:05, Mon*



[ Post a Reply to this Message ][ Edit | View ]

---

- **Really shocked that someone can travel the world and have so many legal disputes.** -- What's wrong with this pic?, *18:49:30 06/19/23 Mon*
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - ○ Hodges hasn't had a job in years. He was never an employee for McGough. (*NT*) -- Hodges lived off Wiltz family, *19:12:03 06/19/23 Mon*
    - ■ Was Hodges found guilty of SnapChats again? (*NT*) -- Hmmmm, *19:20:10 06/19/23 Mon*
      - ■ Why did Wiltz quit when Hodges quit? (*NT*) -- Put her on the stand, *20:16:00 06/19/23 Mon*
        - ■ Sad situation. Jamie and his 'charm' innocent children being harmed (*NT*) -- Go away Jamie, *20:22:56 06/19/23 Mon*
          - ■ Charmed the trainer Janie too (*NT*) -- They all quit together, *20:51:21 06/19/23 Mon*
  - ○ Minors should never be mentioned (*NT*) -- NT, *20:23:50 06/19/23 Mon*
    - ■ This family is going to be pulled into federal court (*NT*) -- They didn't listen, *20:31:26 06/19/23 Mon*

---

- **Where are the parrots for sale?** -- Buyer, *18:40:58 06/19/23 Mon*
  [ Post a Reply to this Message ][ Edit | View ]

---

- **legal question** -- not a lawyer, *18:20:42 06/19/23 Mon*
  I am not a lawyer but is it against the law for an employer to say any of this to their employee



**Replies:**

- Have been for the last fifty years. *(NT)* -- Palm Sunday to Easter Sunday, *23:05:02 07/12/23 Wed*
  - On at least one occasion when Easter was early (ie in March), it started on Easter Sunday. Can't recall the year. Easter next year is March 31st - they really need to announce dates ASAP. *(NT)* -- ., *03:00:26 07/13/23 Thu*

---

- **How did Ailis O'Dowda score at the NANS** -- Heard funky stuf, *21:35:18 07/11/23 Tue*
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - What age group? *(NT)* -- U can check results, *04:50:48 07/12/23 Wed*
    - So many hit jobs. So many women. every time she sat down. *(NT)* -- Sister Wives, *09:24:12 07/12/23 Wed*
      - Who is the guy? *(NT)* -- Lost, *18:14:57 07/12/23 Wed*
  - I don't see their name on the list of judges. Why not leave them alone? *(NT)* -- don't care about your drama, *06:29:16 07/12/23 Wed*
  - Why was she added on? *(NT)* -- No announcement, *08:06:01 07/12/23 Wed*
  - Get back under your rock, J *(NT)* -- Troll, *08:47:50 07/12/23 Wed*
  - His other girlfriends were shakinnn in the boots. In the dark Ailis ridinnn in hot for revenge. *(NT)* -- Yeehaw, *08:49:57 07/12/23 Wed*
    - Largy left the husband for Ailis man. Conflict of CLRG association. *(NT)* -- As the Rince Turns #sisterwife, *09:09:23 07/12/23 Wed*
      - O'Dowda should have never sat to judge with this association conflict. More cheats!!! *(NT)* -- Disgrace!!!, *20:59:00 07/12/23 Wed*
        - CLRG needs to add "Throuple" to the Association Rules *(NT)* -- Get with the times CLRG, *21:00:10 07/12/23 Wed*
          - Don't forget to Ring the Bell! AO conflict with Mattiern too. *(NT)* -- David Smith looks angelic, *21:04:56 07/12/23 Wed*
            - Bring back David! Don't discriminate gays. The straights are filthy. *(NT)* -- I stan DS, *21:10:12 07/12/23 Wed*
    - How embarrassing to be associated to this individual *(NT)* -- Vile, *09:18:55 07/12/23 Wed*
    - Why else would Bell hand in private texts to destroy her colleagues in MAR *(NT)* -- Hmmmmm, *09:30:35 07/12/23 Wed*
    - This cat fight I can't get down to see. *(NT)* -- Who cares about him?, *20:38:39 07/12/23 Wed*
      - Largy and bell knew about O'Dowda but apparently AO clueless *(NT)* -- Came to a head at nans, *20:54:29 07/12/23 Wed*
        - Must be sleepless nights for the high holy one. Multiple time zones to manage the drama. *(NT)* -- Cue his distressing posts, *20:57:14 07/12/23 Wed*
          - Why did Largy leave her husband? To get better results? This world is astounding. *(NT)* -- Whoa, *21:10:48 07/12/23 Wed*
            - Who the heck is Meg Largy *(NT)* -- Confused, *21:11:29 07/12/23 Wed*
              - How are you confused? You used her first name but nobody else did so you must knowj *(NT)* -- Suspect, *15:06:21 07/13/23 Thu*
                - She shares her man with Ailis on weekends *(NT)* -- For the 💯, *23:06:13 07/13/23 Thu*

---

- **If you WQ at NANS, does that add a spot at regional O?** -- ?, *09:35:37 07/11/23 Tue*
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - No *(NT)* -- Just WMHs add spots at O, *09:40:15 07/11/23 Tue*

---

- **Why is the formula for qualifying at All Irelands so different from qualifying at NAIDC?** -- ?, *07:17:50 07/11/23 Tue*
  14. The number of qualifiers at Oireachtas Rince na hÉireann 2023 to qualify for Oireachtas Rince na Cruinne 2023 will be set at 70% of those recalled in any Solo Championship. In the event of no recall being required in any particular Championship, 70% of the dancers who complete all three rounds will qualify. There will be no additional qualifiers at Oireachtas Rince na hÉireann to replace World-Medal-Holders from the previous Oireachtas Rince na Cruinne.

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - All Irelands is an International Qualifier for ALL dancers and has unique status *(NT)* -- For the love of God move on!!, *07:23:53 07/11/23 Tue*
    - But if you live in Ireland it might be easier and cheaper to get there, so -- :/, *07:27:19 07/11/23 Tue*
      - As the above poster said, move on. It is not easier quality at AI. It is a mini-worlds. *(NT)* -- Grt over it, *08:45:28 07/11/23 Tue*
  - Only a maximum of 50 dancers recall at All Irelands in any age group and they don't split *(NT)* -- Much harder, *09:43:16 07/11/23 Tue*
    - Oh so if they have 50 recall they have 35 World Qualifiers, Right? *(NT)* -- ?, *10:02:14 07/11/23 Tue*
      - Good luck recalling it's tough! If you can't make WQ at O or NAIDC you may not even recall. -- Get over it, *10:22:37 07/11/23 Tue*
        - My daughter always WQ at the Oireachtas and NANS, since age 7, up j til 18 -- Dm, *11:00:47 07/11/23 Tue*
          - Meant to say recalled at Oireachtas and NANS, and WQ every year eligible. *(NT)* -- Dm, *11:02:16 07/11/23 Tue*
            - What region *(NT)* -- ?, *10:00:06 07/12/23 Wed*
              - MAR. *(NT)* -- Dm, *06:34:25 07/13/23 Thu*
  - Exactly *(NT)* -- ..., *12:17:24 07/11/23 Tue*
  - Only 50 recall at All Irelands. Even with comps of over 200. 35 qualifying from big comps is hard. Its difficult to even recall. You

- - Is this about that smaller USA school (Golding) attempting to merge into a larger USA school (Denogla) after the smaller school announced a closure? (*NT*) -- DD, *5/08/23 6:12:05, Sat*

- **https://www.facebook.com/groups/41559369838/permalink/10160775991254839/? mibextid=K8Wfd2** -- Iykyk, *4/08/23 19:42:11, Fri* [36]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - Escaping to Puerto Rico (*NT*) -- ?, *4/08/23 23:16:00, Fri*
    - Jealous you don't have your PR trios paid for now Jamie??? (*NT*) -- Sucks right?, *5/08/23 3:27:37, Sat*
  - Will there be unicorns? (*NT*) -- Asking for a friend., *4/08/23 23:54:36, Fri*
    - Anyone who believes the serial litigant is a moron (*NT*) -- tired of this story, *5/08/23 1:13:18, Sat*
  - Just read the article. Talk about exploitation of the African American dancers in her school. Would love to know where the stats came from in that (*NT*) -- Diversity isn't just about African Americans, *5/08/23 2:33:47, Sat*
    - Don't see any exploitation? If you want her stats, why not ask her? (*NT*) -- Easy enough to do, *5/08/23 3:30:14, Sat*
      - Too funny ... a story on diversity ... every picture is a white kid !!! (*NT*) -- LMAO at the McGough family, *7/08/23 16:48:53, Mon*
        - Did you even look at the pictures??? Certainly not true (*NT*) -- 🤣🤣, *8/08/23 4:06:01, Tue*
  - All about DEI (*NT*) -- Love it, *5/08/23 6:14:58, Sat*
  - She is trying to use this to deflect for her ongoing issues. (*NT*) -- Plenty of schools with diversity, *5/08/23 18:36:13, Sat*
    - Line 'em up and name what schools out there? (*NT*) -- Speak up Stand up, *5/08/23 21:15:02, Sat*
  - She gives me the biggest ICK 🤢Deflection at its finest! (*NT*) -- Quick I'm being sued - must look like a good member of society!, *5/08/23 19:29:19, Sat*
    - Quick, I have no money. Must sue (*NT*) -- Jamie, *5/08/23 21:30:02, Sat*
  - I really truly wish anyone who has been harrassed by Jamie please come forward. So sick of seeing him go after people just cause he can't keep a job. TIme for everyone to speak out about him (*NT*) -- Jamie Hodges - finest groomer out there., *5/08/23 19:47:34, Sat*
    - Yes, JH is scum no question. Why was McGough so slow to figure this out. (*NT*) -- Made the bed now lie in it, *7/08/23 18:49:47, Mon*
      - The way I read it... She was in the bed and he refused to join her! (*NT*) -- Texts don't lieeeeee, *7/08/23 23:23:45, Mon*
        - Ha ha ha.....wishful thinking on JH part. Has a target in every port (*NT*) -- Should've join the navy, *8/08/23 1:06:15, Tue*
  - Diversity Equity Inclusion - a model to follow (*NT*) -- Jealous much, *5/08/23 21:16:49, Sat*
    - Every school has diversity and equity inclusion (*NT*) -- Give me a break, *6/08/23 5:35:33, Sun*
      - Yea riiiggghhhhhttttttt (*NT*) -- DDM, *6/08/23 13:07:29, Sun*
  - How could she POSSIBLY verify how diverse her school is compared to others? Has she audited them all? There's literally no way to prove the voracity of that outlandish claim. (*NT*) -- ., *6/08/23 12:25:33, Sun*
    - And how would u know (*NT*) -- ?, *6/08/23 13:09:05, Sun*
      - She has 2-3 families of color that compete. There are many other schools with as many or more. -- Not a status symbol, *6/08/23 22:58:29, Sun*
        - I believe she has at least 6-8 families and has hosted events for up to 100+ as

VoyForums: The News of Irish Dance Board (for UK, European & World) 08/08/2023, 18:06

a part of her Foundation giving back to local communities. Are there other schools doing this? (*NT*) -- DD, 6/08/23 23:36:13, *Sun*

■ The foundation is most definitely a very admirable achievement which I haven't seen done by another school but -- More inside, *7/08/23 13:58:46, Mon*

■ Because the admiral thing is when you do things quietly and not for recognition. (*NT*) -- The boasting is gross, *7/08/23 14:19:49, Mon*

■ And when the press reaches out to you to do a story on what you contribute, I'm sure you would turn it down. (*NT*) -- Move on (Or 'On The Move'), *8/08/23 3:45:17, Tue*

○ It's a small world after all (*NT*) -- !, 6/08/23 13:10:45, *Sun*

○ Wonder if she will be teaching there, or some lackey? What will their Natural Disaster policy be during Hurricane Season? (*NT*) -- Please, *7/08/23 14:04:45, Mon*

○ Gross gross gross! Whole school is whackadoo - pay huge amounts for every single coach she puts infront of them! (*NT*) -- Is Kev still there? Or did he bounce., *7/08/23 23:05:25, Mon*

■ That revolting stench does much more than simply linger (*NT*) -- 🤢, *7/08/23 23:15:05, Mon*

■ Just like your knickers Jamie (*NT*) -- Can you say nasty, *8/08/23 4:26:20, Tue*

○ Aaaaaaand were we not just subject to a series of 'Our dancer has diabetes' posts? (*NT*) -- EXPLOITATION. She'd sell ice to the eskimos that one., *7/08/23 23:22:10, Mon*

■ I guess you are lucky enough to not have a child with diabetes. McGough is not the only school that has children with diabetes, but to make others aware is amazing!....more -- Health in all aspects, *8/08/23 4:18:38, Tue*

■ But was she educating people or just boosting??? (*NT*) -- Blowing her own trumpet, *8/08/23 12:49:53, Tue*

---

• **Anyone know the cost ballpark of getting a dress made for a 5'6 slim dancer?** -- Trying to estimate costs…, *2/08/23 16:20:18, Wed* [14]
[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

○ Dress -- DM, 2/08/23 16:23:05, *Wed*

○ Prices vary according to age of dancer, designer, and crystals (*NT*) -- Reach out to designers for estimate, *2/08/23 18:40:17, Wed*

○ $3000 (*NT*) -- With shipping, 2/08/23 22:06:16, *Wed*

○ COS AND GAVIN putting out some really nice dresses atm. (*NT*) -- Admirer, *3/08/23 10:06:01, Thu*

○ Paid approx 3000 euro (*NT*) -- Mam, 3/08/23 10:54:12, *Thu*

○ Loving the new Eire and COS dresses. Feis season will be colourful (*NT*) -- Mama, *3/08/23 19:26:02, Thu*

○ Eire designs are priced in age groups, not sure about the others , give them a call ever so helpful (*NT*) -- Always my choice never been elsewhere so can't comment for others, *3/08/23 20:44:09, Thu*

○ Try Celtic Klass designs -- Patricia, *3/08/23 23:15:27, Thu*

○ i got mine from Doire Dress Designs - amazing quality and lovely customer service. im 5'7 and mine came to around £2500 (*NT*) -- dancer, *4/08/23 9:55:37, Fri*

○ Rising star are great to work with (*NT*) -- some beautiful dresses, *4/08/23 10:12:45, Fri*

○ Eire designs team are so helpful. Nothing too much trouble for thrm (*NT*) -- Because of that I won't go anywhere else, *4/08/23 10:49:10, Fri*

○ Are elite work mostly on dresses for other orgs? (*NT*) -- Newbie, *7/08/23 11:56:26, Mon*

Reporter

Teachers share interest in learning about alleged misconduct
Law enforcement investigation concluded that no crime occurred
The Mid-Atlantic's governing body for competitive Irish dance convinced a federal appeals court
not to toss the group's victory in a defamation lawsuit brought by a five-time world champion in the
sport.

Jamie Hodges and his business On the Move Ltd. lost their appeal to the US Court of Appeals for
the Second Circuit on Thursday after its judges affirmed a lower court decision to dismiss Hodges's
defamation suit against the Irish Dancing Teachers Association of North America-Mid-Atlantic
Region Inc.

Hodges alleged the association's regional director and attorney defamed him and his business by
sharing an accusation during a meeting ...

[ Post a Reply to this Message ][ Edit | View ]

**Replies:**

- Wise up. It's Irish dancing - a wee hobby *(NT)* -- Big egos & bigger wallets, *12/05/23 0:28:47, Fri*
  - Curious, was Jamie really a 5 time world champ? I just don't recall this... *(NT)* -- ot, *12/05/23 3:51:12, Fri*
    - Jamie has a false sense of reality *(NT)* -- Legger, *12/05/23 4:34:25, Fri*
    - Team dancer…. *(NT)* -- Not solo, *12/05/23 9:15:02, Fri*
    - Shameful to the family bloodline *(NT)* -- The original, not the best, *12/05/23 14:13:48, Fri*
- Tells it all, When he lied that he was a 5 time world champion *(NT)* -- What a gangster, *12/05/23 12:21:44, Fri*
- The same gangster. Leaked all the feis fixing from MMG mobile. Stole information *(NT)* -- He will have a lot more court cases coming his way., *12/05/23 12:33:58, Fri*
  - Heard this also. MMG was telling people this at the world, they are no longer friends. *(NT)* -- Big fallout!! Reason Wiltz retired, *12/05/23 13:09:18, Fri*
    - Scape goat. Deflecting from all the cheating she did. Now she makes this up about Hodges. *(NT)* -- We know his family very well. We know the truth, *12/05/23 13:44:31, Fri*
      - Shhhh *(NT)* -- Silence everyone, *12/05/23 14:21:00, Fri*
    - When did she retire? *(NT)* -- Why not transfer?, *14/05/23 14:58:12, Sun*
  - MM took full GLORY of saying she turned them in, not JH & mouthed off in Feb saying she was about to drop another bomb. Also that she paid Kevin for his phone 100,000. -- So, which lie is it now Meggy? What web are you spinning?, *12/05/23 22:31:49, Fri*
    - Jamie, go hide under your rock. Your time is coming, you disgusting human being *(NT)* -- So sue happy, and proud of it ugh, *14/05/23 1:10:48, Sun*
      - PROFESSIONAL LITIGATOR *(NT)* -- SCARY MAN, *14/05/23 4:33:40, Sun*
- What videos did he send to minors? Surely someone should know not to contact minors? *(NT)* -- First line of child protection., *12/05/23 13:04:14, Fri*

- Should a teacher be using Snapchat with minor dancers? (*NT*) -- Asking for a friend, *12/05/23 14:00:45, Fri*
  - He used social media tools as part of his job as a workshop teacher to reach his target audience. Dancers. (*NT*) -- Quit trying to make drama where none exists, *12/05/23 17:40:52, Fri*
    - Sending your man hood to underage children is not appropriate (*NT*) -- Disgusted, *12/05/23 21:09:23, Fri*
      - MM failure to protect her champ from this (*NT*) -- listen next time, *12/05/23 23:11:39, Fri*
    - He certainly reached his target audience alright! Posting marketing materials is different than DMing nudes to underage girls. (*NT*) -- Hmm, *14/05/23 15:05:14, Sun*
      - Corresponding direct to minors against child protection rules (*NT*) -- Nice try, *14/05/23 15:29:59, Sun*
  - No one said anything about snapchat (*NT*) -- ., *14/05/23 15:00:01, Sun*
  - We need the report (*NT*) -- Where is Ellen, *12/05/23 14:16:12, Fri*
    - Ellen is useless ... what has come of any of her reporting ... NOTHING. (*NT*) -- Ridiculous, *12/05/23 17:11:30, Fri*
      - She tried. (*NT*) -- ., *12/05/23 20:36:57, Fri*
- Jamie Hodges is NOT a teacher. (*NT*) -- Fact., *12/05/23 14:15:47, Fri*
  - JH claims he is. If he puts it in a lawsuit, must be true. (*NT*) -- Right?, *12/05/23 14:17:46, Fri*
    - Anyone can certainly say they're a teacher. The difference is whether or not he says he's a (*NT*) -- certified teacher!, *12/05/23 21:58:00, Fri*
      - did the vetting check out (*NT*) -- house of MM burn, *12/05/23 23:13:31, Fri*
- Ms. McG is connected to so many infamous people in this industry. Glad to see that some students disassociated themselves from her but sad for the way the journey ended for those talented dancers. (*NT*) -- Kids suffer, *12/05/23 22:56:53, Fri*
  - MMG has got herself in a vicious circle. Standing up to corruption after being caught cheating herself isn't applaudable. (*NT*) -- Her house is crumbling, *12/05/23 23:05:41, Fri*
    - Just like LP of DP? Who kept her presidency of IDTANA? (*NT*) -- Methinks not the org is a joke, *12/05/23 23:26:48, Fri*
  - MM pressure cooker from parents led by CWs to get the win (*NT*) -- MM burnout pandering to the mums tough biz, *12/05/23 23:09:17, Fri*
    - McGough house still intake. Not sure what you are going on about. Jamie is a slimey worm that needs to be taken down a fewnnotches (*NT*) -- Sick of his shit, *14/05/23 3:49:45, Sun*
- What was the accusation? Who did what wrong? (*NT*) -- Keeping it real, *13/05/23 5:09:01, Sat*
- Amazed at the deflection of this case from those involved. Read the original complaint and was all about the plaintiff and defendants, and nothing about the female teacher mentioned. (*NT*) -- Only female teacher involved was the original complainant from a school in Syracuse NY. This teacher is not mentioned in these comments. Good to see., *13/05/23 5:24:52, Sat*
  - Deflection by MM and she is on Voy now trying to reverse. Said she'd pay for his legal fees then backed out as she has ZERO DOLLARS (*NT*) -- Smoke and mirrors. Fake handbags and knock off jackets., *14/05/23 9:47:33, Sun*
    - Jokester as MAR case had 0 involvement of MM. (*NT*) -- Nerve ending whacked?, *14/05/23 10:45:48, Sun*
    - Wow. Believe she was just a full time student. (*NT*) -- Why judge a person trying to better themselves, *14/05/23 15:37:31, Sun*
- Thank god! His predatory behaviour has destroyed too many lives through the years. Physical, sexual & emotional abuse destroys lives. He's the ultimate manipulator &

threatening legal action against (*NT*) -- anyone that wants to speak up to protect themselves & others is the card he can no longer scare us with. For anyone else on the receiving end of this monsters abuse please know you aren't alone., *13/05/23 7:21:50, Sat*

- Agree well said (*NT*) -- Been there, *13/05/23 13:43:00, Sat*
- I am on this side of his abuse. I will stand with you. How do the victims connect? (*NT*) -- Enough is enough, *13/05/23 14:55:27, Sat*
  - The best thing to do would be to contact a lawyer and then post the information here for other victims to contact (*NT*) -- Sending love, *13/05/23 16:54:21, Sat*
    - The worst thing for victims to do is go to a lawyer. They are biased to make money out of your suffering. Report to child protection, police or other support network. (*NT*) -- Sorry this happened, *13/05/23 23:10:32, Sat*
- If you just Google Jamie hodges defamation you can read the two different cases. -- Nothings been made up, *14/05/23 13:51:06, Sun*
  - Who identifies as a significant other of Jamie Hodges (*NT*) -- Let's Buy a Vowel, *14/05/23 14:52:10, Sun*
    - Sad truth. Wake up & GET OUT while you can! (*NT*) -- Sad, *14/05/23 15:49:08, Sun*

---

- **JmcC tax evasion All Scots** -- FC, *11/05/23 17:30:19, Thu* [3]
  so obvious

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - What does this reference? (*NT*) -- Confused, *12/05/23 4:47:16, Fri*
  - What up? Why would you post this? Must be pot stirring again. (*NT*) -- Interesting, *13/05/23 2:00:59, Sat*

---

- **Thoughts on Clann Cara's steps? Doesn't seem to have the same JC affect in my opinion. Then again choreography wise he is probably one of the best.** -- Not being negative just my opinion, *11/05/23 13:23:40, Thu* [15]
  Very new school obviously styles will change

  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**

  - Wouldn't think there's too much difference? (*NT*) -- Amazing teachers who have worked along side JC for years., *11/05/23 14:08:11, Thu*
  - He is still teaching in the class my friends daughter goes there. His also doing workshops for lots of different schools. (*NT*) -- Christina, *11/05/23 16:14:35, Thu*
    - Doesn't teach any classes! (*NT*) -- Lies (Stop spreading rumours.), *12/05/23 0:59:03, Fri*
      - Might not be teaching classes for all dancers (*NT*) -- But definitely doing privates for the best ones, *12/05/23 7:06:14, Fri*
  - Not sure how it can not have the same effect when it is JCs choreography dancers get steps in their privates with JC (*NT*) -- Fact, *13/05/23 17:16:53, Thu*
  - Why are you interested? JC was identified as a cheat and has moved on? Clanncara steps are beautiful -- Pats (Hap0), *11/05/23 21:46:15, Thu*
    - Wonder how much it cost them for insta page promo yaaawwn (*NT*) -- ., *11/05/23 22:02:52, Thu*
    - But he is not long gone He gives the clan Cara dancers privates and they all appreciate him very much (*NT*) -- They are all still friends, *11/05/23 22:16:17, Thu*

along with their cronies/patsies - NOTHING WILL CHANGE. (*NT*) - - Watch. Nothing has changed yet !!, *18/05/23 22:31:31, Thu*

■ Who is LP (*NT*) -- Give us a clue, *19/05/23 16:41:05, Fri*

  ■ Lisa Petri? (*NT*) -- 🧙, *22/05/23 11:05:42, Mon*

- **Is 'On the Move' happening any time soon. My daughter is very interested in their camps** -- Loves Jamie, *18/05/23 5:16:05, Thu* [5]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  ○ Based in Ireland (*NT*) -- Never heard of them....., *18/05/23 23:10:57, Thu*
  ○ It was workshop like so many others only this one has drama attached and likely many schools will not hire -- ., *19/05/23 0:53:54, Fri*
    ■ Step over it (*NT*) -- Not into it, *20/05/23 4:22:47, Sat*
  ○ jamie likes allegedly sending videos to 14 yr olds ,wouldn't go near anything him and his brother as running (*NT*) -- are you certified mad, *21/05/23 9:25:30, Sun*

- **Is this a joke? James McC doing Ulster's!!** -- Disgusted, *17/05/23 11:01:00, Wed* [10]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  ○ Where do you see this information (*NT*) -- ??, *17/05/23 11:45:51, Wed*

- ○ Hiring previous sexual abusers to teach your children and now she's one (NT) -- This is a sexual predator ring, *18/06/23 9:51:21, Sun*
  - ■ That needs shut down asap. CLRG step in. (NT) -- Disgusting, no protection for children, *18/06/23 9:56:10, Sun*
    - ■ Lovers quarrel at best from a low end Bristol boy (NT) -- Chav!, *18/06/23 10:45:23, Sun*
      - ■ Low end is right (NT) -- Grift, *18/06/23 12:27:17, Sun*
    - ■ Interesting how an allegation is immediately viewed as guilt, especially from someone who has a history of filing legal claims. (NT) -- !!, *18/06/23 11:53:36, Sun*
      - ■ Not sure what I believe. But it speaks to MM's poor judgement that she hired him, even when others were warning about his inappropriate behavior. (NT) -- .., *18/06/23 13:54:46, Sun*
        - ■ Pressure from Wiltz family. Don't run a school on one family, Meg. (NT) -- Bet she regrets it now, *18/06/23 15:03:14, Sun*

- **Calling all Polly's** -- Parrots for Sale, *18/06/23 7:10:05, Sun* [1]
  [ Post a Reply to this Message | Edit | View ]

- **"Please remember the rules and everyone be good"** -- MOD's rules, *18/06/23 7:03:28, Sun* [1]
  [ Post a Reply to this Message | Edit | View ]

- **Victims have a voice; looking forward to assisting a colleague and her counsel** -- Wait for more info in due course where to share your experiences, *18/06/23 7:00:30, Sun* [1]
  [ Post a Reply to this Message | Edit | View ]

- **Where oh where are the parrots?** -- Time for another purchase, *18/06/23 6:42:21, Sun* [1]
  [ Post a Reply to this Message | Edit | View ]

- **Keep it up or the parrots will be arriving again; some people are so brave anonymously** -- Irrelevant forum, *18/06/23 6:40:23, Sun* [11]
  [ Post a Reply to this Message ][ Edit | View ]

  **Replies:**
  - ○ When it's a trump esque message, you can tell it's the MM family. (NT) -- MMGA. Make McGough Great Again (Laughing), *18/06/23 6:44:02, Sun*
    - ■ Is this your dem propaganda message (NT) -- Laughable, *18/06/23 6:49:32, Sun*
  - ○ Oh anything with clown faces, fake news, buckle up, the word asshole. Anything defending her is all herself, Barbara n John. (NT) -- HILARIOUS, *18/06/23 6:45:59, Sun*
    - ■ Don't know who you are referring to as I'm writing from the UK (NT) -- You really do have no clue; we support her for revealing the corruption in ID, *18/06/23 6:51:49, Sun*
      - ■ She's lost all credibility with me. Tied up in scandal after scandal (NT) -- She's a sick individual, *18/06/23 7:00:52, Sun*
        - ■ Just your scandal (NT) -- You can simply go away; if you are important, address it with the CLRG; their mission is to resolve the cheating scandal; how is that going? Any updates yet? It's only been 10 months. Be patient, *18/06/23 7:08:07, Sun*
          - ■ Are you even in ID today or do you have a child participating? Take action instead of complaining on a useless Internet forum. (NT) -- Or are you just a troll?, *18/06/23 7:15:20, Sun*
          - ■ The sad realty is I know who you are (NT) -- Best to be careful what you post, *18/06/23 7:30:11, Sun*
  - ○ Pants on fire missy (NT) -- If only you put as much effort into your family life., *18/06/23 6:55:26, Sun*
    - ■ Not who you think (NT) -- Just a defender, *18/06/23 6:56:48, Sun*

- **People need to realise that a child has been seriously hurt and damaged during all of this and left dancing for good after the cheating FOR HER was brought to light and now this?!** -- Shame on your teacher., *18/06/23 6:27:06, Sun* [18]
  [ Post a Reply to this Message | Edit | View ]

  **Replies:**
  - ○ Sadly you are so misinformed (NT) -- Keep trying, *18/06/23 6:29:43, Sun*
  - ○ This is so sad, but I do know a few dancers who escaped/ transfered from her years ago and went on to have happy dancing lives after! (NT) -- Keep fighting CW. You can dance again x, *18/06/23 6:33:46, Sun*
    - ■ That family is nuts. A school doesn't ride on one child. (NT) -- Contrary to their belief, *18/06/23 10:47:21, Sun*
      - ■ They will sadly be exposed due to this incident Hodges brought forward. (NT) -- Very sad, *18/06/23 10:54:54, Sun*
  - ○ There was never any cheating by this teacher (NT) -- Minors name or initials is a major no-no too; just shows your ignorance, *18/06/23 6:37:22, Sun*
  - ○ Known cheat. Known bully. Now? Known abuser. (NT) -- Deserving titles for a swell gal., *18/06/23 6:42:33, Sun*
    - ■ Despite your best efforts to defame and attack, just keeps on winning and supported by so many (NT) -- The truth always prevails, *18/06/23 6:47:16, Sun*
  - ○ Why don't you go directly to the source and ask the parents (NT) -- A minor child should never be mentioned on this forum; such a blatant violation, *18/06/23 6:44:37, Sun*
    - ■ Parents won't speak. (NT) -- Not innocent parties., *18/06/23 8:25:21, Sun*
      - ■ Plenty of witnesses in the school saw the unhealthy relationship between this kid and the Plaintiff. (NT) -- Two sides to every story, *18/06/23 10:48:31, Sun*

- About time this predator was held accountable. Mad ecomments to my daughters before (*NT*) -- Disgusted, *18/06/23  2:54:42, Sun*
  - Poor Meggy Moo - they only one he didn't want! (*NT*) -- Big Barb, *18/06/23  5:58:27, Sun*
    - Methinks someone is embarrassing themself. No idea how many are standing up to be heard. (*NT*) -- Wait for it, *18/06/23 6:17:50, Sun*
  - Is this a new case or same old? (*NT*) -- Clear the air, *18/06/23  6:01:34, Sun*
  - JH vs MM is new. Google and have a giggle. (*NT*) -- Unicorn 🦄, *18/06/23  6:12:32, Sun*
  - Meggy Moo 🐄 the one that got rejected! (*NT*) -- Hell hath no furry like a woman scorned, *18/06/23  6:15:36, Sun*
    - Sadly this is so much more to report at the appropriate time (*NT*) -- Will sorely regret the smear campaign and can't get wait to subpoena your IP address for defamation. Funny thing is I will represent the accused for free., *18/06/23  6:23:25, Sun*
    - Bring it on! (*NT*) -- 🤣😂😂😂, *18/06/23  6:27:26, Sun*
      - Don't you worry (*NT*) -- 🤣😂😂😂😂, *18/06/23  6:30:53, Sun*
  - Jamie is a disgusting human being. Made comments to my girls numerous times. Know of comments to others as well. He was the initial whistle blower to the voy world. Looking for his light to sjine (*NT*) -- But he is a feckin idiot, *18/06/23  6:22:10, Sun*
    - Sorry Fat Cow 🐄 mcMoo is on record (*NT*) -- Deflect now that her true sick ways have been exposed, *18/06/23  6:25:34, Sun*
      - Oh there are many victims stepping up but won't be revealed on an anonymous Voy forum that is viewed as a joke and worthless (*NT*) -- As Yung Joc said "Its Goin Down", *18/06/23  6:34:21, Sun*
  - Victim? Jamie… (*NT*) -- Give us a break, *18/06/23  8:17:53, Sun*

---

- **Falcon Birds For Sale Worldwideexoticparrotsfarm** -- O6?3!lotd, *18/06/23  2:14:26, Sun* [1]
  Worldwideexoticparrotsfarm

  Welcome to Worldwide Exotic Parrots Farm, The only birds farm that produce the best and intelligent birds and fertilized eggs worldwide, Our goal is to make our clients happy and treat them like royalty, We have %100 shipping guarantee, So all our clients should be reassured that their ordered parrots and eggs will be delivered to them by the best shipping company, After our have received their parrots or eggs, They have to get a Vet-Doctor to check the parrots or eggs to confirm the health status, We reassure all our clients worldwide that you all our working with the best farm. ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow href="https://www.worldwideexoticparrotsfarm.com/">https://www.worldwideexoticparrotsfarm.com/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/fertile-eggs/">https://www.worldwideexoticparrotsfarm.com/fertile-eggs/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shop/">https://www.worldwideexoticparrotsfarm.com/shop/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/about/">https://www.worldwideexoticparrotsfarm.com/about/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/incubators/">https://www.worldwideexoticparrotsfarm.com/incubators/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/order-process/">https://www.worldwideexoticparrotsfarm.com/order-process/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/payment-policy/">https://www.worldwideexoticparrotsfarm.com/payment-policy/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/shipping/">https://www.worldwideexoticparrotsfarm.com/shipping/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/reviews/">https://www.worldwideexoticparrotsfarm.com/reviews/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/privacy-policy/">https://www.worldwideexoticparrotsfarm.com/privacy-policy/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/">https://www.worldwideexoticparrotsfarm.com/terms-and-conditions/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/contact-us/">https://www.worldwideexoticparrotsfarm.com/contact-us/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/health-guarantee/">https://www.worldwideexoticparrotsfarm.com/health-guarantee/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrots-for-sale/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/gang-gang-cockatoo-parrots-for-sale/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/">https://www.worldwideexoticparrotsfarm.com/product/black-palm-cockatoo-parrot-egg-for-sale/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/african-grey-parrots/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/amazons-parrots/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/baby-macaw-macaw-parrots/</a> ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/caique-parrots/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/">https://www.worldwideexoticparrotsfarm.com/product-category/cockatoo-parrots/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/">https://www.worldwideexoticparrotsfarm.com/product-category/fertile-bird-parrot-eggs/</a> ˟ˢᵉᵖˢᵉᵖ ˟ <a rel=nofollow target=_blank href="https://www.worldwideexoticparrotsfarm.com/product-

**Subject:** RE: Ongoing Harassment by Your Client, Meagan McGough - Case No. 7:23-cv-05016-NSR
**Date:** Sunday, 28 September 2025 at 22:14:50 British Summer Time
**From:** Hugh Jasne
**To:** Jamie Hodges

The most I will agree to is raise it with Meag, and advise her accordingly as may be appropriate.

Hugh G. Jasne
Jasne & Florio, L.L.P.
30 Glenn Street – suite 103
White Plains, New York 10603
914 997-1212
Please excuse typos if dictated

---

**From:** Jamie Hodges <jamiehodges898@hotmail.com>
**Sent:** Sunday, September 28, 2025 5:11 PM
**To:** Hugh Jasne <hgj@jasneflorio.com>
**Subject:** Ongoing Harassment by Your Client, Meagan McGough - Case No. 7:23-cv-05016-NSR
**Importance:** High

Mr. Jasne,

I write to address serious allegations of ongoing harassment by your client, Meagan McGough. This conduct includes:
   — Using anonymous alias accounts to follow my family and friends on Instagram, sending them private messages inquiring about me and my employment. Attached.
   — Creating an anonymous LinkedIn profile (Erin O'Brien) to follow me and my family. For evidence you can see the disparaging remarks made on the LinkedIn profile of Phillips & Assoc. (whom McGough sued and lost against). Around this time my private LinkedIn details were posted on the Irish Dance blog Voy. Attached.
   • Posting disgusting lies about me via an anonymous Instagram account. This account was deleted by Instagram, and **on the same day McGough's associated accounts** (dance school Instagram, personal Instagram, Facebook), **were deleted** as per Meta's policy for harassment violations. Attached.
   • McGough sent harassing messages from her personal account to my mother. Attached.
   • The unhinged and unclear details surrounding my employment in her bizarre affidavit which make no sense (ECF NO.78)
A Judge will recognise this pattern of harassment and stalking by anonymous accounts, which supports my case. I have reported this matter to the police.

McGough's behaviour is intended to alarm or annoy through repeated contact, and this constitutes harassment under New York Penal Law § 240.26. This supports a

protective order under Rule 26(c).

I demand Ms. McGough immediately ceases all such activities, including contact with my family, friends, or associates, and refrain from using alias accounts or profiles to follow me. It is disturbing, and telling of her mental stability.

I will be seeking a Rule 26(c) protective order which will be filed next week after my police interview. I ask you confirm in writing that you have advised your client to stop immediately.

Sincerely,


Jamie Hodges

**Exhibit H**

# DECLARATION OF JAMIE HODGES

I, Jamie Hodges, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. <u>Introduction and Personal Background</u>: I am the Plaintiff in the above-captioned action, proceeding pro se, and reside at C401, 42 Sirirat Rd., Patong, Thailand 83150. I submit this declaration in support of my Motion for Protective Order pursuant to Federal Rule of Civil Procedure 26(c) to address the ongoing harassment by Defendant Meagan McGough.

2. <u>Timeline of Harassment</u>: The harassment by Defendant Meagan McGough has followed a clear and escalating pattern, as detailed below:

   - On or about October 9, 2024, McGough sent a degrading message to my mother (Exhibit A), invoking a judgment from a lost case.

   - Up until April 2024, McGough maintained the "tattle_trebles" Instagram account, posting defamatory content misrepresenting a privileged email known only to us (Exhibit B).

   - From sometime in 2024 to September 2025, McGough fabricated the "Erin O'Brien" LinkedIn profile, surveilling me and my family, and posting accusatory comments (Exhibit C).

   - Prior to September 27, 2025, McGough used the "artsluvnyc" Instagram account to probe my associates with litigation-aligned questions (Exhibit D).

   - Both before and after the litigation filing on June 15, 2023, I have been subjected to ongoing anonymous Voy attacks, constant and largely undocumented due to their volume, with a specific post on Voy (Exhibit I) containing my personal thank you card sent exclusively to McGough, proving her authorship (Exhibit F).

   - On October 13, 2024, I served an urgent motion for injunctive relief on former counsel Adam Weiss, detailing initial harassment (Exhibit E).

3. <u>Specific Harms Suffered</u>: The aforementioned actions have caused me significant harm, including:

   - **Emotional Distress**: The degrading accusations in the October 9, 2024, message (Exhibit A) have caused profound anguish, exacerbating my psychological well-being, further intensified by McGough's Voy post in Exhibit I mischaracterizing my thank you card as romantic.

   - **Reputational Damage**: The defamatory content on "tattle_trebles" (Exhibit B) and accusatory posts on "Erin O'Brien" (Exhibit C) have led to enduring reputational harm.

   - **Privacy Invasion**: The surveillance and probing via "artsluvnyc" (Exhibit D) have invaded my privacy, intimidating my associates.

   - **Witness Intimidation**: The family-targeted message (Exhibit A) and probes (Exhibit D) have suppressed witness cooperation due to familial fear.

4. <u>Burden of 35 Hours</u>: Since the incident on October 9, 2024 (Exhibit A), I have devoted over 35 hours to mitigating the harassment's impact, valued at $3,500 based on a pro se rate of $100 per hour. This includes approximately 10 hours responding to inquiries from friends and family, 15 hours updating privacy settings on social media and professional platforms due to Voy exposure (Exhibit I), and 10 hours researching and drafting mitigation strategies, as detailed in attached records (Exhibit H).

5. <u>Life Disruption</u>: Beyond litigation, McGough's relentless pursuit—tracking my movements, labeling me a "liar" on LinkedIn (Exhibit C), cycling through anonymous accounts, and probing via targeted messages (Exhibit D)—has inflicted a notable psychological toll, intensified by her Voy post in Exhibit I mischaracterizing my thank you

card, obstructing my recovery and autonomy, forcing me to alter daily routines and seek

support, as documented in my personal notes (Exhibit H).

6. <u>Strong Attributions</u>: I attribute this harassment to McGough based on her exclusive access

to privileged details, as evidenced by the misrepresented email (Exhibit B) and family-

specific references (Exhibit A), and the temporal alignment with litigation events. Her

consistent vendetta, mirroring grievances from McGough v. Phillips & Associates, PLLC,

2025 NY Slip Op 30867(U), and the pattern of anonymous attacks (Exhibit F), are further

supported by Exhibit I, a Voy post containing my personal thank you card sent exclusively to

her, which I admit writing as a non-romantic gesture, falsely mischaracterized by her as

romantic. The reports to authorities (U.S. Civil Rights Division Ref. 670691-VJZ;

Smithtown, NY, awaiting crime number; UK Ref. RHS-NJU4G) corroborate the threatening

nature of these actions.

7. <u>Emotional Distress</u>: The psychological torment from the constant threats, particularly the

degrading message (Exhibit A), has been severe, affecting my ability to focus on litigation

and personal life. This distress is compounded by the ongoing Voy attacks (Exhibit F) and

intensified by proof of it being McGough, given the post in Exhibit I mischaracterizing my

thank you card.

8. <u>Request for Relief</u>: Based on the foregoing, I respectfully request that the Court grant a

protective order pursuant to Rule 26(c) to shield me from further harassment, as well as

sanctions under Rule 37(a)(5) to deter McGough's conduct, particularly given Exhibit I's

proof of her Voy posting mischaracterizing my thank you card.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on this 26th day of November, 2025

/s/ Jamie Hodges

Jamie Hodges

C401, 42 Sirirat Rd., Patong, Thailand 83150

+447773694657

- **Hodges love letter to MMC. What REALLY happened for this lawsuit filing?!?!** -- December '22, *20/06/23 1:11:56, Tue* [1]
  Dear Meagan,

  This is just a small token of my appreciation for everything that you do for me. I truly am so thankful to have you in my life and I am so happy that we have reconnected over these past last few months. I missed you more than you could possibly know and now you are back in my life helping me in more ways than I could ever deserve. Meagan I owe you so much, and I am sorry that I offer so little in return.

  Your kindness and care for me is never not noticed, you make me feel so special and have an unmatched ability to pick me up when I am down, and somehow when I am with you I am able to relinquish the self doubt I hold inside. This is something you have a unique gift for, you do it for all of the people who are lucky enough to be in your life so I would like to thank you for taking your valuable time to understand and get to know me.

  These people who criticise you will never be lucky enough to know you, how pure of heart you are, how kind, how selfless, I feel so sorry for them and remain so thankful that I am lucky enough to know you. You are so much better than they will ever be. I hope you realise that you are the most incredible, fun, exciting and 'lively' person I have ever met, and I genuinely do have the most fun with you. My birthday was so special to me this year, the first one I have enjoyed in longer than I can remember, and I will forever hold that as one of the most special days of my life.

  Your drive, focus and ambition is only matched by your heart, never forget it. I will always be here for you and finally thank you for being my best friend, I love you very much.

  Your Joiner,

  Jamie Paul Xx